IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ALOSTAR BANK OF COMMERCE,**

    **Plaintiff,**

vs.　　　　　　　　　　　　　　　　　　**CASE NO. 5:11-cv-406/RS-EMT**

**GLS FLORIDA PROPERTY 2, LLC.,**
**et al.,**

    **Defendants,**
_____/

## ORDER

Consideration of Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. 38) is deferred until the Magistrate Judge rules on Plaintiff's Motion to Compel (Doc. 60).  At that time I may allow additional time for Plaintiff to amend its response to the motion.

**ORDERED** on July 11, 2012.

                                /S/ Richard Smoak
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**