IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE.,

      Plaintiff,

v.                                  CASE NO. 5:11-cv-406-RS -GRJ

GLS FLORIDA PROPERTY 2, LLC.,
et al.,

      Defendants.

_____/

### O R D E R

      Pending before the Court is the Motion To Compel Responses to Plaintiff's

Personal Jurisdiction Discovery. (Doc. 60.)  Plaintiff requests the Court to enter an order

compelling Defendants James C. Stroud, Dwight P. Wiles and Herbert L. Graham

("Defendants") to provide responses to personal jurisdiction discovery served by

Plaintiff to which Defendants objected on a number of grounds including but not limited

to the assertion that the discovery requests concerned matters outside of the scope of

information related to the issue of personal jurisdiction. The discovery requests consist

of: (1) Plaintiff's First Requests for Admissions; (2) Plaintiff's First Request for

Production of Documents; (3) Plaintiff's First Interrogatories; and (4) Plaintiff's

Supplemental Interrogatories.   While Defendant's counsel represents that he conferred

with counsel for Defendants concerning the objections, he did not confer with counsel

for Defendants regarding the motion to compel.  As a general practice the Court would

have directed the parties to meet and confer (again) before Court intervention but

because of the nature of the dispute and objections – and due to the pendency of a

motion to dismiss – the Court determines that the most efficient method of addressing the motion to compel is through a prompt telephonic hearing.

Accordingly, a **telephonic** hearing to address the above referenced motion is scheduled before Magistrate Judge Gary R. Jones on **Tuesday, July 17, 2012 at 10:30 AM** (Eastern Savings Time). Counsel for Plaintiff shall initiate the conference call through the use of a conference call operator and when counsel for Defendants is on line and ready to proceed the undersigned should be contacted at (352) 380-2413.[1]

Any scheduling changes should be directed to the undersigned's courtroom deputy, Adelita Tinaya-Miller at (352) 380-2402.

**DONE AND ORDERED** this 12th day of July, 2012.

*s / Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] The quality of the audioconference is compromised by the use of cell phones or speaker phones and counsel are requested not to use those devices during the call.