**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.

    CASE NO. 5:11cv406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;

    Defendants.

_____/

**KEEFE, ANCHORS & GORDON, P.A.'S MOTION TO WITHDRAW
AS ATTORNEY OF RECORD FOR DEFENDANT JAMES C. STROUD**

    Keefe, Anchors, & Gordon, P.A., formerly known as Keefe, Anchors, Gordon, & Moyle, P.A. ("Undersigned Counsel"), by and through the undersigned representatives, move for an Order allowing Undersigned Counsel to withdraw as counsel of record for Defendant James C. Stroud ("Stroud"), pursuant to Rule 2.505 of the Florida Rules of Judicial Administration and Rule 4-1.16 of the Florida Rules of Professional Conduct. In support of this motion, Undersigned Counsel states as follows:

    1.    Stroud has been represented in this matter by Undersigned Counsel since January 2012. At that time Undersigned Counsel was also engaged by Defendant Dwight P. Wiles ("Wiles"), and later in the lawsuit Undersigned Counsel was engaged

1

by Defendant Herbert L. Graham ("Graham").  Undersigned Counsel has proceeded as counsel for Stroud, Wiles, and Graham, who believed it was in their best interest to present a joint defense to the Plaintiff's claims.

2.     This case remains in its early stages.  A joint motion to dismiss based on lack of personal jurisdiction and filed by Undersigned Counsel on behalf of Stroud, Wiles, and Graham remains pending.  The only discovery to date has been on the issue of personal jurisdiction.  No depositions have been taken.

3.     Prior to the filing of the instant Motion to Withdraw, Stroud indicated a desire to deviate from the joint representation approach employed by Undersigned Counsel.  This deviation would create an irreconcilable conflict and prevent Undersigned Counsel from effectively representing the entire client group.

4.     As such, Stroud terminated Undersigned Counsel's services, was given notice of the need to obtain substitute counsel, and was advised that the instant Motion to Withdraw would be filed immediately.  On information and belief, Stroud is actively seeking substitute Florida counsel.

5.     Pursuant to Rule 4-1.16 of the Florida Rules of Professional Conduct, Undersigned Counsel may withdraw if, as here, withdrawal can be accomplished without material adverse effect on the interests of the client.  Stroud is aware of the status of pending proceedings, including the jurisdictional dispute.  Aside from a discovery hearing set for July 17, 2012, there are no impending deadlines affecting Stroud.  Stroud is aware of the July 17, 2012 hearing and has directed Undersigned Counsel to not prepare for or attend that hearing on Stroud's behalf.  Undersigned Counsel will still attend that hearing on behalf of its other clients, Wiles and Graham.

6.      Undersigned Counsel certifies, by signing this Motion, its belief that the withdrawal can be accomplished without material adverse effect on the interests of Stroud, who has been fully advised of the scheduled hearing and other obligations in this lawsuit.

7.      Rule 2.505 of the Florida Rules of Judicial Administration similarly permits withdrawal under the circumstances upon Order of the Court. A motion for withdrawal of counsel should be granted where, as here, withdrawal of counsel would not "interfere with the efficient and proper functioning of the court." *Foley v. Peckham*, 256 So.2d 65, 67 (Fla. 3d DCA 1971); *see also Fisher v. State*, 248 So.2d 479 (Fla. 1971) (holding that trial courts cannot "compel an attorney to continue … unless unusual circumstances exist which would interfere with the orderly process of the court").

8.      Where, as here, the case has not been scheduled for trial and there remains ample time for the clients to procure new counsel to handle the case, the attorneys have the absolute right to withdraw. *Fisher*, 248 So.2d at 486.

9.      Undersigned Counsel does not request a stay of proceedings, and this withdrawal will not impact any presently scheduled events. The action can proceed notwithstanding the withdrawal of counsel.

10.     This motion is in good faith, is not for purposes of delay, and will not result in unfair prejudice.

11.     Upon the granting of this Motion to Withdraw as Attorneys of Record, Undersigned Counsel requests that all future pleadings, correspondence, and filed Court documents be mailed or delivered to James C. Stroud, c/o John Unger, Bowen & Unger PLC, 47 Music Sq. E., Nashville, TN 37203, (615) 329-4400, jlutn@comcast.net.

12. This Motion is hereby served on all parties, including Stroud at the address above.

13. Pursuant to the Local Rules, no memorandum or certificate of conference is required for a Motion to Withdraw. Undersigned Counsel will produce whatever further support is necessary, at the request of the Court, in support of this Motion to Withdraw.

WHEREFORE, and for the foregoing reasons, Undersigned Counsel respectfully requests that this Court enter an Order allowing Undersigned Counsel to withdraw as attorney-of-record for Stroud, and grant such other relief as this Court deems appropriate.

/s/ Ralph Schofield
**Lawrence Keefe**
Florida Bar No. 602809
**A. Benjamin Gordon**
Florida Bar No. 528617
**Ralph Schofield**
Florida Bar No. 70543
Keefe Anchors Gordon & Moyle P.A.
2113 Lewis Turner Blvd., Ste. 100
Fort Walton Beach, FL 32547
Telephone:   (850) 863-1974
Facsimile:    (850) 863-1591
Email: lkeefe@kagmlaw.com
          bgordon@kagmlaw.com
          rschofield@kagmlaw.com

*Attorneys for Defendants Wiles, Stroud, and Graham*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Motion has been filed electronically through this Court's ECF system and that a true and correct copy of the foregoing has been automatically furnished to each party's counsel via a Notice of Electronic Filing. A copy has also been served upon Stroud at the address and email address above by U.S. mail and email.

/s/ Ralph Schofield
**Lawrence Keefe**
Florida Bar No. 602809
**A. Benjamin Gordon**
Florida Bar No. 528617
**Ralph Schofield**
Florida Bar No. 70543
Keefe, Anchors & Gordon P.A.
2113 Lewis Turner Blvd., Ste. 100
Fort Walton Beach, FL 32547
Telephone:   (850) 863-1974
Facsimile:    (850) 863-1591
Email: lkeefe@kaglawfirm.com
          bgordon@kaglawfirm.com
          rschofield@kaglawfirm.com

*Attorneys for Defendants Wiles, Stroud, and Graham*