IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ALOSTAR BANK OF COMMERCE,**

  Plaintiff,

v.                               CASE NO. 5:11-cv-406-RS-GRJ

**GLS FLORIDA PROPERTY 2, LLC, et al.,**

  Defendants.
_____/

## ORDER

The relief requested in Defendant James C. Stroud's Agreed Motion to Withdraw Previously Filed Motion to Dismiss (Doc. 72) is **GRANTED**. Defendant Stroud shall file his answer to the complaint not later than July 31, 2012.

**ORDERED** on July 17, 2012.

              /s/ Richard Smoak
              **RICHARD SMOAK**
              **UNITED STATES DISTRICT JUDGE**