# UNITED STATES DISTRICT COURT
## CIVIL MINUTES – GENERAL MINUTES

**Case #: 5:11-cv-00406-RS-GRJ**                              **Time Commenced: 10:35 a.m.**
**Date:  7/17/2012**                                          **Time Concluded:  1:58 p.m.**

**DOCKET ENTRY:   TELEPHONIC MOTION HEARING - MOTION TO COMPEL**

**PRESENT: HONORABLE GARY R JONES, UNITED STATES MAGISTRATE JUDGE**

**K. Malu**                                                   **CD 12-03**
Deputy Clerk                                                  Court Reporter / Tape

**Plaintiff/Petitioner:**                                     **Attorneys for Plaintiff/Petitioner:**

(1) ALOSTAR BANK OF COMMERCE                                  GEORGE RODERICK MEAD , II
                                                              ERIC DAVID STOLZE

**Defendant/Respondent:**                                     **Attorneys forDefendant/Respondent:**

(1) HERBERT L GRAHAM                                          RALPH HAMILTON SCHOFIELD , JR
(2) DWIGHT P WILES                                            RALPH HAMILTON SCHOFIELD , JR

| | |
|---|---|
| 10:35 a.m. | Court called to order |
| 10:41am-11:23 pm | Court addresses Requests |
| 11:23am-12:56 pm | Court addresses Interrogatories |
| 12:56 pm-1:43 pm | Court addresses Production of documents |
| 1:48 pm | Court |
| 1:57 pm | Request for fees - Denied |
| 1:58 pm | Court Adjourned - written order to follow |

Initials of Deputy Clerk:  kdm