UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| **ALOSTAR BANK OF COMMERCE,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;**<br><br>    **Defendants.** | CIVIL ACTION FILE<br>NO. 5:11-cv-00406-RS-GRJ |

**JOINT CONSENT MOTION TO EXTEND TIME
TO HOLD RULE 26(F) CONFERENCE**

Plaintiff AloStar Bank of Commerce and Defendants GLS Florida Property 2, LLC, Jason R. Flom, Herbert L. Graham, Elliot H. Levine, Peter McKenna, James C. Stroud, Dwight P. Wiles, Elizabeth Yates, and Earle Yaffa and Ronald J. Weiss, as Executors of the Estate of Joseph Flom, (collectively, the "Parties" and, individually, a "Party"),[1] by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and

---

[1] Glenn W. Johnson, III is named as a party in the above caption. He has not yet appeared in this action.

N.D. Fla. L.R. 6.1 and 7.1, move for an Order extending the time for Plaintiff and Defendants to hold the Rule 26(f) conference and state as follows:

1. On July 17, 2012, this Court, through Magistrate Judge Gary R. Jones, ruled on Plaintiff's Motion to Compel Responses to Plaintiff's Jurisdictional Discovery served on Defendants Wiles, Stroud, and Graham.[2] The motion was granted in part and denied in part. (Doc. 79).

2. As a result of this order, Defendants Wiles and Graham must supplement their responses to Plaintiff's Jurisdictional Discovery. A date certain was not set by which those two Defendants must produce the remaining discovery. Accordingly, Plaintiff and all Defendants are collaborating in good faith to ensure documents are produced and remaining discovery is answered in a timely manner without the need of a further motion.

3. At present, jurisdiction discovery remains partly unanswered and subject to supplementation, and the Court's determination on the issue of personal jurisdiction remains outstanding. Further, Defendants have yet to file an answer to the Complaint. When attempting to schedule a Rule 26(f) conference, the Parties determined that events that have yet to occur would cause a Rule 26(f) report to be premature and necessarily incomplete.

4. To avoid unnecessary costs of litigation, the Parties consent to and request an extension of the deadline for the Rule 26(f) conference until after the Court has issued

---

[2] Prior to the hearing on the motion, Defendant Stroud withdrew his motion to dismiss, thereby mooting Plaintiff's Motion to Compel only as to this Defendant. (Docs. 72, 77).

a ruling on whether and which Defendants are subject to personal jurisdiction and Defendants have filed an answer to the Complaint.

5. As a basis for the good cause required by N.D. Fla. L.R. 6.1, Plaintiff and Defendants show that they have been working actively to resolve the remaining discovery issues. Granting this extension would not result in unfair prejudice to any party but would, instead, promote efficient resolution of this matter by allowing additional details regarding personal jurisdiction and all issues in this litigation as determined by responsive pleadings to be included in the Rule 26(f) report.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court extend the time for Plaintiff and Defendants to hold the Rule 26(f) conference until after the Court has ruled on the issue of personal jurisdiction and Defendants have filed answers to the Complaint.

Dated this 27th day of July, 2012.

| Respectfully submitted, | Consented to by: |
|---|---|
| By: /s/ George R. Mead<br>George R. Mead<br>Florida Bar No. 096490<br>Moore, Hill & Westmoreland, P.A.<br>220 West Garden Street (32502)<br>SunTrust Tower, 9th Floor<br>Post Office Box 13290<br>Pensacola, FL 32591-3290<br>Telephone:  (850) 434-3541<br>Facsimile:  (850) 435-7899<br>Email:  emead@mhw-law.com<br>*Attorneys for Plaintiff - AloStar Bank* | s/ Kevin E. Vance<br>Kevin E. Vance, Esquire<br>kevance@duanemorris.com<br>DUANE MORRIS LLP<br>Suite 3400<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: (305) 960-2200<br>Fax: (305) 960-2201<br>*Counsel for Defendant Peter McKenna* |

s/ Sara F. Reynolds
Sara Fitzpatrick Reynolds, Esquire
sreynolds@andersonreynolds.com
Anderson & Reynolds, PLC
Suite 225
3100 West End A venue
Nashville, Tennessee 37203
Tel: (615) 942-1700
Fax: (615) 942-1701
*Counsel for Defendant Jason R. Flom*

s/ Ralph H. Schofield
Lawrence Keefe, Esquire
lkeefe@kagmlaw.com
Ralph Hamilton Schofield, Jr., Esquire
rschofield@kagmlaw.com
Alfred Benjamin Gordon, III, Esquire
bgordon@kagmlaw.com
Keefe, Anchors & Gordon
Suite 100
2113 Lewis Turner Boulevard
Fort Walton Beach, Florida 32547
Tel: (850) 863-1974
Fax: (850) 863-1591
*Counsel for Defendants Herbert L. Graham and Dwight P. Wiles*

s/ Jonathan Holloway
Jonathan Holloway
jholloway@okaloosalaw.com
Holloway Law Firm, P.A.
369 N. Main Street
Crestview, Florida 32536
Tel: (850) 398-6808
Fax: (850) 398-6809
*Counsel for Defendant James C. Stroud*

s/ Cynthia S. McKenzie
Cynthia McKenzie, Esquire
cmckenzie@mckenziejacksonlaw.com
McKenzie Jackson PLC
Suite 1130
201 Fourth Avenue North
Nashville, Tennessee 37219
Tel: (615) 873-5670
Fax: (615) 873-5671
*Counsel for Defendants, Elliot H. Levine and GLS Florida Property 2, LLC*

s/ *John A. Christy*
John A. Christy, Esquire
jchristy@swfllp.com
Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 681-3450
Fax: (404) 681-1046
*Counsel for Defendant Elizabeth Yates*

s/ *Robert A. Emmanuel*
Robert Anthony Emmanuel, Esquire
rae@esclaw.com
Emmanuel Sheppard & Condon
30 S. Spring Street
Pensacola, Florida 32502
Tel: (850) 433-6581
Fax: (850) 429-0492
*Co-Counsel for Defendant Elizabeth Yates*

s/ Edward M. Mullins
Edward M. Mullins
Florida Bar No. 863920
ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida  33131
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202
Email:  emullins@astidavis.com
*Attorney for Defendants Yaffa and Weiss*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| ALOSTAR BANK OF COMMERCE,<br><br>    **Plaintiff,**<br><br>v.<br><br>GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;<br><br>    **Defendants.** | CIVIL ACTION FILE<br>NO. 5:11-cv-00406-RS-GRJ |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed on July 27, 2012 with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties registered on the CM/ECF system.

    /s/ George R. Mead
    George R. Mead
    Florida Bar No. 096490
    Moore, Hill & Westmoreland, P.A.
    220 West Garden Street (32502)
    SunTrust Tower, 9th Floor
    Post Office Box 13290
    Pensacola, FL 32591-3290
    Telephone:  (850) 434-3541
    Facsimile:  (850) 435-7899
    Email:  emead@mhw-law.com
    *Attorneys for Plaintiff - AloStar Bank*

LEGAL_US_E # 99696265.2