UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.

GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD;
DWIGHT P. WILES; ELIZABETH
YATES; and ROGER S. AARON,
EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of
Joseph Flom;

    Defendants.

CIVIL ACTION FILE
NO. 5:11-cv-00406-RS-GRJ

## CONSENT MOTION TO SEAL DOCUMENTS

Plaintiff, ALOSTAR BANK OF COMMERCE, by and through undersigned counsel, move for an Order sealing documents #81-1 through 81-8 and state as follows:

1. On July 30, 2012, counsel for Plaintiff inadvertently filed Exhibits A-H to document #81. Exhibits A-H (documents 81-1 through 81-8) should have been filed under seal. The documents were produced under an agreement between counsel that the documents were for attorneys' eyes only pending the negotiation of a protective order to shield certain documents

2. Defendants do not oppose sealing these documents.

WHEREFORE, Plaintiff s respectfully request that this Court seal documents #81-1 through 81-8.

1

**CERTIFICATE OF COUNSEL CONFERENCE**

Pursuant to Northern District, Local Rule 7.1(B), the undersigned counsel had previously agreed with opposing counsel that the documents referenced should be filed under seal.  It was by error only that the documents were not filed under seal and Plaintiff's counsel can thus represent that Defendants do not oppose, and in fact support, this motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed on July 30, 2012 with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties registered on the CM/ECF system.

Dated this 30th day of July, 2012.

                Respectfully submitted,

                By:  /s/ George R. Mead
                George R. Mead
                Florida Bar No. 096490
                Moore, Hill & Westmoreland, P.A.
                220 West Garden Street (32502)
                SunTrust Tower, 9th Floor
                Post Office Box 13290
                Pensacola, FL 32591-3290
                Telephone:  (850) 434-3541
                Facsimile:  (850) 435-7899
                Email:  emead@mhw-law.com
                *Attorneys for Plaintiff - AloStar Bank*