IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ALOSTAR BANK OF COMMERCE,**

    Plaintiff,

v.     CASE NO. 5:11-cv-406-RS-GRJ

**GLS FLORIDA PROPERTY 2, LLC, et al.,**

    Defendants.
_____/

## ORDER

The relief requested in the Joint Consent Motion to Extend Time to Hold Rule 26(f) Conference (Doc. 80) is **GRANTED**.  The Parties shall file their Rule 26(f) conference report not later than fourteen days after the Court issues an order on Defendants' Motion to Dismiss.

**ORDERED** on July 31, 2012.

                                  **/s/ Richard Smoak**
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**