IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                                                      CASE NO. 5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC, et al.,

    Defendants.
_____/

## ORDER

    The relief requested in Plaintiff's Consent Motion to Seal Documents (Doc. 82) is **GRANTED**.  The Clerk is directed to seal documents 81-1 through 81-8.

**ORDERED** on July 31, 2012.

                                                      **/s/ Richard Smoak**
                                                      RICHARD SMOAK
                                                      UNITED STATES DISTRICT JUDGE