UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| ALOSTAR BANK OF COMMERCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 5:11-CV-00406-RS |
| GLS FLORIDA PROPERTY 2, LLC; JASON ) | |
| R. FLOM; HERBERT L. GRAHAM; GLENN ) | |
| W. JOHNSON, III; ELLIOT H. LEVINE; ) | |
| PETER MCKENNA; JAMES C. STROUD; ) | |
| DWIGHT P. WILES; ELIZABETH YATES; ) | |
| and ROGER S. AARON; EARLE YAFFA; ) | |
| and RONALD J. WEISS, as Executors of the ) | |
| Estate of Joseph Flom, ) | |
| ) | |
| Defendants. ) | |

JOINDER OF ELIZABETH YATES TO RESPONSIVE DEFENDANTS WEISS
AND YAFFA AS CO-EXECUTORS OF THE WILL OF JOSEPH FLOM TO
PLAINTIFF'S JULY 30, 2012 FILING

COMES NOW ELIZABETH M. YATES and hereby joins in the response of Defendants Weiss and Yaffa as co-executors of the Will of Joseph Flom to Plaintiff's July 30, 2012 filing [Doc. No. 86]. Defendant Yates has no objection to granting Plaintiff's request for a twenty-one (21) day extension in which to file a brief in opposition to Defendants' motion to dismiss, but does object to the Plaintiff introducing and relying on new theories of jurisdiction not previously plead or argued and having

"two bites" at the apple in serving its response to the Defendants' motions. Defendant Yates reserves her right to file an opposition brief in response to Plaintiff's injection of new theories of jurisdiction not pled, as well as to respond to any other procedural and subsequent other issues raised by Plaintiff in any supplemental briefing.

This the 2nd day of August, 2012.

    /s/ John A. Christy
John A. Christy
jchristy@swfllp.com
Georgia Bar No. 125518
Attorney for Elizabeth Yates

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
(404) 681-3450
(404) 681-1046 – facsimile

    /s/ Robert A. Emmanuel
Robert A. Emmanuel
rae@esclaw.com
Florida Bar No. 283797
Attorney for Elizabeth Yates

EMMANUEL, SHEPPARD & CONDON
30 South Spring Street (32502)
P. O. Drawer 12721
Pensacola, Florida 32591-1271
(850) 433-6581
(850) 429-0492 - facsimile

CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the within and foregoing via the Court's ECF system and by placing a copy of the same in the United States Mail addressed as below:

Yancey F. Langston, Esq.
MOORE, HILL & WESTMORELAND, P.A.
220 West Garden Street (32502)
SunTrust Tower, 9th Floor
Post Office Box 13290
Pensacola, FL  32590-3290

Kevin E. Vance, Esq.
DUANE MORRIS LLP
200 South Biscayne Blvd., Suite 3400
Miami, FL 33131-2318

Robert A. Emmanuel, Esq.
EMMANUEL, SHEPPARD & CONDON
30 South Spring Street (32502)
Post Office Drawer 1271
Pensacola, FL 32591-1271

Sara F. Reynolds, Esq.
ANDERSON & REYNOLDS, PLC
3100 West End Avenue, Suite 225
Nashville, TN 37203

Cynthia S. McKenzie, Esq.
MCKENZIE JACKSON, PLC
201 4th Avenue North, Suite 1130
Nashville, TN 37219

Edward M. Mullins
ASTIGARRARAGA DAVIS MULLINS & GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, FL 33131

2

This 2nd day of August, 2012.

    /s/ John A. Christy
John A. Christy

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
(404) 681-3450
(404) 681-1046 - facsimile

2