UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| ALOSTAR BANK OF COMMERCE, <br><br> Plaintiff, <br><br> v. <br><br> GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 5:11-cv-00406-RS-GRJ |

**JOINDER OF GLS FLORIDA PROPERTY 2, LLC TO RESPONSIVE DEFENDANTS WEISS AND YAFFA AS CO-EXECUTORS OF THE WILL OF JOSEPH FLOM TO PLAINTIFF'S JULY 30, 2012 FILING**

Comes now, GLS Florida Property 2, LLC ("Defendant GLS"), and hereby joins in the response of Defendants Weiss and Yaffa as co-executors of the Will of Joseph Flom to Plaintiff's July 30, 2012 filing [Doc. No. 86]. Defendant GLS has no objection to granting Plaintiff's request for a twenty-one (21) day extension in which to file a brief in opposition to Defendants' Motion to Dismiss, but does object to the plaintiff introducing and relying on new theories of jurisdiction not previously plead or argued and having "two bites" at the apple in serving its response to the Defendants' motions. Defendant GLS reserves its right to file an opposition brief in response to Plaintiff's injection of new theories of jurisdiction not pled, as

well as to respond to any other procedural and subsequent other issues raised by Plaintiff in any supplemental briefing.

This the 2nd day of August, 2012.

Respectfully submitted,

**MCKENZIE|JACKSON, PLC**

By: /s/ Cynthia S. McKenzie
 Cynthia S. McKenzie (BPR #20911)
 McKenzie|Jackson, PLC
 201 4th Avenue North, Suite 1130
 Nashville, TN 37219
 (615) 873-5670
 (615) 873-5671 (fax)

*Counsel for Defendant Elliot Levine*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served on the following via the Court's CM/ECF system to all who have appeared:

Sara Fitzpatrick Reynolds
Anderson & Reynolds, PLC
3100 West End Avenue, Suite 225
Nashville, TN 37219

George Roderick Mead, II
Moore Hill & Westmoreland, PA
220 W. Garden St. – 9th Floor
Pensacola, FL 32502

Alfred Benjamin Gordon, III
Keefe Anchors Gordon Etc PA
Fort Walton Beach FL
2113 Lewis Turner Blvd, Ste 100
Fort Walton Beach, FL 32547

Robert Anthony Emmanuel
Emmanuel Sheppard & Condon
30 S. Spring St.
Pensacola, FL 32502

Jonathon Thomas Holloway
Holloway Law Firm, PA
369 N. Main St.
Crestview, FL 32536

Edward Maurice Mullins
Astigarraga Davis Mullins
701 Brickell Ave., Ste. 1650
Miami, FL 33131

Yancey Frank Langston
Moore Hill & Westmoreland
220 W. Garden St., 9th Floor
PO Box 13290
Pensacola, Florida 32591-3290

Kevin Eugene Vance
Duane Morris, LLP
200 S. Biscayne Blvd., Ste. 3400
Miami, FL 33131

John A. Christy
Schreeder Wheeler & Flint LLP
Atlanta, GA
1100 Peachtree St., Ste. 800
Atlanta, GA 30309

Eric David Stolze
Paul Hastings, LLP
600 Peachtree St. NE, Ste. 2400
Atlanta, GA 30308

Regan Noelle Kruse
Astigarraga Davis Mullins
701 Brickell Ave., Ste. 1650
Miami, FL 33131

and via first-class mail to:

William K. Whitner, Esq.
Paul Hastings, LLP
600 Peachtree Street, N.E.
Twenty-fourth Floor
Atlanta, Georgia 30308

on the 2nd day of August, 2012:

                                                                /s/ Cynthia S. McKenzie