IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                                       CASE NO.  5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD;
DWIGHT P. WILES; ELIZABETH
YATES; and ROGER S. AARON,
EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of
Joseph Flom,

    Defendants.
_____/

## ORDER

The relief requested in Plaintiff's Partial Response to Motion to Dismiss as to Defendants McKenna, Graham, Yaffa, and Weiss, and Motion to Extend Time to Serve Responses to Jurisdictional Motions as to Remaining Defendants (Doc. 81) is **GRANTED**.  Plaintiff shall respond to the Motions to Dismiss of Defendants GLS Florida Property 2, LLC; Jason R. Flom; Elliot H. Levine; Peter McKenna; Elizabeth Yates; and Earle Yaffa and Ronald J. Weiss, as executors of

the Estate of Joseph Flom (Docs. 48, 49, 50, 51, 52, and 54) not later than August 20, 2012.

**ORDERED** on August 3, 2012.

<u>**/s/ Richard Smoak**</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**