IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                                CASE NO.  5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD;
DWIGHT P. WILES; ELIZABETH
YATES; and ROGER S. AARON,
EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of
Joseph Flom,

    Defendants.
_____/

## ORDER

On July 30, 2012, Plaintiff filed a document titled Partial Response to Motion to Dismiss as to Defendants McKenna, Graham, Yaffa, and Weiss, and Motion to Extend Time to Serve Responses to Jurisdictional Motions As to Remaining Defendants (Doc. 81).  The document included a "partial response" to several Defendants' Motions to Dismiss and additionally requested an extension of time to serve complete responses to all pending jurisdictional motions (namely, the Motions to Dismiss of Defendants GLS Florida Property 2, LLC; Jason R. Flom;

1

Elliot H. Levine; Peter McKenna; Elizabeth Yates; and Earle Yaffa and Ronald J. Weiss, as executors of the Estate of Joseph Flom (Docs. 48, 49, 50, 51, 52, and 54)). I granted Plaintiff's motion on August 3, 2012 and directed Plaintiff to respond to these motions not later than August 20, 2012. In making this decision, I considered Response of Defendants Weiss and Yaffa as Co-Executors of the Will of Joseph Flom to Plaintiff's July 30, 2012 Filing (Doc. 86).

Now before me are Joinder of Elizabeth Yates (Doc. 87), Elliot Levine (Doc. 88), and GLS Florida Property 2, LLC (Doc. 89) to Responsive Defendants Weiss and Yaffa as Co-Executors of the Will of Joseph Flom to Plaintiff's July 30, 2012 Filing. The relief requested therein is **GRANTED**. Defendants Yates, Levine, and GLS Florida Property 2, LLC are joined to Response of Defendants Weiss and Yaffa as Co-Executors of the Will of Joseph Flom to Plaintiff's July 30, 2012 Filing (Doc. 86).

Also before me are Defendant Herbert L. Graham's Motion for Leave to File a Reply (Doc. 90) to Plaintiff's "partial response" (Doc. 81) and Plaintiff AloStar's Motion for Leave to File a Sur-Reply to Defendants Weiss and Yaffa's "Response" to AloStar's July 30, 2012 Filing (Doc. 91).[1] Both of these motions are **DENIED**.

As for Defendant Graham, a Motion to Dismiss (Doc. 38) is pending before the Court. Plaintiff responded to this motion on the response deadline of July 9,

---

[1] Note that this Response (Doc. 86), originally filed by Defendants Weiss and Yaffa as co-executors of the Will of Joseph Flom, is now joined by Defendants Yates, Levine, and GLS Florida Property 2, LLC pursuant to this Order.

2

2012 (Doc. 62), but asked the Court to defer ruling until the completion of jurisdictional discovery. The request was granted by Order on July 11, 2012 (Doc. 65), in which I stated that consideration of Graham and Wiles' Motion to Dismiss would be deferred until the Magistrate Judge ruled on Plaintiff's Motion to Compel (Doc. 60). I further stated that once the Motion to Compel was ruled upon, I may allow Plaintiff additional time to amend its response. Following a hearing on July 17, 2012, the Magistrate Judge ruled on the Motion to Compel (Doc. 79), granting the motion in part and denying it in part and requiring Defendants Graham and Wiles to respond to certain discovery requests not later than August 3, 2012. Pursuant to my Order of July 11, 2012, I will grant Plaintiff additional time to amend its response. Plaintiff may amend its Memorandum of Law in Opposition to Defendants Wiles, Stroud, and Graham's Motion to Dismiss (Doc. 62)[2] not later than August 20, 2012. No portion of the "partial response" filed by Plaintiff (Doc. 81) pertaining to Defendant Graham will be considered, as Plaintiff has already responded to Defendant Graham's Motion to Dismiss and had not received leave of the Court to amend the response. Accordingly, Defendant Graham need not reply to the "partial response." Defendant Graham is free to file a motion to reply to any amended response that Plaintiff files pursuant to this Order.

---

[2] Defendant Stroud has withdrawn from the Motion to Dismiss (Docs. 72 & 77) and thus is no longer contesting this Court's personal jurisdiction over him.

For all purposes, the Partial Response to Motion to Dismiss as to Defendants McKenna, Graham, Yaffa, and Weiss, and Motion to Extend Time to Serve Responses to Jurisdictional Motions As to Remaining Defendants (Doc. 81) will be treated as a motion to extend time only, which was granted on August 3, 2012. It will not be treated as Plaintiff's Local Rule 7.1(C) Responsive Memorandum. Accordingly, the Response to this motion (Doc. 86) was a proper response to the Motion to Extend Time, and is considered only for its consent to the 21-day extension of Plaintiff's time to reply to Defendants' Motions to Dismiss. I will not consider Plaintiff's "partial responses" concerning any Defendant, so Plaintiff will not get "two bites at the apple." However, pursuant to the Order of August 3, 2012, Plaintiff shall fully respond to the Motions to Dismiss of Defendants GLS Florida Property 2, LLC; Jason R. Flom; Elliot H. Levine; Peter McKenna; Elizabeth Yates; and Earle Yaffa and Ronald J. Weiss, as executors of the Estate of Joseph Flom (Docs. 48, 49, 50, 51, 52, and 54) not later than August 20, 2012. After such responses are filed, these Defendants may file motions for leave to reply if they so desire. If any such reply is filed, Plaintiff may move for leave to file a sur-reply after that time.

In sum, the relief requested in Documents 87, 88, and 89 is **GRANTED**, and Defendants Yates, Levine, and GLS Florida Property 2, LLC are joined to Response of Defendants Weiss and Yaffa as Co-Executors of the Will of Joseph

Flom to Plaintiff's July 30, 2012 Filing (Doc. 86). The relief requested in Documents 90 and 91 is **DENIED**.  As ordered on August 3, 2012 (Doc. 92) Plaintiff shall fully respond to the Motions to Dismiss of Defendants GLS Florida Property 2, LLC; Jason R. Flom; Elliot H. Levine; Peter McKenna; Elizabeth Yates; and Earle Yaffa and Ronald J. Weiss, as executors of the Estate of Joseph Flom (Docs. 48, 49, 50, 51, 52, and 54) not later than August 20, 2012.  Plaintiff may amend its Memorandum of Law in Opposition to Defendants Wiles, Stroud, and Graham's Motion to Dismiss (Doc. 62) not later than August 20, 2012.

**ORDERED** on August 7, 2012.

>
> **/s/ Richard Smoak**
> **RICHARD SMOAK**
> **UNITED STATES DISTRICT JUDGE**