**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

| | |
|---|---|
| **ALOSTAR BANK OF COMMERCE,**<br><br> **Plaintiff,**<br><br>**v.**<br><br>**GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;**<br><br> **Defendants.** | **CIVIL ACTION FILE**<br>**NO. 5:11-cv-00406-RS-GRJ** |

**ALOSTAR'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT JAMES C. STROUD'S COUNTERCLAIM FOR PREPARATION OF A COMPREHENSIVE MOTION TO DISMISS**

Plaintiff AloStar Bank of Commerce ("AloStar"), by and through its undersigned counsel, respectfully requests that this Court allow a 45-day extension of time for AloStar to file a responsive pleading to Defendant James C. Stroud's ("Stroud") counterclaim. In support of this motion and demonstrating the good cause required by N.D. Fla. L.R. 6.1, AloStar shows this Court as follows:

1.      Stroud filed his Answer, Affirmative Defenses, and Counterclaim on July 31, 2012. (Doc. 85). In this pleading, Stroud "denies that he is liable to the Plaintiff for any amount on any theory." (*Id.* ¶ 78). Further, he asserted a four-count counterclaim against AloStar and seeks damages, attorneys' fees, and interest. (*Id.* at 85).

2.      AloStar believes it may properly assert certain specialized defenses, including the

doctrine of *D'Oench, Duhme*, 315 U.S. 447 (1942), and 12 U.S.C. § 1823(e), resulting from

AloStar's acquisition of the Indebtedness from the Federal Deposit Insurance Corporation, as

receiver.

3.      AloStar has begun the process of obtaining the necessary regulatory approvals to

invoke these principles in the instant litigation, and anticipates utilizing this and other grounds as

bases for a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

4.      AloStar believes judicial economy would best be served by filing a

comprehensive motion to dismiss within forty-five days from the current due date for a

responsive pleading, which is August 24, 2012.

5.      Otherwise, AloStar must proceed in a piecemeal fashion by filing a motion to

dismiss addressing less than all grounds, awaiting the Court's ruling, and then filing a subsequent

Fed. R. Civ. P. 12(c) motion for judgment on the pleadings after all regulatory approvals are

obtained.

WHEREFORE, AloStar respectfully requests that this Court enter a 45-day

extension of time for AloStar to answer or serve a responsive pleading to Stroud's counterclaim.

### CERTIFICATE OF COUNSEL CONFERENCE

Pursuant to Northern District, Local Rule 7.1(B), counsel for AloStar spoke with counsel

for Stroud on August 13, 2012 and counsel for Stroud does not object to the extension.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed on August 14, 2012

with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic

filing to counsel for the parties registered on the CM/ECF system.

Dated this 14th day of August, 2012.

- 3 -

Respectfully submitted,


By:  s/ George R. Mead, II
    George R. Mead
    Florida Bar No. 096490
    Moore, Hill & Westmoreland, P.A.
    220 West Garden Street (32502)
    SunTrust Tower, 9th Floor
    Post Office Box 13290
    Pensacola, FL 32591-3290
    Telephone:  (850) 434-3541
    Facsimile:   (850) 435-7899
    Email:  emead@mhw-law.com

    William K. Whitner
    Georgia Bar No. 756652
    Eric D. Stolze
    Ga. Bar No. 425966
    PAUL HASTINGS LLP
    600 Peachtree Street, N.E.
    Twenty-Fourth Floor
    Atlanta, GA  30308
    Telephone:  (404) 815-2400
    Facsimile:   (404) 815-2424
    Email:  kwhitner@paulhastings.com
    Email:  ericstolze@paulhastings.com

    *Attorneys for Plaintiff - AloStar Bank*