UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| ALOSTAR BANK OF COMMERCE,<br><br>    Plaintiff,<br><br>v.<br><br>GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 5:11-cv-00406-RS-GRJ |

**MOTION TO SEAL CERTAIN EXHIBITS FILED IN SUPPORT OF ALOSTAR'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT GLENN W. JOHNSON, III**

Plaintiff AloStar Bank of Commerce ("AloStar"), by and through its undersigned counsel, moves for an Order sealing Exhibits 3 and 4 to Attachment 1 of Document 94 and states as follows:

1. On August 9, 2012, AloStar filed its Application for Default Judgment Against Defendant Glenn W. Johnson, III (Doc. 94), accompanied by a Declaration in Support (Doc. 94, Attach. 1).

2. In lieu of electronically filing Exhibits 3 and 4 to the Declaration (Doc. 94, Attach. 1), AloStar filed exhibit pages marked "Filed Under Seal." AloStar now seeks an order directing that the actual, underlying exhibits be filed under seal.

3. Exhibit 3 is the Amended and Restated Limited Guaranty Agreement executed by Defendant Johnson. Similar documents were produced by other Defendants under an agreement between counsel that the documents were for attorneys' eyes only pending the negotiation of a protective order to shield certain documents. Accordingly, AloStar asks that this document be filed under seal.

4. Exhibit 4 includes attorney time entries in support of AloStar's request for attorneys' fees. To preserve and maintain the confidential nature of those records, AloStar requests that this document be filed under seal as well.

### CERTIFICATE OF COUNSEL CONFERENCE

Pursuant to Northern District, Local Rule 7.1(B)(1), (A)(8), conference with counsel is not required for an application for default, to which this motion to seal relates. Further, the opposing *pro se* party has made no appearance in this case.

Dated this 20th day of August 2012.            Respectfully submitted,

By: s/ Eric D. Stolze
William K Whitner
Georgia Bar No. 756652
Eric D. Stolze
Ga. Bar No. 425966
PAUL HASTINGS LLP
600 Peachtree Street, N.E.

- 3 -

        Twenty-Fourth Floor
        Atlanta, GA  30308
        Telephone:  (404) 815-2400
        Facsimile:   (404) 815-2424
        Email:  kwhitner@paulhastings.com
        Email:  ericstolze@paulhastings.com

        George R. Mead
        Florida Bar No. 096490
        Moore, Hill & Westmoreland, P.A.
        220 West Garden Street (32502)
        SunTrust Tower, 9th Floor
        Post Office Box 13290
        Pensacola, FL 32591-3290
        Telephone:  (850) 434-3541
        Facsimile:   (850) 435-7899
        Email:  emead@mhw-law.com
        *Attorneys for Plaintiff - AloStar Bank*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| **ALOSTAR BANK OF COMMERCE,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;**<br><br>      **Defendants.** | **CIVIL ACTION FILE**<br>**NO. 5:11-cv-00406-RS-GRJ** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Motion to Seal Certain Exhibits Filed in Support of AloStar's Application for Default Judgment Against Defendant Glenn W. Johnson, III* was electronically filed on August 20, 2012 with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties registered on the CM/ECF system and that a copy was served by First Class Mail addressed as follows:

Glenn W. Johnson, III
520 West Avenue, Apartment 2204
Miami Beach, FL 33139

- 2 -

                By:  <u>s/ Eric D. Stolze</u>
                     Eric D. Stolze
                     Georgia Bar No. 425966
                     PAUL HASTINGS LLP
                     600 Peachtree Street, N.E.
                     Twenty-Fourth Floor
                     Atlanta, GA  30308
                     Telephone:     (404) 815-2400
                     Facsimile:      (404) 815-2424
                     Email:  kwhitner@paulhastings.com

LEGAL_US_E # 100036339.1