IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                                      CASE NO. 5:11cv406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;

    Defendants.
_____/

**DEFENDANT DWIGHT P. WILES'**
**MOTION TO WITHDRAW PREVIOUSLY FILED MOTION TO DISMISS**

Defendant Dwight P. Wiles ("Wiles"), by and through undersigned counsel, moves to withdraw his previously filed Motion to Dismiss (Doc. 38). In support of the instant motion to withdraw, Wiles states as follows:

    1.    On April 26, 2012, Wiles, together with two other Defendants, filed a Motion to Dismiss (Doc. 38) based on lack of personal jurisdiction.

    2.    In order to expedite this matter and to avoid the incurrence of addition legal fees, Wiles has determined that it is in his best interest to withdraw his objection to personal jurisdiction and to no longer pursue to the Motion to Dismiss.

1

3. By withdrawing his defense, Wiles does not comment on whether personal jurisdiction is appropriate over any Defendant but simply waives his right to assert that defense as to himself.

4. Wiles' withdrawal of his defense is not intended to affect Defendant Herbert L. Graham's ("Graham") defense of lack of personal jurisdiction, which is asserted in the same Motion to Dismiss. The Motion to Dismiss will remain pending as to Graham.

5. Wiles does not request a stay of proceedings, and this withdrawal will not impact any presently scheduled events. The action can proceed notwithstanding this withdrawal.

6. This motion is in good faith, is not for purposes of delay, and will not result in unfair prejudice.

7. Upon the granting of the instant motion, Wiles requests a period of twenty (20) days from such Order in which to file an Answer to the Complaint.

8. Plaintiff is aware of Wiles' intention to withdraw the personal jurisdiction defense and has no opposition only to the relief requested in the following paragraph.

WHEREFORE, Wiles respectfully requests that this Court enter an Order allowing Wiles to withdraw from the previously filed Motion to Dismiss (Doc. 38) and to file an Answer within twenty (20) days of such Order.

/s/ Ralph Schofield
**Lawrence Keefe**
Florida Bar No. 602809
**A. Benjamin Gordon**
Florida Bar No. 528617

**Ralph Schofield**
Florida Bar No. 70543
Keefe Anchors Gordon & Moyle P.A.
2113 Lewis Turner Blvd., Ste. 100
Fort Walton Beach, FL 32547
Telephone:   (850) 863-1974
Facsimile:    (850) 863-1591
Email: lkeefe@kaglawfirm.com
         bgordon@kaglawfirm.com
         rschofield@kaglawfirm.com

*Attorneys for Defendants Graham*

## LOCAL RULE 7.1(B) CERTIFICATE OF CONFERENCE

Undersigned counsel certifies that he has conferred with opposing counsel in a good faith effort to resolve by agreement the issues raised.  Counsel for Plaintiff has no opposition to the relief requested herein.

/s/ Ralph Schofield_____
**Lawrence Keefe**
Florida Bar No. 602809
**A. Benjamin Gordon**
Florida Bar No. 528617
**Ralph Schofield**
Florida Bar No. 70543
Keefe Anchors Gordon & Moyle P.A.
2113 Lewis Turner Blvd., Ste. 100
Fort Walton Beach, FL 32547
Telephone:   (850) 863-1974
Facsimile:    (850) 863-1591
Email: lkeefe@kaglawfirm.com
         bgordon@kaglawfirm.com
         rschofield@kaglawfirm.com

*Attorneys for Defendants Wiles and Graham*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Motion has been filed electronically through this Court's ECF system and that a true and correct copy of the foregoing has been automatically furnished to each party's counsel via a Notice of Electronic Filing.

/s/ Ralph Schofield
**Lawrence Keefe**
Florida Bar No. 602809
**A. Benjamin Gordon**
Florida Bar No. 528617
**Ralph Schofield**
Florida Bar No. 70543
Keefe, Anchors & Gordon P.A.
2113 Lewis Turner Blvd., Ste. 100
Fort Walton Beach, FL 32547
Telephone:   (850) 863-1974
Facsimile:     (850) 863-1591
Email: lkeefe@kaglawfirm.com
          bgordon@kaglawfirm.com
          rschofield@kaglawfirm.com

*Attorneys for Defendants Wiles and Graham*