

STATE OF TENNESSEE
Tre Hargett, Secretary of State
Division of Business Services
William R. Snodgrass Tower
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name:   **CRT, LLC**

## General Information

| | | | |
|---|---|---|---|
| **Control # :** | 494900 | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic | Date Formed: | 05/27/2005 |
| Filing Date: | 05/27/2005 2:38 PM | Fiscal Year Close | 12 |
| Status: | Inactive - Dissolved (Administrative) | Member Count: | 1 |
| Duration Term: | Perpetual | | |
| Managed By: | Member Managed | | |
| Public/Mutual Benefit: | Mutual | | |

## Registered Agent Address
GARY W SMITH
900 DIVISION ST
NASHVILLE, TN  37203

## Principal Address
900 DIVISION ST
NASHVILLE, TN  37203

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 08/17/2009 | Dissolution/Revocation - Administrative | ROLL 6580 |
| 06/03/2009 | Notice of Determination | ROLL 6550 |
| 02/21/2008 | 2007 Annual Report | 6221-1403 |
| 07/12/2007 | 2006 Annual Report | 6091-2106 |
| 06/21/2007 | Notice of Determination | ROLL 6065 |
| 07/18/2006 | 2005 Annual Report | 5829-1118 |
| 06/14/2006 | Notice of Determination | ROLL 5809 |
| 05/27/2005 | Initial Filing | 5469-0223 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|