UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

     Plaintiff,

v.

GLS FLORIDA PROPERTY 2, LLC; JASON R.
FLOM; HERBERT L. GRAHAM; GLENN W.
JOHNSON, III; ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD; DWIGHT P.
WILES; ELIZABETH YATES; and ROGER S.
AARON, EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of Joseph Flom;

     Defendants.

_____/

CIVIL ACTION FILE
NO. 5:11-cv-00406-RS-GRJ

## MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF ALOSTAR'S MEMORANDUMS OF LAW [DOC. 102 & 103]

Plaintiff AloStar Bank of Commerce ("AloStar"), by and through its undersigned counsel, moves for an Order filing and sealing Exhibits 1 through 6 and 8 of Document 102 and Exhibits 1 through 3 of Document 103 and states as follows:

1. The documents that make up Exhibits 1 through 6 and 8 of Document 102 and Exhibits 1 through 3 of Document 103 were produced under an agreement between counsel that the documents were for attorneys' eyes only pending the negotiation of a protective order to shield certain documents.

2. Plaintiff did not file the exhibits with the Memorandums in order to file the exhibits under seal

3. Defendants do not oppose sealing these documents.

WHEREFORE, Plaintiff respectfully requests that the Court direct the Clerk of Court to file the attached (hard copy only) exhibits under seal and linked to the appropriate memorandums, Document 102 and Document 103.

## CERTIFICATE OF COUNSEL CONFERENCE

Pursuant to Northern District, Local Rule 7.1(B), the undersigned counsel has previously agreed with opposing counsel that the documents referenced should be filed under seal.

Dated this 21st day of August, 2012.

/s/ George R. Mead
George R. Mead
Florida Bar No. 096490
MOORE, HILL & WESTMORELAND, P.A.
220 West Garden Street (32502)
SunTrust Tower, 9th Floor
Post Office Box 13290
Pensacola, FL 32591-3290
Telephone:  (850) 434-3541
Facsimile:  (850) 435-7899
Email:  emead@mhw-law.com
*Attorneys for Plaintiff - AloStar Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed on August 21, 2012 with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties registered on the CM/ECF system.

/s/ George R. Mead
George R. Mead
Florida Bar No. 096490
MOORE, HILL & WESTMORELAND, P.A.
220 West Garden Street (32502)
SunTrust Tower, 9th Floor
Post Office Box 13290
Pensacola, FL 32591-3290
Telephone:   (850) 434-3541
Facsimile:  (850) 435-7899
Email:  emead@mhw-law.com
*Attorneys for Plaintiff*
*AloStar Bank of Commerce*