UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.

GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;

    Defendants.
_____/

CIVIL ACTION FILE
NO. 5:11-cv-00406-RS-GRJ

## **NOTICE OF FILING ERRATA TO [doc. 103]**

Plaintiff, ALOSTAR BANK OF COMMERCE, hereby files the following errata to [doc. 103] *Motion for Leave to Amend Complaint, or, Alternatively, Plaintiff's Response to Motion to Dismiss of Defendants Wiles, Stroud, and Graham [doc. 38]*.

1. The first citation of first full paragraph of page 7 [doc. 103] reads:

"See **Exhibit 5** *infra*, p. EL 0003605;"

but should read:

"[doc. 102 **Exhibit 5**, p. EL 0003605];"

Dated this 22nd day of August, 2012.

/s/ George R. Mead
George R. Mead
Florida Bar No. 096490
MOORE, HILL & WESTMORELAND, P.A.
220 West Garden Street (32502)
SunTrust Tower, 9th Floor
Post Office Box 13290
Pensacola, FL 32591-3290

    Telephone:  (850) 434-3541
    Facsimile:  (850) 435-7899
    Email:  emead@mhw-law.com
    *Attorneys for Plaintiff - AloStar Bank*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed on August 22, 2012 with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties registered on the CM/ECF system.

    /s/ George R. Mead
    George R. Mead
    Florida Bar No. 096490
    MOORE, HILL & WESTMORELAND, P.A.
    220 West Garden Street (32502)
    SunTrust Tower, 9th Floor
    Post Office Box 13290
    Pensacola, FL 32591-3290
    Telephone:   (850) 434-3541
    Facsimile:  (850) 435-7899
    Email:  emead@mhw-law.com
    *Attorneys for Plaintiff*
    *AloStar Bank of Commerce*