IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                          CASE NO.  5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD;
DWIGHT P. WILES; ELIZABETH
YATES; and ROGER S. AARON,
EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of
Joseph Flom,

    Defendants.
_____/

## ORDER

The relief requested in Defendant Dwight P. Wiles' Motion to Withdraw Previously Filed Motion to Dismiss (Doc. 104) is **GRANTED**.  The Motion to Dismiss (Doc. 38) remains pending as to Defendant Graham only.  Defendant Wiles shall file his answer to the complaint not later than September 11, 2012.

**ORDERED** on August 22, 2012.

                                        **/s/ Richard Smoak**
                                        RICHARD SMOAK
                                        UNITED STATES DISTRICT JUDGE