IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                                      CASE NO.  5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD;
DWIGHT P. WILES; ELIZABETH
YATES; and ROGER S. AARON,
EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of
Joseph Flom,

    Defendants.
_____/

## ORDER

The relief requested in Motion to File Under Seal Certain Exhibits in Support of AloStar's Memorandums of Law (Doc. 107) is **GRANTED**.  The Clerk is directed to seal the documents comprising Exhibits 1 through 6 and 8 of Document 102 and Exhibits 1 through 3 of Document 103.

**ORDERED** on August 22, 2012.

                                            **/s/ Richard Smoak**
                                            RICHARD SMOAK
                                            UNITED STATES DISTRICT JUDGE