IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                                                  CASE NO.  5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD;
DWIGHT P. WILES; ELIZABETH
YATES; and ROGER S. AARON,
EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of
Joseph Flom,

    Defendants.
_____/

### ORDER

The relief requested in Motion to Seal Certain Exhibits Filed in Support of AloStar's Application for Default Judgment Against Defendant Glenn W. Johnson, III (Doc. 101) is **GRANTED**.  The Clerk is directed to seal the documents comprising Exhibits 3 and 4 of Document 94.

**ORDERED** on August 22, 2012.

                                                     **/s/ Richard Smoak**
                                                     RICHARD SMOAK
                                                     UNITED STATES DISTRICT JUDGE