IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | | |
|---|---|---|
| **ALOSTAR BANK OF COMMERCE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 5-11-cv-00406-RS-GRJ |
| **GLS FLORIDA PROPERTY 2, LLC;** | ) | |
| **JASON R. FLOM; HERBERT L.** | ) | |
| **GRAHAM; GLENN W. JOHNSON, III;** | ) | |
| **ELLIOTT H. LEVINE; PETER MCKENNA;** | ) | |
| **JAMES C. STROUD; DWIGHT P. WILES;** | ) | |
| **ELIZABETH YATES; ROGER S. AARON,** | ) | |
| **EARLE YAFFA, and RONALD J.** | ) | |
| **WEISS, as Executors of the Estate of Joseph** | ) | |
| **Flom;** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT JASON FLOM'S MOTION FOR LEAVE TO
FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Rule 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure and Local Rule 7.1(C)(2), Defendant Jason Flom moves this Court to for leave to file a reply in support of his motion to dismiss. In support of this motion, Defendant would show the Court as follows:

1. On May 11, 2012, Defendant Jason Flom filed a motion to dismiss based on lack of personal jurisdiction and the doctrine of *forum non conveniens*.

2. The parties agreed to extend Plaintiff's deadline to respond to the motion while they conducted discovery on the issue of personal jurisdiction.

3. On August 20, 2012, Plaintiff filed a pleading styled "Motion for Leave to Amend Complaint or, Alternatively, Plaintiff's Response to Motions to Dismiss."

4. Plaintiff's recent pleading raises issues developed during jurisdictional discovery and not previously raised as a basis for jurisdiction in the original Complaint or addressed in Defendant's motion to dismiss.

5. Defendant therefore submits that there is good cause for filing reply in support of the motion to dismiss.

6. This Defendant and other defendants are in discussions with Plaintiff regarding the filing of an amended complaint, the timing of responses to any such amended complaint, and a unified briefing schedule for issues regarding personal jurisdiction and the doctrine of *forum non conveniens* that may resolve some of the confusion created by the current state of the pleadings. Defendant expects these discussions to result in a proposed scheduling order for the Court to evaluate in the next 2-3 business days.

Defendant Jason Flom respectfully requests that the Court grant him leave to file a reply in support of his motion to dismiss. If this motion is granted, Defendant requests that the Court either consider the proposed scheduling order to be submitted by Plaintiff and various Defendants in the near future and/or set the deadline for filing a reply.

Respectfully submitted,

/s/ Sara F. Reynolds
Sara F. Reynolds (TN #21469)
Anderson & Reynolds, PLC
3100 West End Avenue, Suite 225
Nashville, Tennessee 37203
615.942.1700

*Attorney for Defendant
Jason R. Flom*

## **LOCAL RULE 7.1(B) CERTIFICATE**

Pursuant to Local Rule 7.1(B), undersigned counsel certifies that she has conferred with counsel for the opposing party in a good faith effort to resolve by agreement the issues raised in the above motion and was unable to come to an agreement.

This 11th day of May, 2012.

/s/ Sara F. Reynolds
Sara F. Reynolds (TN #21469)
Anderson & Reynolds, PLC
3100 West End Avenue, Suite 225
Nashville, Tennessee 37203
615.942.1700

*Attorney for Defendant*
*Jason R. Flom*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon the via the Court's CM/EMF system to all parties registered to receive electronic notice, and via first class mail, postage pre-paid to all other parties, on August 24, 2012.

Yancey Frank Langston
MOORE, HILL & WESTMORELAND, P.A.
220 West Garden Street
SunTrust Tower, 9th Floor
P. O. Box 13290
Pensacola, FL 32591-3290
Telephone: (850) 434-3541
Facsimile: (850) 435-7899
Email: ylangston@mhw-law.com

*Attorneys for Plaintiff*
*AloStar Bank of Commerce*

Alfred Benjamin Gordon, III
KEEFE ANCHORS GORDON ETC, PA
2113 Lewis Turner Boulevard
Suite 100
Fort Walton Beach, FL  32547
Telephone: (850) 863-1974
Facsimile: (850) 863-1591
E-mail: bgordon@kagmlaw.com

*Attorneys for Dwight P. Wiles, James C.*
*Stroud and Herbert L. Graham*

Cynthia McKenzie
MCKENZIE JACKSON, PLC
201 4th Avenue, North
Suite 1130
Nashville, TN  37221
Telephone: (615) 873-5670
Facsimile: (615) 873-5671
E-mail: cmckenzie@mckenziejacksonlaw.com

*Attorneys for Elliot H. Levine*

John A. Christy
SCHREEDER WHEELER & FLINT, LLP
1100 Peachtree Street
Suite 800
Atlanta, GA  30309
Telephone: (404) 681-3450
Facsimile: (404) 681-1046
Email: jchristy@swfllp.com

*Attorneys for Defendant Elizabeth Yates*

Patrick Keith McCarthy
MATTHEWS JONES & HAWKINS, LLP
4475 Legendary Drive
Destin, FL  32541
Telephone: (850) 837-3662
Facsimile: (850) 654-1634
E-mail: pmccarthy@destinlaw.com

*Attorneys for Herbert L. Graham*

/s/ Sara F. Reynolds
Sara F. Reynolds (TN #21469)