IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| **ALOSTAR BANK OF COMMERCE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | No. 5-11-cv-00406-RS-GRJ |
| **GLS FLORIDA PROPERTY 2, LLC;** ) | |
| **JASON R. FLOM; HERBERT L.** ) | |
| **GRAHAM; GLENN W. JOHNSON, III;** ) | |
| **ELLIOTT H. LEVINE; PETER MCKENNA;** ) | |
| **JAMES C. STROUD; DWIGHT P. WILES;** ) | |
| **ELIZABETH YATES; ROGER S. AARON,** ) | |
| **EARLE YAFFA, and RONALD J.** ) | |
| **WEISS, as Executors of the Estate of Joseph** ) | |
| **Flom;** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANT ELIZABETH YATES' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Pursuant to Rule 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure and Local Rule 7.1(C)(2), Defendant Elizabeth Yates moves this Court to for leave to file a reply in support of her motion to dismiss. In support of this motion, Defendant would show the Court as follows:

1. On May 11, 2012, Defendant Elizabeth Yates filed a motion to dismiss this action, as against her, based on a lack of subject-matter jurisdiction, personal jurisdiction and the doctrine of *forum non conveniens*.

2. The parties agreed to extend Plaintiff's deadline to respond to the motion while they conducted discovery on the issue of personal jurisdiction.

3.      On August 20, 2012, Plaintiff filed a pleading styled "Motion for Leave to Amend Complaint or, Alternatively, Plaintiff's Response to Motions to Dismiss of Defendants Yates, McKenna, Jason Flom, Levine, GLS Florida Property 2, LLC, and Yaffa and Weiss (as Executors of the Estate of Joseph Flom)."

4.      Plaintiff's recent pleading raises issues developed during jurisdictional discovery and not previously raised as a basis for jurisdiction in the original Complaint or addressed in Defendant Elizabeth Yates' motion to dismiss.

5.      Defendant Elizabeth Yates therefore submits that good cause exists to permit the filing of a reply in support of her motion to dismiss.

6.      Defendant Elizabeth Yates and other defendants are in discussions with Plaintiff regarding the filing of an amended complaint, the timing of responses to any such amended complaint, and a unified briefing schedule for issues regarding subject-matter jurisdiction, personal jurisdiction, and the doctrine of *forum non conveniens* that may resolve the confusion created by the current state of the pleadings, Defendant expects these discussions to result in a proposed scheduling order for the Court to evaluate in the next two to three business days.

Defendant Elizabeth Yates respectfully requests that the Court grant her leave to file a reply in support of her previously-filed motion to dismiss. If this motion is granted, Defendant requests that the Court either consider the proposed scheduling order to be submitted by Plaintiff and various Defendants in the near future and/or set the deadline for filing a reply.

Respectfully submitted,

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar No. 125518

Admitted *Pro Hac Vice*

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street N.E., Suite 800
Atlanta, Georgia 30309-4516
Telephone:    (404) 681-3450
Facsimile:    (404) 681-1046
E-mail:       *jchristy@swfllp.com*

*Attorney for Defendant*
*Elizabeth Yates*

## LOCAL RULE 7.1(B) CERTIFICATE

Pursuant to Local Rule 7.1(B), undersigned counsel certifies that he has conferred with counsel for the opposing party in a good faith effort to resolve by agreement the issues raised in the above motion and was unable to come to an agreement.

This 24th day of August, 2012.

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar No. 125518

Admitted *Pro Hac Vice*

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street N.E., Suite 800
Atlanta, Georgia 30309-4516
Telephone:   (404) 681-3450
Facsimile:   (404) 681-1046
E-mail:   *jchristy@swfllp.com*

*Attorney for Defendant*
*Elizabeth Yates*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served upon the via the Court's CM/EMF system to all parties registered to receive electronic notice, and via first class mail, postage pre-paid to all other parties, on August 24, 2012.

Yancey Frank Langston
MOORE, HILL & WESTMORELAND, P.A.
220 West Garden Street
SunTrust Tower, 9th Floor
P. O. Box 13290
Pensacola, FL 32591-3290
Telephone: (850) 434-3541
Facsimile: (850) 435-7899
Email: ylangston@mhw-law.com

*Attorneys for Plaintiff*
*AloStar Bank of Commerce*

Alfred Benjamin Gordon, III
KEEFE ANCHORS GORDON ETC, PA
2113 Lewis Turner Boulevard
Suite 100
Fort Walton Beach, FL  32547
Telephone: (850) 863-1974
Facsimile: (850) 863-1591
E-mail: bgordon@kagmlaw.com

*Attorneys for Dwight P. Wiles, James C.*
*Stroud and Herbert L. Graham*

Cynthia McKenzie
MCKENZIE JACKSON, PLC
201 4th Avenue, North
Suite 1130
Nashville, TN  37221
Telephone: (615) 873-5670
Facsimile: (615) 873-5671
E-mail: cmckenzie@mckenziejacksonlaw.com

*Attorneys for Elliot H. Levine*

Sara F. Reynolds
ANDERSON & REYNOLDS, PLC
3100 West End Avenue
Suite 225
Nashville, TN 37203
Telephone: (615) 942-1700
Facsimile: (615) 942-1701
Email: sreynolds@andersonreynolds.com

*Attorneys for Defendant Jason Flom*

Patrick Keith McCarthy
MATTHEWS JONES & HAWKINS, LLP
4475 Legendary Drive
Destin, FL  32541
Telephone: (850) 837-3662
Facsimile: (850) 654-1634
E-mail: pmccarthy@destinlaw.com

*Attorneys for Herbert L. Graham*

/s/ John A. Christy
John A. Christy
Georgia Bar No. 125518