UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | | |
|---|---|---|
| ALOSTAR BANK OF COMMERCE,<br><br>Plaintiff,<br><br><br>GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom,<br><br>Defendants. | ) | CASE NO. 5:11-cv-00406-RS-GRJ |

**DEFENDANT PETER MCKENNA'S MOTION FOR LEAVE TO FILE A REPLY**

Defendant, PETER McKENNA ("Defendant"), by and through his undersigned counsel, hereby seeks entry of an Order granting leave to reply to Plaintiff's August 20, 2012 *Motion For Leave to Amend Complaint or, Alternatively, Plaintiff's Response to Motions To Dismiss of Defendants Yates, McKenna, Jason Flom, Levine, GLS Florida Property 2, LLC, and Yaffa and Weiss, (as Executors of the Estate of Joseph Flom) [Docs. 48, 49, 50, 51, 52, and 54]* (Plaintiff's "Response to the Motions to Dismiss") (Doc. 102). In support of this request, this Defendant respectfully submits as follows:

**DISCUSSION**

1. In an order entered on August 7, 2012 (Doc. 93), this Court established August 20, 2012 as the date by which AloStar could file with the Court documents in

further support of Plaintiff's opposition to Motions to Dismiss (for lack of personal jurisdiction) filed by certain Defendants in this action, including this Defendant. On August 20, 2012, Plaintiff filed such a document – the Response to the Motions to Dismiss. In the August 7, 2012 Order, the Court also indicated that Defendants may file motions for leave to reply to any August 20, 2012 case filings by Plaintiff.

2. As is noted in a similar motion for leave to file a reply filed with the Court this same date by defendant Jason Flom, Plaintiff's Response to the Motions to Dismiss raises new factual and legal arguments not previously raised by either Plaintiff or this Defendant in briefing to the Court. This Defendant would like an opportunity to respond to those new arguments, and it is for this reason that this Defendant now seeks leave to file a reply.

3. This Defendant also notes that, as is pointed out in the case filings of today's date by Defendant Jason Flom, Plaintiff's Response to the Motions to Dismiss indicated that Plaintiff may seek leave and/or consent to file an Amended Complaint. This Defendant notes that he is in discussions with counsel to Plaintiff regarding the possibility of this Defendant consenting to the filing of an Amended Complaint, along with proposed scheduling for matters relating to any Amended Complaint filed by Plaintiff. As is noted in today's case filing by Defendant Jason Flom, this Defendant anticipates that those discussions will be completed shortly. To the extent that those discussions are successful, they would eliminate the need for Defendant to file a reply.

4. Accordingly, this Defendant respectfully requests that to the extent a proposed scheduling order and consent to filing of an Amended Complaint is filed with

the Court before the close of business on Wednesday, August 29, 2012, that the Court enter an order implementing such agreement among the parties. To the extent a proposed scheduling order and consent to filing an Amended Complaint is not filed by that time, this Defendant respectfully requests that he be granted leave to file a reply brief to address arguments made in Plaintiff's Response to the Motions to Dismiss.

5. Counsel to this Defendant conferred with counsel to Plaintiff about the relief sought in this motion prior to today, and Plaintiff did not at that time consent to the relief sought herein. Despite efforts (telephonic and email) today, counsel to this Defendant was unable to make contact with counsel to Plaintiff prior to filing this Motion. Counsel to this Defendant believes that this filing is necessary to preserve the right to file a reply (should it be necessary), and to apprise the Court of the status of matters among counsel. Counsel appreciates the Court's consideration.

**CONCLUSION**

For the foregoing reasons, this Defendant respectfully requests that the relief sought herein be granted, or that the Court grant such other and further relief as is necessary and appropriate.

Dated: August 24, 2012

Respectfully submitted,

**s/ Kevin E. Vance**

Kevin E. Vance
Florida Bar No. 0670464
kevance@duanemorris.com
DUANE MORRIS LLP
Suite 3400, 200 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 960-2200
Fax: (305) 960-2201
Counsel for Defendant Peter McKenna

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August, 2012, I electronically filed the foregoing document with the Clerk of the Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System which will send notice of the electronic filing and complete service of the foregoing to:

George R. Mead, Esquire
Florida Bar No. 096490
emead@mhw-law.com
Yancey Frank Langston, Esquire
ylangston@mhw-law.com
Moore, Hill & Westmoreland PA
Ninth Floor, SunTrust Tower
220 West Garden Street
Post Office Box 13290
Pensacola, Florida 32591-3290
Tel: (850) 434-3541
Fax: (850) 435-7899
Counsel for Plaintiff

William K. Whitner, Esquire
Georgia Bar No. 756652
kwhitner@paulhastings.com
Eric D. Stolze, Esquire
Georgia Bar No. 425966
ericstolze@paulhastings.com
Paul Hastings LLP
Suite 2400
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2222
Tel: (404) 815-2400
Fax: (404) 815-2424
Counsel for Plaintiff

Sara Fitzpatrick Reynolds, Esquire
sreynolds@andersonreynolds.com
Anderson & Reynolds, PLC
Suite 225
3100 West End Avenue
Nashville, Tennessee 37203
Tel: (615) 942-1700
Fax: (615) 942-1701
Counsel for Defendant, Jason R. Flom

Lawrence Keefe, Esquire
lkeefe@kagmlaw.com
Ralph Hamilton Schofield, Jr., Esquire
rschofield@kagmlaw.com
Alfred Benjamin Gordon, III, Esquire
bgordon@kagmlaw.com
Keefe, Anchors, Gordon, etc.
Suite 100
2113 Lewis Turner Boulevard
Fort Walton Beach, Florida 32547
Tel: (850) 863-1974
Fax: (850) 863-1591
Counsel for Defendants,
Herbert L. Graham and Dwight P. Wiles

Jonathan T. Holloway, Esquire
Florida Bar No. 627763
jholloway@okaloosalaw.com
Holloway Law Firm, P.A.
369 N. Main Street
Crestview, Florida 32536
Tel: (850) 398-6808
Fax: (850) 398-6809
Counsel for Defendant, James C. Stroud

Cynthia McKenzie, Esquire
cmckenzie@mckenziejacksonlaw.com
McKenzie Jackson PLC
Suite 1130
201 Fourth Avenue North
Nashville, Tennessee 37219
Tel: (615) 873-5670
Fax: (615) 873-5671
Counsel for Defendants, Elliot H. Levine and GLS Florida Property 2, LLC

John A. Christy, Esquire
Georgia Bar No. 125518
jchristy@swfllp.com
Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 681-3450
Fax: (404) 681-1046
Counsel for Defendant, Elizabeth Yates

Robert Anthony Emmanuel, Esquire
rae@esclaw.com
Emmanuel Sheppard & Condon
30 S. Spring Street
Pensacola, Florida 32502
Tel: (850) 433-6581
Fax: (850) 429-0492
Co-Counsel for Defendant, Elizabeth Yates

Edward M. Mullins, Esquire
emullins@astidavis.com
Florida Bar No. 863920
Astigarraga, David Mullins & Grossman, P.A.
16th Floor
701 Brickell Avenue
Miami, Florida 33131
Tel: (305) 372-8282
Fax: (305) 372-8202
Counsel for Defendants,
Earle Yaffa and Ronald J. Weiss, as Executors of the Will of Joseph Flom