IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                                            CASE NO.  5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD;
DWIGHT P. WILES; ELIZABETH
YATES; and ROGER S. AARON,
EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of
Joseph Flom,

    Defendants.
_____/

## ORDER

Before me are:

- Defendants Graham, Yates, McKenna, Jason Flom, Levine, GLS Florida Property 2, LLC, and Weiss and Yaffa's Motions to Dismiss (Docs. 38, 48, 49, 50, 51, 52, and 54, respectively)

- Plaintiff's Motion to Amend Complaint or, Alternatively, Plaintiff's Response to Motions to Dismiss Defendants Yates, McKenna, Jason Flom, Levine, GLS Florida Property 2, LLC, and Yaffa and Weiss, (as Executors of the Estate of Joseph Flom) (Doc. 102)

1

- Plaintiff's Motion for Leave to Amend Complaint or, Alternatively, Plaintiff's Response to Motion to Dismiss of Defendants Wiles, Stroud, and Graham (Doc. 103)
    - Incorporated by reference into Plaintiff's responses is Plaintiff's Partial Response to Motion to Dismiss as to Defendants McKenna, Graham, Yaffa, and Weiss, and Motion to Extend Time to Serve Responses to Jurisdictional Motions As to Remaining Defendants (Doc. 81)
- Defendants Jason Flom, Yates, and McKenna's Motions for Leave to File Reply (Docs. 112, 113, and 114, respectively)
- Consent to Filing of Amended Complaint and Request for Entry of Consensual Scheduling Order (Doc. 115)

Plaintiff's motions for leave to amend the complaint (Docs. 102 and 103) are **GRANTED**, and the parties' consent motion regarding Plaintiff's filing of an amended complaint is **GRANTED IN PART**.  Plaintiff shall file an amended complaint not later than September 14, 2012.  Accordingly, Defendants Graham, Yates, McKenna, Jason Flom, Levine, GLS Florida Property 2, LLC, and Weiss and Yaffa's Motions to Dismiss (Docs. 38, 48, 49, 50, 51, 52, and 54, respectively) are **DENIED as moot** concerning personal jurisdiction.  Defendants Yates, Levine, and GLS Florida Property 2, LLC's Motions to Dismiss (Docs. 48, 51, and 52, respectively) are **DENIED as moot** concerning subject matter jurisdiction.  Defendants Jason Flom, Yates, and McKenna's

Motions for Leave to File Reply (Docs. 112, 113, and 114, respectively) are **DENIED as moot**.

Pursuant to the Order of July 31, 2012 (Doc. 83), the parties were granted an extension of time to hold their Rule 26(f) conference.  The conference was to be held not later than 14 days after the Court issued an order on Defendants' motions to dismiss.  The parties are now **ORDERED** to hold their Rule 26(f) conference not later than September 30, 2012.  The joint report shall be filed within 14 days thereafter.  The requirements for the conference are found in the Initial Scheduling Order (Doc. 59).  In the joint report, all proposed deadlines must be consistent with a discovery deadline of January 24, 2013, and a trial date of March 25, 2013.

Finally, all Defendants shall respond to Plaintiff's amended complaint not later than September 28, 2012.  Plaintiff shall respond to Defendants' responsive pleadings, if necessary, not later than October 12, 2012.  All deadlines not addressed by this Order are governed by the Federal Rules of Civil Procedure.

**ORDERED** on August 30, 2012.

**/s/ Richard Smoak**
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
