IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                                      CASE NO.  5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD;
DWIGHT P. WILES; ELIZABETH
YATES; and ROGER S. AARON,
EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of
Joseph Flom,

    Defendants.
_____/

## ORDER

Before me is Plaintiff's Application for Default Judgment Against Defendant Glenn W. Johnson, III (Doc. 94).  The Clerk previously entered a default against Defendant Johnson pursuant to Fed. R. Civ. P. 55. (Doc. 42).

**IT IS ORDERED:**

The Clerk is directed to entered final judgment against Defendant Johnson in favor of Plaintiff in the following amounts:

1. $5,568,750.00 pursuant to the guaranty dated January 2, 2009;

2.  $6,824.42 in attorneys' fees and expenses.


**ORDERED** on August 31, 2012.

                                            **/s/ Richard Smoak**
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**