# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE

    VS                            CASE NO.  5:11cv406-RS-GRJ

GLS FLORIDA PROPERTY 2 LLC et al

## DEFAULT JUDGMENT

Upon Application of the Plaintiff in the above styled cause and having examined the records and there appearing to be no responsive pleadings filed by the defendant, default judgment is hereby entered against GLENN W. JOHNSON, III in favor of plaintiff, ALOSTAR BANK OF COMMERCE, on August 31, 2012 in the following amounts:

1. $5,568,750.00 pursuant to the guaranty dated January 2, 2009;

2. $6,824.42 in attorneys' fees and expenses.

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

 August 31, 2012                s/ Jeremy Wright
DATE                                  Deputy Clerk: Jeremy Wright