IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.

CASE NO. 5:11cv406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;

    Defendants.
_____/

## DEFENDANT JAMES C. STROUD'S NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIM

Pursuant to F.R.C.P. 41(a)(1)(A)(i) and 41(c)(1), Defendant James C. Stroud ("Stroud") hereby gives notice of his voluntary dismissal without prejudice of his previously filed Counterclaim. In connection with this notice of dismissal, Stroud states the following:

    1.    Plaintiff has not yet served either an answer or a motion for summary judgment with respect to Stroud's Counterclaim.

    2.    Counsel for the plaintiff has no objection to Stroud's voluntary dismissal of his Counterclaim.

1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (B)

Prior to filing this notice, undersigned counsel for defendant James C. Stroud contacted counsel for the plaintiff regarding the issues raised herein.  Counsel for the plaintiff does not oppose this notice or object to the effect thereof.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Notice has been filed electronically through this Court's ECF system on this 11th day of September, 2012, and that a true and correct copy of the foregoing has been furnished to each party's counsel via a Notice of Electronic Filing.

    /s/ Jonathan T. Holloway_____
Jonathan T. Holloway
Florida Bar No. 627763
Holloway Law Firm, P.A.
369 N. Main Street
Crestview, Florida 32536
Telephone (850) 398-6808
Facsimile (850) 398-6809

Attorney for James C. Stroud