# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                                          CASE NO.  5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD;
DWIGHT P. WILES; ELIZABETH
YATES; and ROGER S. AARON,
EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of
Joseph Flom,

    Defendants.
_____/

## ORDER

Before me is Defendant James C. Stroud's Notice of Voluntary Dismissal of Counterclaim (Doc. 119).  Defendant Stroud's counterclaim (contained in Doc. 85 after Defendant Stroud's answer and affirmative defenses) is dismissed without prejudice.

**ORDERED** on September 11, 2012.

                                           **/s/ Richard Smoak**
                                           RICHARD SMOAK
                                           UNITED STATES DISTRICT JUDGE