UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| ALOSTAR BANK OF COMMERCE, )<br>)<br>Plaintiff, )<br>)<br>) CASE NO. 5:11-cv-00406-RS-GRJ<br>GLS FLORIDA PROPERTY 2, LLC; )<br>JASON R. FLOM; HERBERT L. )<br>GRAHAM; GLENN W. JOHNSON, III; )<br>ELLIOT H. LEVINE; PETER MCKENNA; )<br>JAMES C. STROUD; DWIGHT P. )<br>WILES; ELIZABETH YATES; and )<br>and ROGER S. AARON, EARLE )<br>YAFFA, and RONALD J. WEISS, )<br>as Executors of the Estate of Joseph Flom, )<br>)<br>Defendants. )<br>_____ ) | |

## **NOTICE OF APPEARANCE**

The undersigned hereby file their Notice of Appearance as attorneys for Defendant, PETER McKENNA, and request that copies of all pleadings and papers filed in this action be served upon them. We certify that we are admitted to practice in this court.

*(Signatures appear on the following page.)*

Dated: September 14, 2012

        **s/ John Dellaportas**
John Dellaportas
N.Y. Bar No. 2688976
Dellajo@duanemorris.com

        **s/ Kevin P. Potere**
Kevin P. Potere
N.Y. Bar No. 4729109
Kppotere@duanemorris.com

DUANE MORRIS LLP
1540 Broadway
New York, New York  10036
Tel: (212) 692-1000
Fax: (212) 692-1020
*Counsel for Defendant Peter McKenna*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2012, I electronically filed the foregoing document with the Clerk of the Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System which will send notice of the electronic filing and complete service of the foregoing to:

>George R. Mead, Esquire
>Florida Bar No. 096490
>emead@mhw-law.com
>Yancey Frank Langston, Esquire
>ylangston@mhw-law.com
>Moore, Hill & Westmoreland PA
>Ninth Floor, SunTrust Tower
>220 West Garden Street
>Post Office Box 13290
>Pensacola, Florida  32591-3290
>Tel: (850) 434-3541
>Fax: (850) 435-7899
>Counsel for Plaintiff
>
>William K. Whitner, Esquire
>Georgia Bar No. 756652
>kwhitner@paulhastings.com
>Eric D. Stolze, Esquire
>Georgia Bar No. 425966
>ericstolze@paulhastings.com
>Paul Hastings LLP
>Suite 2400
>600 Peachtree Street, N.E.
>Atlanta, Georgia  30308-2222
>Tel: (404) 815-2400
>Fax: (404) 815-2424
>Counsel for Plaintiff

Sara Fitzpatrick Reynolds, Esquire
sreynolds@andersonreynolds.com
Anderson & Reynolds, PLC
Suite 225
3100 West End Avenue
Nashville, Tennessee  37203
Tel: (615) 942-1700
Fax: (615) 942-1701
Counsel for Defendant, Jason R. Flom

Lawrence Keefe, Esquire
lkeefe@kagmlaw.com
Ralph Hamilton Schofield, Jr., Esquire
rschofield@kagmlaw.com
Alfred Benjamin Gordon, III, Esquire
bgordon@kagmlaw.com
Keefe, Anchors, Gordon, etc.
Suite 100, 2113 Lewis Turner Boulevard
Fort Walton Beach, Florida  32547
Tel: (850) 863-1974
Fax: (850) 863-1591
Counsel for Defendants,
Herbert L. Graham and Dwight P. Wiles

Jonathan T. Holloway, Esquire
Florida Bar No. 627763
jholloway@okaloosalaw.com
Holloway Law Firm, P.A.
369 N. Main Street
Crestview, Florida  32536
Tel: (850) 398-6808
Fax: (850) 398-6809
Counsel for Defendant, James C. Stroud

Cynthia McKenzie, Esquire
cmckenzie@mckenziejacksonlaw.com
McKenzie Jackson PLC
Suite 1130
201 Fourth Avenue North
Nashville, Tennessee  37219
Tel: (615) 873-5670
Fax: (615) 873-5671
Counsel for Defendants, Elliot H. Levine and GLS Florida Property 2, LLC

John A. Christy, Esquire
Georgia Bar No. 125518
jchristy@swfllp.com
Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street
Atlanta, Georgia  30309
Tel: (404) 681-3450
Fax: (404) 681-1046
Counsel for Defendant, Elizabeth Yates

Robert Anthony Emmanuel, Esquire
rae@esclaw.com
Emmanuel Sheppard & Condon
30 S. Spring Street
Pensacola, Florida  32502
Tel: (850) 433-6581
Fax: (850) 429-0492
Co-Counsel for Defendant, Elizabeth Yates

Edward M. Mullins, Esquire
emullins@astidavis.com
Florida Bar No. 863920
Astigarraga, David Mullins & Grossman, P.A.
16th Floor
701 Brickell Avenue
Miami, Florida  33131
Tel: (305) 372-8282
Fax: (305) 372-8202
Counsel for Defendants,
Earle Yaffa and Ronald J. Weiss, as Executors of the Will of Joseph Flom