IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| ALOSTAR BANK OF COMMERCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | 5:11-CV-0406-RS-GRJ |
| ) | |
| GLS FLORIDA PROPERTY 2, LLC, ) | |
| JASON R. FLOM, HERBERT L. GRAHAM, ) | |
| GLENN W. JOHNSON III, ELLIOT H. ) | |
| LEVINE, PETER MCKENNA, JAMES C. ) | |
| STROUD, DWIGHT P. WILES, ELIZABETH ) | |
| YATES, ROGER S. AARON, EARLE ) | |
| YAFFA, and RONALD J.WEISS, as ) | |
| Executors of the Estate of Joseph Flom, ) | |
| ) | |
| Defendants ) | |

## NOTICE OF APPEARANCE OF ANDREW J. LAVOIE, ESQ. ON BEHALF OF DEFENDANT ELIZABETH YATES

COMES NOW Andrew J. Lavoie, Esq., of the law firm of Schreeder, Wheeler & Flint, LLP, 1100 Peachtree Street N.E., Suite 800, Atlanta, Georgia 30309-4516, and certifies that he is a member of the bar of this Court and enters an appearance in the above-captioned civil action as counsel of record for Defendant Elizabeth Yates, and requests that all Notices of Electronic Filing and other notices, pleadings, orders, and other papers entered in said action be served on and transmitted to him forthwith at the contact information provided below.

Respectfully submitted, this 20th day of September, 2012.

                                        */s/*    *Andrew J. Lavoie*
                                        ANDREW J. LAVOIE
                                        Georgia Bar No. 108814

                                        Attorney for Defendant Elizabeth Yates

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street N.E., Suite 800
Atlanta, Georgia 30309-4516
Telephone:   (404) 681-3450
Facsimile:   (404) 681-1046
E-mail:   *alavoie@swfllp.com*
*K:\8323\3\Pleadings\Notice of Appearance (AJL).doc*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this day, filed and served the above and foregoing *Notice of Appearance of Andrew J. Lavoie, Esq. on Behalf of Defendant Elizabeth Yates* on the following counsel of record by way of this Court's electronic filing system:

>William K. Whitner, Esq.
>Eric David Stolze, Esq.
>Paul Hastings LLP
>600 Peachtree Street N.E., Suite 2400
>Atlanta, Georgia 30308
>
>George Roderick Mead II, Esq.
>Yancey Frank Langston, Esq.
>Moore Hill & Westmoreland, P.A.
>220 West Garden Street, Ninth Floor
>Pensacola, Florida 32502
>
>Cynthia McKenzie, Esq.
>McKenzie Jackson PLC
>201 Fourth Avenue North, Suite 1130
>Nashville, Tennessee 37221
>
>Sara Fitzpatrick Reynolds, Esq.
>Anderson & Artigliere, P.A.
>Post Office Box 6839
>Lakeland, Florida 33807-6839
>
>Lawrence Keefe, Esq.
>Ralph Hamilton Schofield, Jr., Esq.
>Alfred Benjamin Gordon III, Esq.
>Keefe Anchors & Gordon P.A.
>2113 Lewis Turner Boulevard, Suite 100
>Fort Walton Beach, Florida 32547

        Patrick Keith McCarthy, Esq.
        Matthews Jones & Hawkins LLP
        4475 Legendary Drive
        Destin, Florida 32541

        Kevin Eugene Vance, Esq.
        Duane Morris LLP
        200 South Biscayne Boulevard, Suite 3400
        Miami, Florida 33131

        Jonathan Thomas Holloway, Esq.
        Holloway Law Firm, P.A.
        369 North Main Street
        Crestview, Florida 32536

        John A. Christy, Esq.
        Schreeder, Wheeler & Flint, LLP
        1100 Peachtree Street N.E., Suite 800
        Atlanta, Georgia 30309-4516

        Robert Anthony Emmanuel, Esq.
        Emmanuel Sheppard & Condon
        30 South Spring Street
        Pensacola, Florida 32502

        Regan Noelle Kruse, Esq.
        Edward Maurice Mullins, Esq.
        Astigarraga Davis, P.A.
        701 Brickell Avenue, Suite 1650
        Miami, Florida 33131

This the 20th day of September, 2012.

        */s/    Andrew J. Lavoie*
        Andrew J. Lavoie
        Georgia Bar No. 108814

        Attorney for Defendant Elizabeth Yates