IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                                    CASE NO. 5:11-cv-00406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER McKENNA;
JAMES C. STROUD; DWIGHT P. WILES;
ELIZABETH YATES and EARLE YAFFA
and RONALD J. WEISS, as Executors
of the Estate of Joseph Flom,

    Defendants.

_____/

AMENDED NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL

PLEASE TAKE NOTICE that GREGORY D. SMITH of Gregory D. Smith, P.A., will appear as additional counsel on behalf of the Defendant, GLS FLORIDA PROPERTY 2, LLC, in the above-styled cause. Further, all future correspondence, pleadings, notices, motions, papers, and documents should be directed to his attention.

DATED on this 27th day of September, 2012.

/s/ Gregory D. Smith
GREGORY D. SMITH
Gregory D. Smith, P.A.
201 South Baylen Street
Suite A
Post Office Box 12853
Pensacola, Florida 32501/32591
(850) 434-1821
Primary e-mail address:
gdsmithlaw@aol.com
Secondary e-mail address:
mbrisby@gccoxmail.com
Florida Bar No. 366511

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Notice of Electronic Filing pursuant to Local Rule 5.1(A)(6) of the Local Rules of the United States District Court for the Northern District of Florida and Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure to WILLIAM K. WHITNER, ESQUIRE; ERIC STOLZE, ESQUIRE; GEORGE R. MEAD, ESQUIRE; YANCEY F. LANGSTON, ESQUIRE; CYNTHIA S. McKENZIE, ESQUIRE, ALFRED BENJAMIN GORDON, III, ESQUIRE; ANDREW JOHN LAVOIE, ESQUIRE; EDWARD MAURICE MULLINS, ESQUIRE; GEORGE RODERICK MEAD, II, ESQUIRE; JOHN DELLAPORTAS, ESQUIRE; JONATHAN THOMAS HOLLOWAY, ESQUIRE; KEVIN POTERE, ESQUIRE; KEVIN EUGENE VANCE, ESQUIRE; REGAN NOELLE KRUSE, ESQUIRE; SARA FITZPATRICK REYNOLDS, ESQUIRE; and JOHN CHRISTY, ESQUIRE on this 27th day of September, 2012.

/s/ Gregory D. Smith
GREGORY D. SMITH