## UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

| | | |
|---|---|---|
| ALOSTAR BANK OF COMMERCE, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| v. | ) | Civil Action No.: |
| | ) | 5:11-CV-00406-RS-GRJ |
| GLS FLORIDA PROPERTY 2, LLC; | ) | |
| JASON R. FLOM; HERBERT L. GRAHAM; | ) | Hon. Richard Smoak, Presiding |
| GLENN W. JOHNSON, III; ELLIOT H. | ) | Hon. Gary R. Jones, Magistrate |
| LEVINE; PETER MCKENNA; JAMES C. | ) | |
| STROUD; DWIGHT P. WILES; ELIZABETH | ) | |
| YATES; and ROGER S. AARON, EARLE | ) | JURY TRIAL DEMANDED |
| YAFFA, and RONALD J. WEISS, as | ) | |
| Executors of the Estate of Joseph Flom; | ) | |
| | ) | |
|         Defendants. | ) | |

| | |
|---|---|
| PETER MCKENNA, | ) |
| | ) |
|         Cross-Claim Plaintiff, | ) |
| v. | ) |
| | ) |
| JASON R. FLOM; HERBERT L. GRAHAM; | ) |
| GLENN W. JOHNSON, III; ELLIOT H. | ) |
| LEVINE; JAMES C. STROUD; DWIGHT P. | ) |
| WILES; and ELIZABETH YATES; | ) |
| | ) |
|         Cross-Claim Defendants. | ) |

| | |
|---|---|
| PETER MCKENNA, | ) |
| | ) |
|         Third-Party Plaintiff, | ) |
| v. | ) |
| | ) |
| RONALD E. GILLEY, and RONNIE GILLEY | ) |
| PROPERTIES, LLC; | ) |
| | ) |
|         Third-Party Defendants. | ) |

## THIRD-PARTY SUMMONS IN A CIVIL ACTION

To:   Ronald E. Gilley
      c/o Ronnie Gilley Properties
      5998 Boll Weevil Circle
      Enterprise, AL 36330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John Dellaportas, Esq.
> Duane Morris LLP
> 1540 Broadway
> New York, NY 10036
> Telephone: (212) 692-1000
> Facsimile: (212) 692-1020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/1/2012

s/ Jeremy Wright, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:11cv406-RS-GRJ

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides

there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ or

☐ I returned the summons unexecuted because _____

_____ or

☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $

. I declare under penalty of perjury that this information is true.

| Date: _____ | _____<br>*Server's Signature*<br><br>_____<br>*Printed name and title*<br><br>_____<br>*Server's address* |
|---|---|

Additional information regarding attempted service, etc.:

## UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| ALOSTAR BANK OF COMMERCE, ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No.: |
| ) | 5:11-CV-00406-RS-GRJ |
| GLS FLORIDA PROPERTY 2, LLC; ) | |
| JASON R. FLOM; HERBERT L. GRAHAM; ) | Hon. Richard Smoak, Presiding |
| GLENN W. JOHNSON, III; ELLIOT H. ) | Hon. Gary R. Jones, Magistrate |
| LEVINE; PETER MCKENNA; JAMES C. ) | |
| STROUD; DWIGHT P. WILES; ELIZABETH ) | |
| YATES; and ROGER S. AARON, EARLE ) | **JURY TRIAL DEMANDED** |
| YAFFA, and RONALD J. WEISS, as ) | |
| Executors of the Estate of Joseph Flom; ) | |
| ) | |
| **Defendants.** ) | |
| PETER MCKENNA, ) | |
| ) | |
| **Cross-Claim Plaintiff,** ) | |
| v. ) | |
| ) | |
| JASON R. FLOM; HERBERT L. GRAHAM; ) | |
| GLENN W. JOHNSON, III; ELLIOT H. ) | |
| LEVINE; JAMES C. STROUD; DWIGHT P. ) | |
| WILES; and ELIZABETH YATES; ) | |
| ) | |
| **Cross-Claim Defendants.** ) | |
| PETER MCKENNA, ) | |
| ) | |
| **Third-Party Plaintiff,** ) | |
| v. ) | |
| ) | |
| RONALD E. GILLEY, and RONNIE GILLEY ) | |
| PROPERTIES, LLC; ) | |
| ) | |
| **Third-Party Defendants.** ) | |

## THIRD-PARTY SUMMONS IN A CIVIL ACTION

To:  Ronnie Gilley Properties, LLC
     5998 Boll Weevil Circle
     Enterprise, AL 36330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John Dellaportas, Esq.
> Duane Morris LLP
> 1540 Broadway
> New York, NY 10036
> Telephone: (212) 692-1000
> Facsimile: (212) 692-1020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/1/2012

s/ Jeremy Wright, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

2

Civil Action No. 5:11cv406-RS-GRJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides

there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ or

☐ I returned the summons unexecuted because _____

_____ or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $

. I declare under penalty of perjury that this information is true.

| Date: _____ | _____<br>*Server's Signature*<br><br>_____<br>*Printed name and title*<br><br>_____<br>*Server's address* |
|---|---|

Additional information regarding attempted service, etc.: