IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ALOSTAR BANK OF COMMERCE,**

    Plaintiff,

v.                                                    CASE NO.  5:11-cv-406-RS-GRJ

**GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD;
DWIGHT P. WILES; ELIZABETH
YATES; and ROGER S. AARON,
EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of
Joseph Flom,**

    **Defendants.**
_____/

## ORDER

The relief requested in Motion to Withdraw as Counsel and Substitute Counsel (Doc. 133) is **GRANTED**.  Attorney Gregory D. Smith remains counsel of record for Defendant GLS Florida Property 2, LLC.

**ORDERED** on October 1, 2012.

                                                               **/s/ Richard Smoak**
                                                               RICHARD SMOAK
                                                               UNITED STATES DISTRICT JUDGE