```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF FLORIDA
                     AT PANAMA CITY
```

ALOSTAR BANK OF COMMERCE

    Plaintiff,                      CASE NO. 5:11-CV-00406-RS-GRJ
                                        JUDGE SMOAK
V.                                  MAGISTRATE JUDGE JONES

GLS FLORIDA PROPERTY 2, LLC, ET AL.,

    Defendants.
_____/

**<u>GLS FLORIDA PROPERTY 2, LLC'S DEMAND FOR JURY TRIAL</u>**

    COMES NOW, the Defendant, GLS FLORIDA PROPERTY 2, LLC's, by and through its undersigned counsel, and pursuant to Rule 38 of the Federal Rules of Civil Procedure, and demands trial by jury on all issues so triable, as set forth in the Answer that it has previously filed, and any and all pleadings responsive or related thereto.

    DATED on this 10th day of October, 2012.

                            /s/ Gregory D. Smith
                            GREGORY D. SMITH
                            Gregory D. Smith, P.A.
                            201 South Baylen Street
                            Suite A
                            Post Office Box 12853
                            Pensacola, Florida 32501/32591
                            (850) 434-1821
                            Primary e-mail address:
                            gdsmithlaw@aol.com
                            Secondary e-mail address:
                            mbrisby@gccoxmail.com
                            Florida Bar No. 366511

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Notice of Electronic Filing pursuant to Local Rule 5.1(A)(6) of the Local Rules of the United States District Court for the Northern District of Florida and Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure to WILLIAM K. WHITNER, ESQUIRE; ERIC STOLZE, ESQUIRE;  GEORGE R. MEAD, ESQUIRE; YANCEY F. LANGSTON, ESQUIRE; CYNTHIA S. McKENZIE, ESQUIRE, ALFRED BENJAMIN GORDON, III, ESQUIRE; ANDREW JOHN LAVOIE, ESQUIRE; EDWARD MAURICE MULLINS, ESQUIRE; GEORGE RODERICK MEAD, II, ESQUIRE; JOHN DELLAPORTAS, ESQUIRE; JONATHAN THOMAS HOLLOWAY, ESQUIRE; KEVIN POTERE, ESQUIRE; KEVIN EUGENE VANCE, ESQUIRE; REGAN NOELLE KRUSE, ESQUIRE; SARA FITZPATRICK REYNOLDS, ESQUIRE; and JOHN CHRISTY, ESQUIRE on this 10th day of October, 2012.

                                        /s/ Gregory D. Smith
                                          GREGORY D. SMITH