UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.

GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;

    Defendants.
_____/

CIVIL ACTION FILE
NO. 5:11-cv-00406-RS-GRJ

## **PLAINTIFF'S SUMMARY OF TIME RECORDS**

In accordance with N. D. FLA. LOC. R. 54.1(B), and the *Initial Scheduling Order*, George R. Mead, II, as counsel of record for Plaintiff, ALOSTAR BANK OF COMMERCE, submits this *Summary of Time Records* for the period **September 1-30, 2012** as follows:

    TOTAL ATTORNEY HOURS THIS FILING:    64.80 Hours

    TOTAL NON-ATTORNEY HOURS THIS FILING:    3.55 Hours

Case 5:11-cv-00406-RS-GRJ   Document 154   Filed 10/15/12   Page 2 of 2

Respectfully submitted,

/s/ George R. Mead, II
George R. Mead, II
Florida Bar No. 096490
MOORE, HILL & WESTMORELAND
220 West Garden Street, 9th Floor
Pensacola, FL 32501
(850) 434-3541
(850) 435-7899 (fax)
emead@mhw-law.com
*Counsel for Plaintiff*

*Of Counsel:*

Paul Hastings, Esquire
1170 Peachtree Street, N.E.
Suite 100
Atlanta, GA 30309
www.paulhastings.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed on October 15, 2012 with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties registered on the CM/ECF system.

/s/ George R. Mead, II
GEORGE R. MEAD, II