UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| ALOSTAR BANK OF COMMERCE,<br>   Plaintiff,<br>v.<br><br>GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;<br>   Defendants. | CIVIL ACTION FILE<br>NO. 5:11-cv-00406-RS-GRJ |

## NOTICE OF FILING ATTORNEY TIME RECORDS

Defendants Dwight P. Wiles ("Wiles"), and Herbert L. Graham ("Graham") by and through their undersigned counsel, hereby give Notice of Filing Attorney Time Records from August 1, 2012 through August 31, 2012 as follows:

  TOTAL ATTORNEY HOURS FOR THIS FILING:  6.8

  TOTAL NON-ATTORNEY HOURS FOR THIS FILING:  1.8

  **TOTAL TIME FOR THIS FILING:**  **8.6**

      /s/ Ralph Schofield_____
      **Lawrence Keefe**
      Florida Bar No. 602809
      **A. Benjamin Gordon**
      Florida Bar No. 528617
      **Ralph Schofield**
      Florida Bar No. 70543
      Keefe Anchors & Gordon, P.A.
      2113 Lewis Turner Blvd., Ste. 100

Fort Walton Beach, FL 32547
Telephone: (850) 863-1974
Facsimile: (850) 863-1591
Email: lkeefe@kaglawfirm.com
bgordon@kaglawfirm.com
rschofield@kaglawfirm.com

*Attorneys for Defendants Wiles and Graham*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 15, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to counsel for the parties registered on the CM/ECF system.

/s/ Ralph Schofield_____
**Lawrence Keefe**
Florida Bar No. 602809
**A. Benjamin Gordon**
Florida Bar No. 528617
**Ralph Schofield**
Florida Bar No. 70543
Keefe Anchors & Gordon, P.A.
2113 Lewis Turner Blvd., Ste. 100
Fort Walton Beach, FL 32547
Telephone: (850) 863-1974
Facsimile: (850) 863-1591
Email: lkeefe@kaglawfirm.com
bgordon@kaglawfirm.com
rschofield@kaglawfirm.com

*Attorneys for Defendants Wiles and Graham*