IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | | |
|---|---|---|
| ALOSTAR BANK OF COMMERCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 5:11-CV-0406-RS-GRJ |
| | ) | |
| GLS FLORIDA PROPERTY 2, LLC, | ) | |
| JASON R. FLOM, HERBERT L. GRAHAM, | ) | |
| GLENN W. JOHNSON III, ELLIOT H. | ) | |
| LEVINE, PETER MCKENNA, JAMES C. | ) | |
| STROUD, DWIGHT P. WILES, ELIZABETH | ) | |
| YATES, ROGER S. AARON, EARLE | ) | |
| YAFFA, and RONALD J. WEISS, as | ) | |
| Executors of the Estate of Joseph Flom, | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANT ELIZABETH YATES' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND *FORUM NON CONVENIENS***

COMES NOW Defendant Elizabeth Yates ("Yates"), appearing specially by and through undersigned counsel of record, and pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3), moves this Court to dismiss the cross-claims filed against her in the above-captioned civil action by Defendant Peter McKenna ("McKenna") based on a lack of personal jurisdiction over Yates and improper venue, pursuant to the doctrine of *forum non conveniens*.

As set forth more fully in the *Memorandum of Law* filed with her prior, pending *Motion to Dismiss for Lack of Personal Jurisdiction and* Forum Non

Conveniens [Doc. 136] and the exhibits attached thereto and filed therewith, which are incorporated herein as if stated in full verbatim, this Court (1) does not have, and may not exercise, personal jurisdiction over Yates, as to grant any of the relief requested in McKenna's cross-claims against Yates, and, moreover, (2) is not a proper or appropriate forum for adjudication of this dispute or any portion thereof, including, without limitation, McKenna's cross-claims against Yates, pursuant to the doctrine of *forum non conveniens*.

WHEREFORE, Yates requests that this Court dismiss McKenna's cross-claims against her for lack of personal jurisdiction and improper venue.

This the 16th day of October, 2012.

>   */s/*     John A. Christy
>   John A. Christy
>   *jchristy@swfllp.com*
>   Georgia Bar No. 125518
>
>   Andrew J. Lavoie
>   *alavoie@swfllp.com*
>   Georgia Bar No. 108814
>
>   Attorneys for Defendant Elizabeth Yates

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street N.E., Suite 800
Atlanta, Georgia 30309-4516
Telephone:   (404) 681-3450
Facsimile:   (404) 681-1046

*[Signatures of Counsel Continued on Following Page]*

/s/     *Robert A. Emmanuel*
Robert A. Emmanuel
*rae@esclaw.com*
Florida Bar No. 283797

Attorney for Defendant Elizabeth Yates

EMMANUEL, SHEPPARD & CONDON
30 South Spring Street (32502)
P.O. Drawer 12721
Pensacola, Florida 32591-1271
Telephone:    (850) 433-6581
Facsimile:     (850) 429-0492

## **LOCAL RULE 7.1(B) CERTIFICATE**

Pursuant to Northern District of Florida Local Rule 7.1(B), undersigned counsel for Defendant Elizabeth Yates certify that they conferred with counsel for Defendant Peter McKenna in a good-faith effort to resolve the issues raised by way of the foregoing *Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens*, but that the parties were unsuccessful in resolving said issues, by agreement or otherwise.

          /s/     John A. Christy
John A. Christy
*jchristy@swfllp.com*
Georgia Bar No. 125518

Andrew J. Lavoie
*alavoie@swfllp.com*
Georgia Bar No. 108814

Attorneys for Defendant Elizabeth Yates

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street N.E., Suite 800
Atlanta, Georgia 30309-4516
Telephone:   (404) 681-3450
Facsimile:    (404) 681-1046

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, filed and served the above and foregoing *Defendant Elizabeth Yates' Motion to Dismiss for Lack of Personal Jurisdiction and* Forum Non Conveniens on the following counsel of record by way of this Court's electronic filing system, which will send Notices of Electronic Filing as proof of such filing and service:

    William K. Whitner, Esq.
    Eric David Stolze, Esq.
    Paul Hastings LLP
    600 Peachtree Street N.E., Suite 2400
    Atlanta, Georgia 30308

    George R. Mead II, Esq.
    Yancey F. Langston, Esq.
    Moore Hill & Westmoreland, P.A.
    220 West Garden Street, Ninth Floor
    Pensacola, Florida 32502

    Cynthia S. McKenzie, Esq.
    McKenzie Jackson PLC
    201 Fourth Avenue North, Suite 1130
    Nashville, Tennessee 37221

    Gregory D. Smith, Esq.
    Gregory D. Smith, P.A.
    Post Office Box 12853
    201 South Baylen Street, Suite A
    Pensacola, Florida 32502-5811

    Sara Fitzpatrick Reynolds, Esq.
    Anderson & Artigliere, P.A.
    Post Office Box 6839
    Lakeland, Florida 33807-6839

        A. Benjamin Gordon III, Esq.
        Keefe Anchors & Gordon P.A.
        2113 Lewis Turner Boulevard, Suite 100
        Fort Walton Beach, Florida 32547

        John G. Dellaportas, Esq.
        Kevin P. Potere, Esq.
        Duane Morris LLP
        1540 Broadway, Twelfth Floor
        New York, New York 10036

        Kevin E. Vance, Esq.
        Duane Morris LLP
        200 South Biscayne Boulevard, Suite 3400
        Miami, Florida 33131

        Jonathan Thomas Holloway, Esq.
        Holloway Law Firm, P.A.
        369 North Main Street
        Crestview, Florida 32536

        Robert Anthony Emmanuel, Esq.
        Emmanuel Sheppard & Condon
        30 South Spring Street
        Pensacola, Florida 32502

        Edward M. Mullins, Esq.
        Regan Noelle Kruse, Esq.
        Astigarraga Davis, P.A.
        701 Brickell Avenue, Suite 1650
        Miami, Florida 33131

This the 16th day of October, 2012.

                /s/    Andrew J. Lavoie
                Andrew J. Lavoie
                Georgia Bar No. 108814

                Attorney for Defendant Elizabeth Yates