IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| ALOSTAR BANK OF COMMERCE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 5-11-cv-00406-RS-GRJ |
| GLS FLORIDA PROPERTY 2, LLC; ) | |
| JASON R. FLOM; HERBERT L. ) | |
| GRAHAM; GLENN W. JOHNSON, III; ) | |
| ELLIOTT H. LEVINE; PETER MCKENNA; ) | |
| JAMES C. STROUD; DWIGHT P. WILES; ) | |
| ELIZABETH YATES; ROGER S. AARON, ) | |
| EARLE YAFFA, and RONALD J. ) | |
| WEISS, as Executors of the Estate of Joseph ) | |
| Flom; ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT JASON FLOM'S MOTION TO DISMISS PETER MCKENNA'S CROSS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE PURSUANT TO THE DOCTRINE OF *FORUM NON CONVENIENS***

Pursuant to Rule 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure, Defendant Jason Flom moves this Court to dismiss the cross-claims filed against him in Defendant Peter McKenna's Verified Complaint based on lack of personal jurisdiction and improper venue pursuant to the doctrine of *forum non conveniens*.

As set forth more fully in the Memorandum of Law filed with his Second Motion to Dismiss for Lack of Personal Jurisdiction and the Doctrine of *Forum Non Conveniens*, the exhibits filed with that motion, and the affidavit of Jason Flom, all of which are incorporated into this motion as if set forth verbatim herein, the Court (1) does not have personal jurisdiction over Jason Flom, and (2) should dismiss this action pursuant to the doctrine of *forum non conveniens*.

1

This motion is not intended to delay this matter and will not result in any undue prejudice to Mr. McKenna. This motion is based on the Court's lack of personal jurisdiction over Jason Flom and improper venue and is not intended to waive any other defenses or claims, including but not limited to the defense of failure to state a claim upon which relief may be granted.

Defendant Jason Flom respectfully requests that this Court dismiss Mr. McKenna's cross-claims against him for lack of personal jurisdiction and improper venue pursuant to the doctrine of *forum non conveniens*.

Respectfully submitted,

/s/ Sara F. Reynolds
Sara F. Reynolds (TN #21469)
ANDERSON & REYNOLDS, PLC
3100 West End Avenue, Suite 225
Nashville, Tennessee 37203
615.942.1700

*Attorney for Defendant*
*Jason R. Flom*

## **LOCAL RULE 7.1(B) CERTIFICATE**

Pursuant to Local Rule 7.1(B), undersigned counsel certifies that she has conferred with counsel for the opposing party in a good faith effort to resolve by agreement the issues raised in the above motion and was unable to come to an agreement.

This 16th day of October, 2012.

/s/ Sara F. Reynolds
Sara F. Reynolds (TN #21469)
ANDERSON & REYNOLDS, PLC
3100 West End Avenue, Suite 225
Nashville, Tennessee 37203
615.942.1700

*Attorney for Defendant*
*Jason R. Flom*

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and exact copy of the foregoing has been served upon the via the Court's CM/EMF system to all parties registered to receive electronic notice, and via first class mail, postage pre-paid to all other parties, on October 16, 2012.

Yancey Frank Langston
MOORE, HILL & WESTMORELAND, P.A.
220 West Garden Street
SunTrust Tower, 9th Floor
P. O. Box 13290
Pensacola, FL 32591-3290
Telephone: (850) 434-3541
Facsimile: (850) 435-7899
E-mail: ylangston@mhw-law.com

*Attorneys for Plaintiff*
*AloStar Bank of Commerce*

William K. Whitner
Eric D. Stolze
PAUL HASTINGS LLP
Suite 2400
600 Peachtree Street, N.E.
Atlanta, GA 30308-2222
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
E-mail:kwhitner@paulhastings.com
  ericstolze@paulhastings.com

*Attorneys for Plaintiff*
*AloStar Bank of Commerce*

Alfred Benjamin Gordon, III
KEEFE ANCHORS GORDON ETC, PA
2113 Lewis Turner Boulevard
Suite 100
Fort Walton Beach, FL 32547
Telephone: (850) 863-1974
Facsimile: (850) 863-1591
E-mail: bgordon@kagmlaw.com

*Attorneys for Defendants*
*Dwight P. Wiles and Herbert L. Graham*

John A. Christy
SCHREEDER WHEELER & FLINT, LLP
1100 Peachtree Street
Suite 800
Atlanta, GA 30309
Telephone: (404) 681-3450
Facsimile: (404) 681-1046
E-mail: jchristy@swfllp.com

*Attorneys for Defendant Elizabeth Yates*

Jonathan T. Holloway
HOLLOWAY LAW FIRM, P.A.
369 N. Main Street
Crestview, FL 32536
Telephone: (850) 398-6808
Facsimile: (850) 398-6809
E-mail: jholloway@okaloosalaw.com

*Attorneys for Defendant*
*James C. Stroud*

Robert Anthony Emmanuel
EMMANUEL SHEPPARD & CONDON
30 S. Spring Street
Pensacola, FL 32502
Telephone: (850) 433-6581
Facsimile: (850) 429-0492
E-mail: rae@esclaw.com

*Attorneys for Defendant*
*Elizabeth Yates*

Cynthia McKenzie
MCKENZIE JACKSON, PLC
201 4th Avenue, North
Suite 1130
Nashville, TN  37221
Telephone: (615) 873-5670
Facsimile: (615) 873-5671
E-mail: cmckenzie@mckenziejacksonlaw.com

*Attorneys for Defendants*
*Elliot H. Levine and*
*GLS Florida Property 2, LLC*

Edward M. Mullins
ASTIGARRAGA, DAVID MULLINS & GROSSMAN, P.A.
16th Floor
701 Brickell Avenue
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
E-mail: emullins@astidavis.com

*Attorneys for Defendants*
*Earle Yaffa and Ronald J. Weiss,*
*As Executors of the Will of Joseph Flom*

Gregory D. Smith
GREGORY D. SMITH, P.A.
201 South Baylen Street, Suite A
P.O. Box 12853
Pensacola, FL 32501-32591
Telephone: (850) 434-1821
E-mail: gdsmithlaw@aol.com

*Attorneys for GLS Florida Property 2, LLC*

John Dellaportas
Kevin P. Potere
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
E-mail: Dellajo@duanemorris.com
         Kppotere@duanemorris.com

*Attorneys for Defendant*
*Peter McKenna*

Andrew J. Lavoie
SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street N.E., Suite 800
Atlanta, GA 30309-4516
Telephone: (404) 681-3450
Facsimile: (407) 681-1046
E-mail: alavoie@swfllp.com

*Attorneys for Elizabeth Yates*


    /s/ Sara F. Reynolds
    Sara F. Reynolds (TN #21469)