IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                                                    CASE NO. 5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD;
DWIGHT P. WILES; ELIZABETH
YATES; and ROGER S. AARON,
EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of
Joseph Flom,

    Defendants.
_____/

## ORDER

The relief requested in the Motion to Seal Certain Exhibits Filed in Support of AloStar's Responses in Opposition to Defendants Jason Flom's, Yates's, and Graham's Motions to Dismiss (Doc. 153) is **GRANTED**. The Clerk is directed to seal the documents comprising certain exhibits to documents 147-149.

**ORDERED** on October 17, 2012.

                                                        /s/ Richard Smoak
                                                        RICHARD SMOAK
                                                        UNITED STATES DISTRICT JUDGE