UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| ALOSTAR BANK OF COMMERCE,<br><br>        Plaintiff,<br><br>v.<br><br>GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM, HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;<br><br>        Defendants, | CIVIL ACTION FILE<br>NO. 5:11-cv-00406-RS-GRJ |
| PETER MCKENNA,<br><br>        Cross-Claim Plaintiff,<br><br>v.<br><br>JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; JAMES C. STROUD; DWIGHT P. WILES; and ELIZABETH YATES;<br><br>       Cross-Claim Defendants, | |
| PETER MCKENNA,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>RONALD E. GILLEY; and RONNIE GILLEY PROPERTIES, LLC;<br><br>        Third –Party Defendants. | |

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of the law firm of Shendell & Pollock, P.L., as counsel for Cross-Claim Defendant, ELLIOT H. LEVINE, in the above-styled cause, and hereby requests that any and all pleadings or other matters pertaining to this cause be served on the undersigned.

Dated:  October 17, 2012
           Boca Raton, FL

                                    Respectfully submitted,

**SHENDELL & POLLOCK, P.L.**
*Counsel for Elliot H. Levine,*
*Cross-Claim Defendant*
Fountain Square
2700 North Military Trail; Suite 150
Boca Raton, Florida 33487
Phone: (561) 241-2323
Fax: (561) 241-2330
Email: mark@shendellpollock.com

By: /s/ Mark M. Heinish
    Mark M. Heinish
    Florida Bar No. 987255

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 17th day of October, 2012  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Mark M. Heinish
    Mark M. Heinish

## SERVICE LIST

*Alostar Bank of Commerce v. GLA Florida Property 2, LLC, et al.*
Case No.: 5:11-cv-00406-RS-GRJ
United States District Court, Northern District of Florida

| | |
|---|---|
| Yancey F. Langston<br>ylangston@mhw-law.com<br>George Roderick Mead, II<br>emead@mhw-law.com<br>MOORE, HILL & WESTMORELAND, P.A.<br>220 West Garden Street (32502)<br>Sun Trust Tower, 9th Floor<br>Post Office Box 13290<br>Pensacola, Florida 32591-3290<br>Telephone: (850) 434-3541<br>Facsimile: (850) 435-7899<br>*Counsel for Plaintiff*<br>**VIA CM/ECF** | Eric D. Stolze<br>ericstolze@paulhastings.com<br>PAUL HASTINGS LLP<br>600 Peachtree Street, N.E., Suite 2400<br>Atlanta, Georgia 30308-2222<br>Telephone: (404) 815-2400<br>Facsimile: (404) 815-2424<br>*Counsel for Plaintiff*<br>**VIA CM/ECF** |
| Kevin E. Vance<br>kevance@duanemorris.com<br>DUANE MORRIS LLP<br>200 South Biscayne Boulevard, Suite 3400<br>Miami, Florida 33131-2318<br>Telephone: (305) 960-2200<br>Facsimile: (305) 960-2201<br>*Counsel for Defendant McKenna*<br>**VIA CM/ECF** | John Dellaportas<br>dellajo@duanemorris.com<br>Kevin P. Potere<br>kppotere@duanemorris.com<br>DUANE MORRIS LLP<br>1540 Broadway<br>New York, New York 10036<br>Telephone: (212) 692-1000<br>Facsimile: (212) 692-1020<br>*Counsel for Defendant McKenna*<br>**VIA CM/ECF** |
| John A. Christy<br>jchristy@swfllp.com<br>Andrew J. Lavoie<br>alavoie@swfllp.com<br>SCHREEDER, WHEELER & FLINT, LLP<br>1100 Peachtree Street, Suite 800<br>Atlanta, Georgia 30309<br>Telephone: (404) 681-3450<br>Facsimile: (404) 681-1046<br>*Counsel for Defendant Yates*<br>**VIA CM/ECF** | Jonathan T. Holloway<br>jholloway@okaloosalaw.com<br>Holloway Law Firm, P.A.<br>369 North Main Street<br>Crestview, Florida 32536<br>Telephone: (850) 398-6808<br>Facsimile: 9850) 398-6809<br>*Counsel for James C. Stroud*<br>**VIA CM/ECF** |

| | |
|---|---|
| Alfred Benjamin Gordon, III<br>bgordon@kaglawfirm.com<br>Lawrence Keefe<br>lkeefe@kagmlaw.com<br>Ralph Hamilton Schofield, Jr.<br>rschofield@kagmlaw.com<br>KEEFE, ANCHORS, GORDON<br>2113 Lewis Turner Boulevard, Suite 100<br>Fort Walton Beach, Florida 32547<br>Telephone: (850) 863-1974<br>Facsimile: (850) 863-1591<br>*Counsel for Herbert L. Graham,*<br>*and Dwight P. Wiles*<br>**VIA CM/ECF** | Sara F. Reynolds<br>sreynolds@andersonreynolds.com<br>ANDERSON & REYNOLDS PLC<br>3100 West End Avenue, Suite 225<br>Nashville, Tennessee 37203<br>Telephone: (615) 942-1700<br>Facsimile: (615) 942-1701<br>*Counsel for Defendant Flom*<br>**VIA CM/ECF** |
| Cynthia S. McKenzie<br>cmckenzie@mckenziejacksonlaw.com<br>MCKENZIE JACKSON, PLC<br>201 4th Avenue North, Suite 1130<br>Nashville, Tennessee 37219<br>Telephone: (615) 873-5670<br>Facsimile: (615) 873-5671<br>*Counsel for Defendants Levine and GLS*<br>*Florida Property 2, LLC*<br>**VIA CM/ECF** | Gregory D. Smith<br>gdsmithlaw@aol.com<br>Gregory D. Smith, P.A.<br>201 South Baylen Street, Suite<br>P.O. Box 12853<br>Pensacola, Florida 32501<br>Telephone: (850) 434-1821<br>*Counsel for Defendant GLS Florida*<br>*Property 2, LLC*<br>**VIA CM/ECF** |
| Robert A. Emmanuel<br>rae@esclaw.com<br>EMMANUEL, SHEPPARD & CONDON<br>30 South Spring Street (32502)<br>Post Office Drawer 1271<br>Pensacola, Florida 32591-1271<br>Telephone: (850) 433-6581<br>Facsimile: (850) 429-0492<br>*Counsel for Defendant Yates*<br>**VIA CM/ECF** | Edward M. Mullins (Fla. Bar No. 863920)<br>emullins@astidavis.com<br>ASTIGARRAGA DAVIS MULLINS &<br>GROSSMAN, P.A.<br>701 Brickell Avenue, 16th Floor<br>Miami, Florida 33131<br>Telephone: (305) 372-8282<br>Facsimile: (305) 372-8202<br>*Counsel for Defendants Earle Yaffa and*<br>*Ronald J. Weiss, as Executors of the Will of*<br>*Joseph Flom*<br>**VIA CM/ECF** |