IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                                                    CASE NO.  5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD;
DWIGHT P. WILES; ELIZABETH
YATES; and ROGER S. AARON,
EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of
Joseph Flom,

    Defendants,
_____
PETER MCKENNA,

    Cross-Claim Plaintiff,

v.

JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; JAMES C.
STROUD; DWIGHT P. WILES; and
ELIZABETH YATES;

    Cross-Claim Defendants,
_____
PETER MCKENNA,

    Third-Party Plaintiff,

v.

RONALD E. GILLEY; and RONNIE

**GILLEY PROPERTIES, LLC;**

 **Third –Party Defendants.**
_____/

## ORDER

The relief requested in Cross-Claim Defendant Elliot Levine's Motion to Extend Time to Serve Responsive Pleading to Cross-Complaint (Doc. 162) is **GRANTED**. Cross-Claim Defendant Elliot Levine shall file a responsive pleading to the Cross-Complaint not later than October 29, 2012.

**ORDERED** on October 18, 2012.

          **/s/ Richard Smoak**
          **RICHARD SMOAK**
          **UNITED STATES DISTRICT JUDGE**