# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

———————————————————————x
**ALOSTAR BANK OF COMMERCE,**   )
                               )
                  **Plaintiff,**   )
                               )
v.                             )   Civil Action No.:
                               )   5:11-CV-00406-RS-GRJ
**GLS FLORIDA PROPERTY 2, LLC;**   )
**JASON R. FLOM; HERBERT L. GRAHAM;**   )   Hon. Richard Smoak, Presiding
**GLENN W. JOHNSON, III; ELLIOT H.**   )   Hon. Gary R. Jones, Magistrate
**LEVINE; PETER MCKENNA; JAMES C.**   )
**STROUD; DWIGHT P. WILES; ELIZABETH**   )
**YATES; and ROGER S. AARON, EARLE**   )   JURY TRIAL DEMANDED
**YAFFA, and RONALD J. WEISS, as**   )
**Executors of the Estate of Joseph Flom;**   )
                               )
                  **Defendants.**   )
———————————————————————x
**PETER MCKENNA,**   )
                    )
               **Cross-Claim Plaintiff,**   )
v.                  )
                    )
**JASON R. FLOM; HERBERT L. GRAHAM;**   )
**GLENN W. JOHNSON, III; ELLIOT H.**   )
**LEVINE; JAMES C. STROUD; DWIGHT P.**   )
**WILES; and ELIZABETH YATES;**   )
                    )
               **Cross-Claim Defendants.**   )
———————————————————————x
**PETER MCKENNA,**   )
                    )
               **Third-Party Plaintiff,**   )
v.                  )
                    )
**RONALD E. GILLEY, and RONNIE GILLEY**   )
**PROPERTIES, LLC ; and SUNSOUTH BANK**   )
                    )
               **Third-Party Defendants.**   )
———————————————————————x

## THIRD-PARTY SUMMONS IN A CIVIL ACTION

To: SunSouth Bank
108 Jamestown Boulevard
Dothan, Alabama 36301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached amended third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Dellaportas, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

2