IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ALOSTAR BANK OF COMMERCE,**

    **Plaintiff,**

**v.**                                                               **CASE NO. 5:11-cv-406-RS-GRJ**

**GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD;
DWIGHT P. WILES; ELIZABETH
YATES; and ROGER S. AARON,
EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of
Joseph Flom,**

    **Defendants.**
_____/

## **ORDER**

The relief requested in Defendant Herbert L. Graham's Motion for Reconsideration and Motion for Leave to File Reply to AloStar's Response in Opposition to Defendant Herbert L. Graham's [Second] Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 165) is **DENIED**. The transaction at the heart of this case – a loan from a Florida bank to a Florida LLC to purchase and develop property in Florida – bears a substantial and reasonable relation to this state. Fla. Stat. § 685.101(2)(a).

1

**ORDERED** on October 23, 2012.

**/s/ Richard Smoak**
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
