UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| ALOSTAR BANK OF COMMERCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| GLS FLORIDA PROPERTY 2, LLC; | ) |
| JASON R. FLOM; HERBERT L. | ) |
| GRAHAM; GLENN W. JOHNSON, III; | ) |
| ELLIOT H. LEVINE; PETER MCKENNA; | ) CASE NO. 5:11-cv-00406-RS-GRJ |
| JAMES C. STROUD; DWIGHT P. | ) |
| WILES; ELIZABETH YATES; and | ) |
| and ROGER S. AARON, EARLE | ) |
| YAFFA, and RONALD J. WEISS, | ) |
| as Executors of the Estate of Joseph Flom, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| PETER McKENNA, | ) |
| | ) |
| Cross-Claim Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JASON R. FLOM; HERBERT L. | ) |
| GRAHAM; GLENN W. JOHNSON, III; | ) |
| ELLIOT H. LEVINE; JAMES C. | ) |
| STROUD; DWIGHT P. WILES; and | ) |
| ELIZABETH YATES, | ) |
| | ) |
| Cross-Claim Defendants. | ) |
| _____ | ) |
| PETER McKENNA, | ) |
| | ) |
| Third-party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RONALD E. GILLEY; and RONNIE | ) |
| GILLEY PROPERTIES, LLC, | ) |
| Third-party Defendants. | ) |
| _____ | ) |

**DUANE MORRIS LLP**
200 SOUTH BISCAYNE BOULEVARD • SUITE 3400 • MIAMI, FL 33131 • 305.960.2200

DM3\2180718.1

Defendant, PETER McKENNA, by and through his undersigned counsel, Duane Morris LLP, hereby

Dated: October 24, 2012                      Respectfully submitted,

<div style="margin-left: 3em;">

**s/ Kevin E. Vance**
Kevin E. Vance
Florida Bar No. 0670464
kevance@duanemorris.com
DUANE MORRIS LLP
Suite 3400
200 South Biscayne Boulevard
Miami, Florida  33131
Tel: (305) 960-2200
Fax: (305) 960-2201
Counsel for Defendant, Peter McKenna

And

John Dellaportas, Esquire
New York Bar No. 2688976
dellajo@duanemorris.com
Kevin P. Potere, Esquire
New York Bar No. 4729109
kppotere@duanemorris.com
DUANE MORRIS LLP
1540 Broadway
New York, New York  10036
Tel: (212) 692-1000
Fax: (212) 692-1020
Counsel for Defendant, Peter McKenna

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of October, 2012, I electronically filed the foregoing document with the Clerk of the Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System which will send notice of the electronic filing and complete service of the foregoing to:

    George R. Mead, Esquire
    Florida Bar No. 096490
    emead@mhw-law.com
    Yancey Frank Langston, Esquire
    ylangston@mhw-law.com
    Moore, Hill & Westmoreland PA
    Ninth Floor, SunTrust Tower
    220 West Garden Street
    Post Office Box 13290
    Pensacola, Florida  32591-3290
    Tel: (850) 434-3541
    Fax: (850) 435-7899
    Counsel for Plaintiff

    William K. Whitner, Esquire
    Georgia Bar No. 756652
    kwhitner@paulhastings.com
    Eric D. Stolze, Esquire
    Georgia Bar No. 425966
    ericstolze@paulhastings.com
    Paul Hastings LLP
    Suite 2400
    600 Peachtree Street, N.E.
    Atlanta, Georgia  30308-2222
    Tel: (404) 815-2400
    Fax: (404) 815-2424
    Counsel for Plaintiff

    Sara Fitzpatrick Reynolds, Esquire
    sreynolds@andersonreynolds.com
    Anderson & Reynolds, PLC
    Suite 225
    3100 West End Avenue
    Nashville, Tennessee  37203
    Tel: (615) 942-1700

Fax: (615) 942-1701
Counsel for Defendant, Jason R. Flom

Lawrence Keefe, Esquire
lkeefe@kagmlaw.com
Ralph Hamilton Schofield, Jr., Esquire
rschofield@kagmlaw.com
Alfred Benjamin Gordon, III, Esquire
bgordon@kagmlaw.com
Keefe, Anchors, Gordon, etc.
Suite 100
2113 Lewis Turner Boulevard
Fort Walton Beach, Florida  32547
Tel: (850) 863-1974
Fax: (850) 863-1591
Counsel for Defendants,
Herbert L. Graham and Dwight P. Wiles

Jonathan T. Holloway, Esquire
Florida Bar No. 627763
jholloway@okaloosalaw.com
Holloway Law Firm, P.A.
369 N. Main Street
Crestview, Florida  32536
Tel: (850) 398-6808
Fax: (850) 398-6809
Counsel for Defendant, James C. Stroud

Cynthia McKenzie, Esquire
cmckenzie@mckenziejacksonlaw.com
McKenzie Jackson PLC
Suite 1130
201 Fourth Avenue North
Nashville, Tennessee  37219
Tel: (615) 873-5670
Fax: (615) 873-5671
Counsel for Defendants, Elliot H. Levine and GLS Florida Property 2, LLC

John A. Christy, Esquire
Georgia Bar No. 125518
jchristy@swfllp.com
Andrew J. Lavoie
Georgia Bar No. 108814
alavoie@swfllp.com
Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street

Atlanta, Georgia  30309
Tel: (404) 681-3450
Fax: (404) 681-1046
Counsel for Defendant, Elizabeth Yates

Robert Anthony Emmanuel, Esquire
rae@esclaw.com
Emmanuel Sheppard & Condon
30 S. Spring Street
Pensacola, Florida  32502
Tel: (850) 433-6581
Fax: (850) 429-0492
Co-Counsel for Defendant, Elizabeth Yates

Edward M. Mullins, Esquire
emullins@astidavis.com
Florida Bar No. 863920
Astigarraga, David Mullins & Grossman, P.A.
16th Floor
701 Brickell Avenue
Miami, Florida  33131
Tel: (305) 372-8282
Fax: (305) 372-8202
Counsel for Defendants,
Earle Yaffa and Ronald J. Weiss, as Executors of the Will of Joseph Flom

Gregory D. Smith, Esquire
Florida Bar No. 366511
gdsmithlaw@aol.com
Gregory D. Smith, P.A.
Suite A
201 South Baylen Street
Post Office Box 12853
Pensacola, Florida  32501/32591
Additional Counsel for GLS Florida Property 2, LLC

Mark M. Heinish, Esquire
Florida Bar No. 987255
mark@shendellpollock.com
Shendell & Pollock, P.L.
Suite 150
2700 North Military Trail
Boca Raton, Florida  33487
Tel: (561) 241-2323
Fax: (561) 241-2330
Counsel for Elliot H. Levine