UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,     )
     )
     Plaintiff,     )
     )
v.     )
     )
GLS FLORIDA PROPERTY 2, LLC;     )
JASON R. FLOM; HERBERT L. GRAHAM;     )
GLENN W. JOHNSON, III; ELLIOT H.     )
LEVINE; PETER MCKENNA; JAMES C.     )
STROUD; DWIGHT P. WILES; ELIZABETH     )
YATES; and ROGER S. AARON, EARLE     )
YAFFA, and RONALD J. WEISS, as     )     No. 5-11-cv-00406-RS-GRJ
Executors of the Estate of Joseph Flom;     )
     )
     Defendants.     )
_____x

PETER MCKENNA,     )
     )
     Cross-Claim Plaintiff ,     )
     )
v.     )
     )
JASON R. FLOM; HERBERT L. GRAHAM;     )
GLENN W. JOHNSON, III; ELLIOT H.     )
LEVINE; JAMES C. STROUD; DWIGHT P.     )
WILES; and ELIZABETH YATES;     )
     )
     Cross-Claim Defendants.     )
_____x

PETER MCKENNA,     )
     )
     Third-Party Plaintiff,     )
     )
v.     )
     )
RONALD E. GILLEY; RONNIE GILLEY     )
PROPERTIES, LLC; and SUNSOUTH BANK     )
     )
     Third-Party Defendants.     )
_____x

**DEFENDANT PETER MCKENNA'S RESPONSE TO ALOSTAR'S**
**<u>MOTION TO DISMISS DEFENDANT'S ORIGINAL COUNTERCLAIMS</u>**

Defendant, Peter McKenna ("<u>this Defendant</u>"), by and through his undersigned counsel, hereby responds (the "<u>Response</u>") to the motion (the "<u>Motion</u>") [Docket No. 150], filed by plaintiff AloStar Bank of Commerce ("<u>AloStar</u>") on October 12, 2012, to dismiss this Defendant's counterclaims as set forth in this Defendant's original answer, filed with the Court on September 28, 2012 (the "<u>Original Answer</u>") [Docket No. 132].

<u>DISCUSSION</u>

On September 14, 2012, AloStar filed an amended complaint [Docket No. 125].

On September 28, 2012, this Defendant filed the Original Answer.

On October 12, 2012, AloStar filed its Motion to dismiss this Defendant's counterclaims as those counterclaims were set out in this Defendant's Original Answer.

On October 19, 2012, this Defendant filed an Amended Answer, Counterclaim Complaint, Cross-Claim Complaint, Third-Party Complaint and Impleader, and Request for Declaratory Judgments (the "<u>Amended Answer</u>") [Docket No. 167].

The Amended Answer replaces this Defendant's Original Answer. *Pintando v. Miami-Dade Housing Agency*, 501 F.3d 1241, 1243 (11th Cir. 2007) ("As a general matter, '[a]n amended pleading supersedes the former pleading; the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary.'") (citing *Dresdner Bank AG, et al. v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir.2006), and *Fritz v. Standard Sec. Life Ins. Co.*, 676 F.2d 1356, 1358 (11th Cir.1982)). Accordingly, this Defendant respectfully submits that there is no need for this Defendant to substantively respond to the Motion, and that the relief sought

through the Motion should be denied as moot because it relates to the Original Answer. *See Taylor v. Alabama*, 275 Fed. App'x 836, 838 (11th Cir. 2008) (Unpublished) ("Plaintiffs amended their complaint and Defendants' motion to dismiss became moot."); *see also Dean v. I.R.S.*, Case No. 3:08cv125/RS-MD, 2008 WL 6085744, at *1 (N.D. Fla. July 11, 2008) (Smoak, D.J.) (Order: "Defendants' Motion to Dismiss (Doc. 10) is denied as moot because Plaintiff has now filed his First Amended Complaint (Doc. 19)").

## <u>CONCLUSION</u>

WHEREFORE, this Defendant respectfully requests that the Court enter an order denying the relief sought in the Motion as moot, without prejudice for AloStar to seek relief with respect to the Amended Answer, and grant such other and further relief as is necessary and just.

Dated: October 25, 2012                    Respectfully submitted,

<u>**s/ Kevin E. Vance**</u>
Kevin E. Vance
Florida Bar No. 0670464
kevance@duanemorris.com
DUANE MORRIS LLP
Suite 3400
200 South Biscayne Boulevard
Miami, Florida  33131
Tel: (305) 960-2200
Fax: (305) 960-2201
Counsel for Defendant, Peter McKenna

And

3

John Dellaportas, Esquire
New York Bar No. 2688976
dellajo@duanemorris.com
Kevin P. Potere, Esquire
New York Bar No. 4729109
kppotere@duanemorris.com
DUANE MORRIS LLP
1540 Broadway
New York, New York  10036
Tel: (212) 692-1000
Fax: (212) 692-1020
Counsel for Defendant, Peter McKenna

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 25th day of October, 2012, I electronically filed the foregoing document with the Clerk of the Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System which will send notice of the electronic filing and complete service of the foregoing to:

George R. Mead, Esquire
Florida Bar No. 096490
emead@mhw-law.com
Yancey Frank Langston, Esquire
ylangston@mhw-law.com
Moore, Hill & Westmoreland PA
Ninth Floor, SunTrust Tower
220 West Garden Street
Post Office Box 13290
Pensacola, Florida  32591-3290
Tel: (850) 434-3541
Fax: (850) 435-7899
Counsel for Plaintiff

William K. Whitner, Esquire
Georgia Bar No. 756652
kwhitner@paulhastings.com
Eric D. Stolze, Esquire
Georgia Bar No. 425966
ericstolze@paulhastings.com
Paul Hastings LLP
Suite 2400
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-2222
Tel: (404) 815-2400
Fax: (404) 815-2424
Counsel for Plaintiff

5

Sara Fitzpatrick Reynolds, Esquire
sreynolds@andersonreynolds.com
Anderson & Reynolds, PLC
Suite 225
3100 West End Avenue
Nashville, Tennessee  37203
Tel: (615) 942-1700
Fax: (615) 942-1701
Counsel for Defendant, Jason R. Flom

Lawrence Keefe, Esquire
lkeefe@kagmlaw.com
Ralph Hamilton Schofield, Jr., Esquire
rschofield@kagmlaw.com
Alfred Benjamin Gordon, III, Esquire
bgordon@kagmlaw.com
Keefe, Anchors, Gordon, etc.
Suite 100
2113 Lewis Turner Boulevard
Fort Walton Beach, Florida  32547
Tel: (850) 863-1974
Fax: (850) 863-1591
Counsel for Defendants,
Herbert L. Graham and Dwight P. Wiles

Jonathan T. Holloway, Esquire
Florida Bar No. 627763
jholloway@okaloosalaw.com
Holloway Law Firm, P.A.
369 N. Main Street
Crestview, Florida  32536
Tel: (850) 398-6808
Fax: (850) 398-6809
Counsel for Defendant, James C. Stroud

Cynthia McKenzie, Esquire
cmckenzie@mckenziejacksonlaw.com
McKenzie Jackson PLC
Suite 1130
201 Fourth Avenue North
Nashville, Tennessee  37219
Tel: (615) 873-5670
Fax: (615) 873-5671
Counsel for Defendants, Elliot H. Levine and GLS Florida Property 2, LLC

DM3\2330939.2

John A. Christy, Esquire
Georgia Bar No. 125518
jchristy@swfllp.com
Andrew J. Lavoie
Georgia Bar No. 108814
alavoie@swfllp.com
Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street
Atlanta, Georgia  30309
Tel: (404) 681-3450
Fax: (404) 681-1046
Counsel for Defendant, Elizabeth Yates

Robert Anthony Emmanuel, Esquire
rae@esclaw.com
Emmanuel Sheppard & Condon
30 S. Spring Street
Pensacola, Florida  32502
Tel: (850) 433-6581
Fax: (850) 429-0492
Co-Counsel for Defendant, Elizabeth Yates

Edward M. Mullins, Esquire
emullins@astidavis.com
Florida Bar No. 863920
Astigarraga, David Mullins & Grossman, P.A.
16th Floor
701 Brickell Avenue
Miami, Florida  33131
Tel: (305) 372-8282
Fax: (305) 372-8202
Counsel for Defendants,
Earle Yaffa and Ronald J. Weiss, as Executors of the Will of Joseph Flom

Gregory D. Smith, Esquire
Florida Bar No. 366511
gdsmithlaw@aol.com
Gregory D. Smith, P.A.
Suite A
201 South Baylen Street
Post Office Box 12853
Pensacola, Florida  32501/32591
Additional Counsel for GLS Florida Property 2, LLC

7

Mark M. Heinish, Esquire
Florida Bar No. 987255
mark@shendellpollock.com
Shendell & Pollock, P.L.
Suite 150
2700 North Military Trail
Boca Raton, Florida  33487
Tel: (561) 241-2323
Fax: (561) 241-2330
Counsel for Elliot H. Levine

8