IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                               CASE NO.  5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER MCKENNA;
JAMES C. STROUD; DWIGHT P. WILES;
ELIZABETH YATES; and ROGER S.
AARON, EARLE YAFFA, and RONALD
J. WEISS, as Executors of the Estate of
Joseph Flom,

    Defendants,
_____

PETER MCKENNA,

    Cross-Claim Plaintiff,

v.

JASON R. FLOM; HERBERT L. GRAHAM;
GLENN W. JOHNSON, III; ELLIOT H.
LEVINE; JAMES C. STROUD; DWIGHT
P. WILES; and ELIZABETH YATES;

    Cross-Claim Defendants,
_____

PETER MCKENNA,

    Third-Party Plaintiff,

v.

RONALD E. GILLEY; RONNIE GILLEY
PROPERTIES, LLC, and SUNSOUTH BANK,

**Third –Party Defendants.**
_____/

## ORDER

Before me is AloStar's Motion to Dismiss Defendant McKenna's Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6) & 12(b)(1) (Doc. 150). Because Defendant McKenna has amended his counterclaim (Doc. 167), the motion to dismiss is **DENIED as moot.**

**ORDERED** on October 30, 2012.

>/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**