**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                                                                        CASE NO. 5:11cv406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;

    Defendants.

_____/

**DEFENDANTS DWIGHT P. WILES AND HERBERT L. GRAHAM'S
ANSWER TO DEFENDANT PETER MCKENNA'S CROSSCLAIMS**

Defendants Dwight P. Wiles ("Wiles") and Herbert L. Graham ("Graham") (Wiles and Graham collectively referred to as "Answering Defendants"), by and through undersigned counsel, answers Defendant Peter McKenna's Crossclaims as follows:

**Paragraphs 98 – 439.** While Answering Defendants admit that jurisdiction and venue is proper if, in fact, jurisdiction and venue are proper in the underlying lawsuit brought by AloStar, Defendant Peter McKenna's allegations in these paragraphs all regard facts or legal conclusions that are either not within Answering Defendants' *personal* knowledge or relate to the provisions of documents that speak for themselves.

1

Therefore, Answering Defendants are not in a position to admit or deny these allegations. Answering Defendants deny any personal liability on the loan documents or for any causes of action alleged in the pleadings of this lawsuit.

The remaining paragraphs of McKenna's pleading do not appear to require a response from Answering Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that this Answer has been filed electronically through this Court's ECF system on this 2nd day of November, 2012, and a true and correct copy of the foregoing has been furnished to each party's counsel via a Notice of Electronic Filing.

/s/ Ralph Schofield
**Lawrence Keefe**
Florida Bar No. 602809
**A. Benjamin Gordon**
Florida Bar No. 528617
**Ralph Schofield**
Florida Bar No. 70543
Keefe Anchors Gordon & Moyle P.A.
2113 Lewis Turner Blvd., Ste. 100
Fort Walton Beach, FL 32547
Telephone:   (850) 863-1974
Facsimile:    (850) 863-1591
Email: lkeefe@kaglawfirm.com
          bgordon@kaglawfirm.com
          rschofield@kaglawfirm.com

*Attorneys for Defendants Wiles and Graham*