```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF FLORIDA
                   PANAMA CITY DIVISION


ALOSTAR BANK OF COMMERCE,

      Plaintiff,                    CASE NO. 5:11-CV-00406-RS-GRJ
                                    JUDGE SMOAK
V.                                  MAGISTRATE JUDGE JONES

GLS FLORIDA PROPERTY 2, LLC, et al.,

      Defendants.
_____/
```

## GLS FLORIDA PROPERTY 2, LLC'S NOTICE OF FILING ATTORNEY'S TIME RECORDS

COMES NOW, the Defendant, GLS FLORIDA PROPERTY 2, LLC, by and through its undersigned counsel, and pursuant to the requirements of Rule 54.1 of Local Rules of the United States District Court for the Northern District of Florida, and files its attorney time records for the law offices of Gregory D. Smith, P.A. for the period for the month of October, 2012, in this case. The total attorney hours this filing are 24.0, and the total non-attorney hours this filing are 0.0.  The non-attorney is not "actually reimbursed" at a particular hourly rate, but is rather an employee who is paid a salary.

DATED on this 15th day of November, 2012.

/s/ Gregory D. Smith
GREGORY D. SMITH
Gregory D. Smith, P.A.
201 South Baylen Street
Suite A
Post Office Box 12853
Pensacola, Florida 32502/32591
(850) 434-1821
Primary e-mail address:
gdsmithlaw@aol.com
Secondary e-mail address:
mbrisby@gccoxmail.com
Florida Bar No. 366511

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Notice of Electronic Filing pursuant to Local Rule 5.1(A)(6) of the Local Rules of the United States District Court for the Northern District of Florida and Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure to WILLIAM K. WHITNER, ESQUIRE; ERIC STOLZE, ESQUIRE; GEORGE R. MEAD, ESQUIRE; YANCEY F. LANGSTON, ESQUIRE; CYNTHIA S. McKENZIE, ESQUIRE, ALFRED BENJAMIN GORDON, III, ESQUIRE; ANDREW JOHN LAVOIE, ESQUIRE; EDWARD MAURICE MULLINS, ESQUIRE; GEORGE RODERICK MEAD, II, ESQUIRE; JOHN DELLAPORTAS, ESQUIRE; JONATHAN THOMAS HOLLOWAY, ESQUIRE; KEVIN POTERE, ESQUIRE; KEVIN EUGENE VANCE, ESQUIRE; REGAN NOELLE KRUSE, ESQUIRE; SARA FITZPATRICK REYNOLDS, ESQUIRE; and JOHN CHRISTY, ESQUIRE on this 15th day of November, 2012.

/s/ Gregory D. Smith
GREGORY D. SMITH