# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                                  CASE NO.  5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom,

    Defendants,
_____

PETER MCKENNA,

    Cross-Claim Plaintiff,

v.

JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; JAMES C. STROUD; DWIGHT P. WILES; and ELIZABETH YATES;

    Cross-Claim Defendants,
_____

PETER MCKENNA,

    Third-Party Plaintiff,

1

v.

**RONALD E. GILLEY; and RONNIE GILLEY PROPERTIES, LLC;**

    **Third –Party Defendants.**
_____/

## ORDER

The relief requested in Defendant Peter McKenna's Motion for Leave to File Memorandum in Support of Defendant Wiles' Opposition to AloStar's Motion to Dismiss Counterclaims (Doc. 174) is **DENIED**.

**ORDERED** on November 16, 2012.

                      **/s/ Richard Smoak**
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**