IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ALOSTAR BANK OF COMMERCE,**
  Plaintiff,

v.

**GLS FLORIDA PROPERTY 2, LLC, et al.,**
  Defendants.
_____/

**PETER MCKENNA,**
  Cross-Claim Plaintiff,

v.                                                                    Case No. 5:11-cv-406-RS-GRJ

**JASON R. FLOM, et al.,**
  Cross-Claim Defendants.
_____/

**PETER MCKENNA,**
  Third-Party Plaintiff,

v.

**RONALD E. GILLEY, et al.,**
  Third-Party Defendants.
_____/

**ORDER**

The relief requested in Defendant Peter McKenna's Consent Motion for Extension of Time to Respond to Plaintiff's Motion to Dismiss (Doc. 191) is **GRANTED**. Defendant may respond not later than December 4, 2012.

**ORDERED** on November 19, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**