UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| ALOSTAR BANK OF COMMERCE,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and EARLE YAFFA and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;<br><br>    Defendants and Counter-Plaintiffs, | CIVIL ACTION FILE<br>NO. 5:11-cv-00406-RS-GRJ |
| PETER MCKENNA,<br><br>    Cross-Claim Plaintiff,<br><br>v.<br><br>JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; JAMES C. STROUD; DWIGHT P. WILES; and ELIZABETH YATES;<br><br>    Cross-Claim Defendants, | |
| PETER MCKENNA,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>RONALD E. GILLEY; RONNIE GILLEY PROPERTIES, LLC; and SUNSOUTH BANK;<br><br>    Third-Party Defendants. | |

## ALOSTAR'S MOTION TO DISMISS DEFENDANT YATES'S COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 12(B)(6) & 12(B)(1)

Plaintiff AloStar Bank of Commerce ("AloStar"), by and through its counsel, files this motion to dismiss the counterclaims filed by Defendant and Counter-Plaintiff Elizabeth Yates ("Yates") (Doc. 179).  As a procedural matter, Yates's Counterclaim Complaint and response to AloStar's Verified Amended Complaint constitutes an impermissible "shotgun" pleading, mandating dismissal under Eleventh Circuit precedent.  More substantively, the counterclaims Yates asserts against AloStar are barred by her failure to submit a timely administrative notice of claim required by federal statute, prior contractual waiver, Florida's statute of frauds, and the plain terms of the loan documents requiring all modifications to be in writing.  This motion is filed in lieu of an answer pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1) on the grounds that Yates's counterclaims for damages against AloStar fail to state a claim upon which relief may be granted as a matter of law and that this Court does not have subject matter jurisdiction over Yates's counterclaims based on the acts of predecessor financial institutions.  AloStar requests that this Court decline to exercise jurisdiction over Yates's final counterclaim for declaratory judgment, as the issue it raises will be resolved by adjudication of AloStar's claim against Yates.

In support of this motion, AloStar files it memorandum of law in support, which is hereby incorporated by reference.

*[Signatures to appear on the following page.]*

Dated this 26th day of November 2012.

Respectfully submitted,

s/ Eric D. Stolze
William K Whitner
Georgia Bar No. 756652
Eric D. Stolze
Georgia Bar No. 425966
PAUL HASTINGS LLP
1170 Peachtree Street, N.E.
Suite 100
Atlanta, GA 30309
Telephone:      (404) 815-2400
Facsimile:       (404) 815-2424
Email: kwhitner@paulhastings.com
Email: ericstolze@paulhastings.com


George R. Mead
Florida Bar No. 096490
Yancey F. Langston
Florida Bar No. 827134
MOORE, HILL & WESTMORELAND, P.A.
220 West Garden Street (32502)
SunTrust Tower, 9th Floor
Post Office Box 13290
Pensacola, FL 32591-3290
Telephone:      (850) 434-3541
Facsimile:       (850) 435-7899
Email: emead@mhw-law.com
Email: ylangston@mhw-law.com

*Attorneys for Plaintiff*
*AloStar Bank of Commerce*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

| | |
|---|---|
| **ALOSTAR BANK OF COMMERCE,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and EARLE YAFFA and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;**<br><br>    **Defendants.** | **CIVIL ACTION FILE<br>NO. 5:11-cv-00406-RS-GRJ** |

## CERTIFICATE OF SERVICE AND COUNSEL CONFERENCE

I HEREBY CERTIFY that the foregoing was electronically filed on November 26, 2012 with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties registered on the CM/ECF system. I further certify that in advance of filing and in conformance with N.D. Fla. Local Rule 7.1(b), I have conferred with counsel for the opposing party in a good faith effort to resolve by agreement the issues raised in this motion, but counsel were unable to reach an agreement.

*[Signatures to appear on the following page.]*

Dated this 26th day of November 2012.


By: s/ Eric D. Stolze
William K Whitner
Georgia Bar No. 756652
Eric D. Stolze
Georgia Bar No. 425966
PAUL HASTINGS LLP
1170 Peachtree Street, N.E.
Suite 100
Atlanta, GA 30309
Telephone:      (404) 815-2400
Facsimile:       (404) 815-2424
Email: kwhitner@paulhastings.com
Email: ericstolze@paulhastings.com

George R. Mead
Florida Bar No. 096490
Yancey F. Langston
Florida Bar No. 827134
Moore, Hill & Westmoreland, P.A.
220 West Garden Street (32502)
SunTrust Tower, 9th Floor
Post Office Box 13290
Pensacola, FL 32591-3290
Telephone:      (850) 434-3541
Facsimile:       (850) 435-7899
Email: emead@mhw-law.com
Email: ylangston@mhw-law.com

*Attorneys for Plaintiff*
*AloStar Bank of Commerce*