## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.     CASE NO.  5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom,

    Defendants,
_____

PETER MCKENNA,

    Cross-Claim Plaintiff,

v.

JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; JAMES C. STROUD; DWIGHT P. WILES; and ELIZABETH YATES;

    Cross-Claim Defendants,
_____

PETER MCKENNA,

    Third-Party Plaintiff,

1

**v.**

**RONALD E. GILLEY; and RONNIE GILLEY PROPERTIES, LLC;**

    **Third –Party Defendants.**

_____/

## ORDER

Before me is Defendant Peter McKenna's Consent Motion for an Order Requiring Mediation (Doc. 200). This motion is **GRANTED**, and D. Ross McCloy is appointed as the mediator. Mr. McCloy is certified by the Supreme Court of Florida as a Circuit Court Mediator and is Board Certified in both civil trial and business litigation. Mediation will commence on January 23, 2013. Because there are no suitable facilities available in the federal courthouse in Panama City, the mediation will take place at a location in Panama City to be determined by Mr. McCloy.

As required by the Scheduling and Mediation Order (Doc. 172), each party, each party's counsel, and a representative of each insurer must attend mediation. The parties shall select a single representative to serve as the contact between Mr. McCloy and all parties for the purposes of scheduling and handling administrative matters. The representative shall make contact with Mr. McCloy not later than 4:30 p.m. on December 14, 2012. His office can be reached at 850-769-3434.

Further, Defendant McKenna shall immediately notify the third-party defendants of the mediation.

Consideration of pending motions (Documents 183, 194, 195, 196, and 202), if necessary, is deferred until after the completion of mediation.

**ORDERED** on December 11, 2012.

>  **/s/ Richard Smoak**
>  **RICHARD SMOAK**
>  **UNITED STATES DISTRICT JUDGE**