# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**ALOSTAR BANK OF COMMERCE,**
      **Plaintiff,**

v.

**GLS FLORIDA PROPERTY 2, LLC, et al.,**
      **Defendants.**
_____/

**PETER MCKENNA,**
      **Cross-Claim Plaintiff,**

v.                                      Case No. 5:11-cv-406-RS-GRJ

**JASON R. FLOM, et al.,**
      **Cross-Claim Defendants.**
_____/

**PETER MCKENNA,**
      **Third-Party Plaintiff,**

v.

**RONALD E. GILLEY, et al.,**
      **Third-Party Defendants.**
_____/

## ORDER

The relief requested in Defendant/Cross-Claim Defendant, Elliot H. Levine's Motion to Enlarge Time to Commence Court-Ordered Mediation (Doc. 212) and Motion for Leave to File Reply in Support of Motion to Extend Time (Doc. 214) are **DENIED**.

**ORDERED** on December 26, 2012.

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
