UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

_____x
ALOSTAR BANK OF COMMERCE,            )
                                     )
                Plaintiff,           )
                                     )
v.                                   )   CIVIL ACTION FILE
                                     )   5:11-CV-00406-RS-GRJ
GLS FLORIDA PROPERTY 2, LLC;         )
JASON R. FLOM; HERBERT L. GRAHAM;    )   Hon. Richard Smoak, Presiding
GLENN W. JOHNSON, III; ELLIOT H.     )   Hon. Gary R. Jones, Magistrate
LEVINE; PETER MCKENNA; JAMES C.      )
STROUD; DWIGHT P. WILES; ELIZABETH   )
YATES; and ROGER S. AARON, EARLE     )
YAFFA, and RONALD J. WEISS, as       )
Executors of the Estate of Joseph Flom; )
                                     )
                Defendants.          )
_____x
PETER MCKENNA,                       )
                                     )
                Cross-Claim Plaintiff, )
                                     )
v.                                   )
                                     )
JASON R. FLOM; HERBERT L. GRAHAM;    )
GLENN W. JOHNSON, III; ELLIOT H.     )
LEVINE; JAMES C. STROUD; DWIGHT P.   )
WILES; and ELIZABETH YATES;          )
                                     )
                Cross-Claim Defendants. )
_____x
PETER MCKENNA,                       )
                                     )
                Third-Party Plaintiff, )
v.                                   )
                                     )
RONALD E. GILLEY; RONNIE GILLEY      )
PROPERTIES, LLC; and SUNSOUTH BANK;  )
                                     )
                Third-Party Defendants. )
_____x

**LEVINE'S CONSENT MOTION TO ENLARGE TIME
TO RESPOND TO MCKENNA'S DISCOVERY REQUEST**

1

Cross-Claim Defendant, ELLIOT H. LEVINE ("Levine"), by and through his undersigned counsel, and pursuant to Rules 29 and 34 of the Federal Rules of Civil Procedure, hereby moves for an Order extending the time for Levine to serve its responses to the discovery propounded by Cross-Claim Plaintiff, PETER MCKENNA ("McKenna"), as states as follows:

1. On November 30, 2012, McKenna served its First Request for the Production of Documents to Levine via e-mail and U.S. Mail. Accordingly, Levine's responses to McKenna's aforementioned discovery are due on or before December 31, 2012.

2. McKenna's First Request for Production of Documents to Levine seeks eighty-two (82) categories of documents.

3. Levine has been in the process of reviewing more than 15,000 pages of documents to identify which documents are responsive as well as which documents may be subject to applicable work-product and attorney-client privileges.

4. Due to the nature of this case, the complexity of the issues and the documents which need to be reviewed to provide McKenna with a proper discovery response, Levine respectfully requests an additional thirty (30) days within which to respond to McKenna's First Request for the Production of Documents. This would result in Levine's responses being due on or before January 30, 2013.

5. Counsel for Levine counsel certifies that he has spoken with counsel for McKenna who has **consented** to this Motion.

6. Counsel for Levine further certifies that this Motion is brought in good-faith, is not sought for any dilatory purpose, and neither the parties nor the administration of justice will be prejudiced by the Court's granting of this Motion.

WHEREFORE, Cross-Claim Defendant, ELLIOT H. LEVINE, respectfully requests that this Court enter an Order, extending the time to file a response to the First Request for the Production of Documents, propounded by Cross-Claim Plaintiff, PETER MCKENNA, on November 30, 2012, by an additional thirty (30) days, and granting such other and further relief as this Court deems appropriate under the circumstances.

Dated:    December 27, 2012
          Boca Raton, Florida

                                        Respectfully submitted,

                              By:   /s/ Kenneth S. Pollock
                                  Kenneth S. Pollock
                                  Florida Bar No. 0069558
                                  Gary R. Shendell
                                  Florida Bar No. 964440
                                  **SHENDELL & POLLOCK, P.L.**
                                  Fountain Square
                                  2700 North Military Trail; Suite 150
                                  Boca Raton, Florida 33487
                                  Phone: (561) 241-2323
                                  Fax: (561) 241-2330
                                  Email: ken@shendellpollock.com
                                  Email: gary@shendellpollock.com
                                  *Counsel for Cross-Claim Defendant,*
                                  *Elliot H. Levine*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 27th day of December, 2012  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Kenneth S. Pollock
Kenneth S. Pollock