IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ALOSTAR BANK OF COMMERCE,**
      Plaintiff,

v.

**GLS FLORIDA PROPERTY 2, LLC, et al.,**
      Defendants.
_____/

**PETER MCKENNA,**
      Cross-Claim Plaintiff,

v.                                            Case No. 5:11-cv-406-RS-GRJ

**JASON R. FLOM, et al.,**
      Cross-Claim Defendants.
_____/

**PETER MCKENNA,**
      Third-Party Plaintiff,

v.

**RONALD E. GILLEY, et al.,**
      Third-Party Defendants.
_____/

## ORDER

The relief requested in Defendant Levine's Consent Motion to Enlarge Time to Respond to McKenna's Discovery Request (Doc. 216) is **GRANTED**. Defendant Levine shall respond not later than January 31, 2013.

**ORDERED** on December 28, 2012.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**