IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

vs.                                        Case No. 5:11-CV-00406-RS-GRJ

GLS FLORIDA PROPERTY 2 LLC; , et al.,

    Defendants.

_____

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that mediation has been scheduled in the above-styled case:

| | |
|---|---|
| DATE: | Monday, January 21 and Tuesday, January 22, 2013 |
| TIME: | 9:00 a.m. EST |
| PLACE: | 1100 Peachtree Street, NE<br>Second Floor Conference Room<br>Atlanta, GA 30309 |
| MEDIATOR: | Dixon Ross McCloy, Jr., Esq. |

                                                  s/Dixon Ross McCloy, Jr.
                                                  DIXON ROSS McCLOY, JR.
                                                  Certified Circuit Mediator
                                                  Certification Number 03006R
                                                  Florida Bar Number 262943
                                                  Post Office Box 1579
                                                  Panama City, FL 32402
                                                  Telephone: 850-769-3434
                                                  Fax: 850-769-6121
                                                  rmccloy@hsmclaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been furnished through the Court's CM/ECF System, regular U. S. Mail and e-mail transmission to the following this 8th day of January, 2013:

**WILLIAM K WHITNER**
PAUL HASTINGS LLP
1170 Peachtree St NE, Ste 100
Atlanta, GA 30309
kwhitner@paulhastings.com

**GREGORY D SMITH**
GREGORY D SMITH PA
P.O. Box 12853
201 S Baylen St, Ste A
Pensacola, FL 32502-5811
GDSmithlaw@aol.com

**SARA REYNOLDS**
ANDERSON & REYNOLDS
One American Center, Suite 255
3100 West End Avenue
Nashville, TN
sreynolds@andersonreynolds.com

**JAMES KELLEY**
NEAL & HARWELL
One Nashville Place, Suite 2000
150 Fourth Avenue North
Nashville TN  37219-2498
jkelley@nealharwell.com

**KENNETH SCOTT POLLOCK**
SHENDELL & POLLOCK
2700 N Military Trl, Ste 150
Boca Raton, FL 33431
ken@shendellpollock.com

**CYNTHIA MCKENZIE**
MCKENZIE JACKSON PLC
201 4th Ave N, Ste 1130
Nashville, TN 37221
cmckenzie@mckenziejacksonlaw.com

**BILL HEUER**
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
wheuer@duanemorris.com

**JOHN UNGER**
BOWEN & UNDER
47 Music Square East
Nashville, TN 37203
junger@bowenungerlaw.com

**RALPH SCHOFIELD**
KEEFE ANCHORS GORDON ETC PA
2113 Lewis Turner Blvd, Ste 100
Fort Walton Beach, FL 32547
rschofield@kagmlaw.com

**JOHN A CHRISTY**
SCHREEDER WHEELER & FLINT LLP
1100 Peachtree St, Ste 800
Atlanta, GA 30309
jchristy@swfllp.com

**EDWARD MULLINS**
ASTIGARRAGA DAVIS
701 Brickell Ave Ste 1650
Miami, FL 33131
emullins@astidavis.com

**BETSY HELLMAN**
SKADDEN ARPS SLATE MEAGHER & FLOM
4 Times Square
New York, NY 10036
betsy.hellmann@skadden.com

                                            s/Dixon Ross McCloy, Jr.
                                            Dixon Ross McCloy, Jr.