UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

|  |  |
|---|---|
| ALOSTAR BANK OF COMMERCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLS FLORIDA PROPERTY 2, LLC; )<br>JASON R. FLOM; HERBERT L. GRAHAM; )<br>GLENN W. JOHNSON, III; ELLIOT H. )<br>LEVINE; PETER MCKENNA; JAMES C. )<br>STROUD; DWIGHT P. WILES; ELIZABETH )<br>YATES; and ROGER S. AARON, EARLE )<br>YAFFA, and RONALD J. WEISS, as )<br>Executors of the Estate of Joseph Flom; )<br>)<br>Defendants. ) | Civil Action No.:<br>5:11-CV-00406-RS-GRJ<br><br>Hon. Richard Smoak, Presiding<br>Hon. Gary R. Jones, Magistrate<br><br>JURY TRIAL DEMANDED |
| PETER MCKENNA, )<br>)<br>Cross-Claim Plaintiff, )<br>)<br>v. )<br>)<br>JASON R. FLOM; HERBERT L. GRAHAM; )<br>GLENN W. JOHNSON, III; ELLIOT H. )<br>LEVINE; JAMES C. STROUD; DWIGHT P. )<br>WILES; and ELIZABETH YATES; )<br>)<br>Cross-Claim Defendants. ) |  |
| PETER MCKENNA, )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>RONALD E. GILLEY; RONNIE GILLEY )<br>PROPERTIES, LLC; and SUNSOUTH BANK; )<br>)<br>Third-Party Defendants. ) |  |

## AFFIDAVIT OF SERVICE

I, Bill Robsion, hereby certify that I am over the age of eighteen (18) years, and am not a party to this action. I further certify that a copy of the **AMENDED ANSWER, COUNTERCLAIM COMPLAINT, CROSS-CLAIM COMPLAINT, THIRD-PARTY COMPLAINT AND IMPLEADER, AND REQUEST FOR DECLARATORY JUDGMENTS** of **PETER McKENNA** was served by me upon **SUNSOUTH BANK**, located at 108 Jamestown Boulevard, Dothan, Alabama 36302, by placing the same in the hand of **HENRY QUINTERO**, a representative of SunSouth Bank, on the 27th day of December 2012.

Dated: January 10, 2013

Bill Robison

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| ALOSTAR BANK OF COMMERCE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GLS FLORIDA PROPERTY 2, LLC; )<br>JASON R. FLOM; HERBERT L. GRAHAM; )<br>GLENN W. JOHNSON, III; ELLIOT H. )<br>LEVINE; PETER MCKENNA; JAMES C. )<br>STROUD; DWIGHT P. WILES; ELIZABETH )<br>YATES; and ROGER S. AARON, EARLE )<br>YAFFA, and RONALD J. WEISS, as )<br>Executors of the Estate of Joseph Flom; )<br>)<br>Defendants. ) | Civil Action No.:<br>5:11-CV-00406-RS-GRJ<br><br>Hon. Richard Smoak, Presiding<br>Hon. Gary R. Jones, Magistrate<br><br>JURY TRIAL DEMANDED |

PETER MCKENNA, )
)
       Cross-Claim Plaintiff, )
v. )
)
JASON R. FLOM; HERBERT L. GRAHAM; )
GLENN W. JOHNSON, III; ELLIOT H. )
LEVINE; JAMES C. STROUD; DWIGHT P. )
WILES; and ELIZABETH YATES; )
)
       Cross-Claim Defendants. )

PETER MCKENNA, )
)
       Third-Party Plaintiff, )
v. )
)
RONALD E. GILLEY, and RONNIE GILLEY )
PROPERTIES, LLC ; and SUNSOUTH BANK )
)
       Third-Party Defendants. )

## THIRD-PARTY SUMMONS IN A CIVIL ACTION

To: SunSouth Bank
108 Jamestown Boulevard
Dothan, Alabama 36301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached amended third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John Dellaportas, Esq.
> Duane Morris LLP
> 1540 Broadway
> New York, NY 10036
> Telephone: (212) 692-1000
> Facsimile: (212) 692-1020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/25/2012     s/ Jeremy Wright, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

2