UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

        Plaintiff,

v.

GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM, HERBERT  L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD;
DWIGHT P. WILES; ELIZABETH
YATES; and ROGER S. AARON,
EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of
Joseph Flom;

        Defendants,

PETER MCKENNA,

        Cross-Claim Plaintiff,

v.

JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; JAMES C.
STROUD; DWIGHT P. WILES; and
ELIZABETH YATES;

        Cross-Claim Defendants,

PETER MCKENNA,

        Third-Party Plaintiff,
v.

RONALD E. GILLEY; and RONNIE
GILLEY PROPERTIES, LLC;

        Third –Party Defendants.

**CIVIL ACTION FILE
NO. 5:11-cv-00406-RS-GRJ**

1

**LEVINE'S CONSENT MOTION TO ENLARGE TIME TO RESPOND TO THE
SUBPOENAS OF JASON FLOM; ELIZABETH YATES; AND EARL YAFFA
AND RONALD J. WEISS, AS EXECUTORS OF THE WILL OF JOSEPH FLOM,**

Comes now, Defendant ELLIOT H. LEVINE, by and through his undersigned counsel, and pursuant to Rules 29 and 35 of the Federal Rules of Civil Procedure, hereby moves for an Order extending the time for Mr. Levine to serve his responses to the subpoenas issued by Jason Flom; Elizabeth Yates; and Earl Yaffa and Ronald J. Weiss, as Executors of the Will of Joseph Flom, as states as follows:

1. On December 13, 2012, three subpoenas were issued to: 1. FL Florida Property 3, LLC, 2; GLS Florida Property 2, LLC; and 3. Nashyork, LLC. Pursuant to the subpoena, the responses were due on January 12, 2013.

2. Mr. Levine has been in the process of reviewing thousands of pages of documents to identify which documents are responsive as well as which documents may be subject to applicable work-product and attorney-client privileges.

4. Due to the nature of this case, the complexity of the issues and the documents which need to be reviewed to provide Jason Flom; Elizabeth Yates; and Earl Yaffa and Ronald J. Weiss, as Executors of the Will of Joseph Flom with a proper response, Levine respectfully requests until January 28, 2013 within which to respond. .

5. Counsel for Levine certifies that she has spoken with counsel for the estate, the law office of Beggs & Lane, who issued the subpoena, who has **consented** to this Motion.

6. Counsel for Levine further certifies that this Motion is brought in good-faith, is not sought for any dilatory purpose, and neither the parties nor the administration of justice will be prejudiced by the Court's granting of this Motion.

WHEREFORE, Mr. Levine respectfully requests that this Court enter an Order, extending the time to file a response to the subpoenas issued by Jason Flom; Elizabeth Yates; and Earl Yaffa and Ronald J. Weiss, as Executors of the Will of Joseph Flom to January 28, 2013, and granting such other and further relief as this Court deems appropriate under the circumstances.

Respectfully submitted,

**MCKENZIE|JACKSON, PLC**

By:   /s/ Cynthia S. McKenzie
     Cynthia S. McKenzie
     McKenzie|Jackson, PLC
     201 4th Avenue North, Suite 1130
     cmckenzie@mckenziejacksonlaw.com
     Nashville, TN 37219
     (615) 873-5670
     (615) 873-5671 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 11th day of January, 2013.  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Cynthia S. Mckenzie
Cynthia S. McKenzie

## SERVICE LIST

*Alostar Bank of Commerce v. GLA Florida Property 2, LLC, et al.*
Case No.: 5:11-cv-00406-RS-GRJ
United States District Court, Northern District of Florida

| | |
|---|---|
| Yancey F. Langston<br>ylangston@mhw-law.com<br>George Roderick Mead, II<br>emead@mhw-law.com<br>MOORE, HILL & WESTMORELAND, P.A.<br>220 West Garden Street (32502)<br>Sun Trust Tower, 9th Floor<br>Post Office Box 13290<br>Pensacola, Florida 32591-3290<br>Telephone: (850) 434-3541<br>Facsimile: (850) 435-7899<br>*Counsel for Plaintiff*<br>**VIA CM/ECF** | Eric D. Stolze<br>ericstolze@paulhastings.com<br>PAUL HASTINGS LLP<br>600 Peachtree Street, N.E., Suite 2400<br>Atlanta, Georgia 30308-2222<br>Telephone: (404) 815-2400<br>Facsimile: (404) 815-2424<br>*Counsel for Plaintiff*<br>**VIA CM/ECF** |
| Kevin E. Vance<br>kevance@duanemorris.com<br>DUANE MORRIS LLP | John Dellaportas<br>dellajo@duanemorris.com<br>Kevin P. Potere |

| | |
|---|---|
| 200 South Biscayne Boulevard, Suite 3400<br>Miami, Florida 33131-2318<br>Telephone: (305) 960-2200<br>Facsimile: (305) 960-2201<br>*Counsel for Defendant McKenna*<br>**VIA CM/ECF** | kppotere@duanemorris.com<br>DUANE MORRIS LLP<br>1540 Broadway<br>New York, New York 10036<br>Telephone: (212) 692-1000<br>Facsimile: (212) 692-1020<br>*Counsel for Defendant McKenna*<br>**VIA CM/ECF** |
| John A. Christy<br>jchristy@swfllp.com<br>Andrew J. Lavoie<br>alavoie@swfllp.com<br>SCHREEDER, WHEELER & FLINT, LLP<br>1100 Peachtree Street, Suite 800<br>Atlanta, Georgia 30309<br>Telephone: (404) 681-3450<br>Facsimile: (404) 681-1046<br>*Counsel for Defendant Yates*<br>**VIA CM/ECF** | Jonathan T. Holloway<br>jholloway@okaloosalaw.com<br>Holloway Law Firm, P.A.<br>369 North Main Street<br>Crestview, Florida 32536<br>Telephone: (850) 398-6808<br>Facsimile: 9850) 398-6809<br>*Counsel for James C. Stroud*<br>**VIA CM/ECF** |
| Alfred Benjamin Gordon, III<br>bgordon@kaglawfirm.com<br>Lawrence Keefe<br>lkeefe@kagmlaw.com<br>Ralph Hamilton Schofield, Jr.<br>rschofield@kagmlaw.com<br>KEEFE, ANCHORS, GORDON<br>2113 Lewis Turner Boulevard, Suite 100<br>Fort Walton Beach, Florida 32547<br>Telephone: (850) 863-1974<br>Facsimile: (850) 863-1591<br>*Counsel for Herbert L. Graham,*<br>*and Dwight P. Wiles*<br>**VIA CM/ECF** | Sara F. Reynolds<br>sreynolds@andersonreynolds.com<br>ANDERSON & REYNOLDS PLC<br>3100 West End Avenue, Suite 225<br>Nashville, Tennessee 37203<br>Telephone: (615) 942-1700<br>Facsimile: (615) 942-1701<br>*Counsel for Defendant Flom*<br>**VIA CM/ECF** |
| Cynthia S. McKenzie<br>cmckenzie@mckenziejacksonlaw.com<br>MCKENZIE JACKSON, PLC<br>201 4th Avenue North, Suite 1130<br>Nashville, Tennessee 37219<br>Telephone: (615) 873-5670<br>Facsimile: (615) 873-5671<br>*Counsel for Defendants Levine and GLS* | Gregory D. Smith<br>gdsmithlaw@aol.com<br>Gregory D. Smith, P.A.<br>201 South Baylen Street, Suite<br>P.O. Box 12853<br>Pensacola, Florida 32501<br>Telephone: (850) 434-1821<br>*Counsel for Defendant GLS Florida* |

| *Florida Property 2, LLC*<br>**VIA CM/ECF** | *Property 2, LLC*<br>**VIA CM/ECF** |
|---|---|
| Robert A. Emmanuel<br>rae@esclaw.com<br>EMMANUEL, SHEPPARD & CONDON<br>30 South Spring Street (32502)<br>Post Office Drawer 1271<br>Pensacola, Florida 32591-1271<br>Telephone: (850) 433-6581<br>Facsimile: (850) 429-0492<br>*Counsel for Defendant Yates*<br>**VIA CM/ECF** | Edward M. Mullins (Fla. Bar No. 863920)<br>emullins@astidavis.com<br>ASTIGARRAGA DAVIS MULLINS &<br>GROSSMAN, P.A.<br>701 Brickell Avenue, 16th Floor<br>Miami, Florida 33131<br>Telephone: (305) 372-8282<br>Facsimile: (305) 372-8202<br>*Counsel for Defendants Earle Yaffa and<br>Ronald J. Weiss, as Executors of the Will<br>of Joseph Flom*<br>**VIA CM/ECF** |