IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

vs.                                                Case No. 5:11-CV-00406-RS-GRJ

GLS FLORIDA PROPERTY 2 LLC; , et al.,

    Defendants.
_____

## MEDIATION REPORT

THIS MATTER was mediated on January 21 and 22, 2013, with all parties present and represented by counsel and all parties participating in the mediation process. The parties have conditionally agreed to settle the claims being pursued by Plaintiff, AloStar Bank of Commerce, against all Defendants. Documentation and certain conditions must be completed before final settlement and the parties suggest that all outstanding motions should remain stayed in the interim.

DATED this 24th day of January, 2013.

                                                s / Dixon Ross McCloy, Jr.
                                                DIXON ROSS McCLOY, JR.
                                                Certified Circuit Mediator
                                                Certification Number 03006R
                                                Florida Bar Number 262943
                                                Post Office Box 1579
                                                Panama City, FL 32402
                                                Telephone: 850-769-3434
                                                Fax: 850-769-6121
                                                Primary E-Mail: rmccloy@hsmclaw.com
                                                Secondary E-Mail: dhouse@hsmclaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been furnished through the Court's CM/ECF System, regular U. S. Mail and e-mail transmission to the following this 24th day of January, 2013:

**JESSE H. AUSTIN, III**
PAUL HASTINGS LLP
1170 Peachtree St NE, Ste 100
Atlanta, GA 30309
jaustin@paulhastings.com

**SARA REYNOLDS**
ANDERSON & REYNOLDS
One American Center, Suite 255
3100 West End Avenue
Nashville, TN
sreynolds@andersonreynolds.com

**JAMES KELLEY**
NEAL & HARWELL
One Nashville Place, Suite 2000
150 Fourth Avenue North
Nashville TN  37219-2498
jkelley@nealharwell.com

**GARY SHENDELL**
SHENDELL & POLLOCK
2700 N Military Trl, Ste 150
Boca Raton, FL 33431
gary@shendellpollock.com

**CYNTHIA MCKENZIE**
MCKENZIE JACKSON PLC
201 4th Ave N, Ste 1130
Nashville, TN 37221
cmckenzie@mckenziejacksonlaw.com

**BILL HEUER**
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
wheuer@duanemorris.com

**JOHN UNGER**
BOWEN & UNDER
47 Music Square East
Nashville, TN 37203
junger@bowenungerlaw.com

**JOHN A CHRISTY**
SCHREEDER WHEELER & FLINT LLP
1100 Peachtree St, Ste 800
Atlanta, GA 30309
jchristy@swfllp.com

**BETSY HELLMAN**
SKADDEN ARPS SLATE MEAGHER & FLOM
4 Times Square
New York, NY 10036
betsy.hellmann@skadden.com

                                                s / Dixon Ross McCloy, Jr.
                                                DIXON ROSS McCLOY, JR.