UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

```
_____x
ALOSTAR BANK OF COMMERCE,                 )
                                          )
                        Plaintiff,        )
v.                                        )
                                          )
GLS FLORIDA PROPERTY 2, LLC;              )
JASON R. FLOM; HERBERT L. GRAHAM;         )
GLENN W. JOHNSON, III; ELLIOT H.          )
LEVINE; PETER MCKENNA; JAMES C.           )
STROUD; DWIGHT P. WILES; ELIZABETH        )
YATES; and ROGER S. AARON, EARLE          )
YAFFA, and RONALD J. WEISS, as            )    No. 5-11-cv-00406-RS-GRJ
Executors of the Estate of Joseph Flom;   )
                                          )
                        Defendants.       )
_____x
PETER MCKENNA,                            )
                                          )
                  Cross-Claim Plaintiff,  )
v.                                        )
                                          )
JASON R. FLOM; HERBERT L. GRAHAM;         )
GLENN W. JOHNSON, III; ELLIOT H.          )
LEVINE; JAMES C. STROUD; DWIGHT P.        )
WILES; and ELIZABETH YATES;               )
                                          )
                  Cross-Claim Defendants. )
_____x
PETER MCKENNA,                            )
                                          )
                  Third-Party Plaintiff,  )
v.                                        )
                                          )
RONALD E. GILLEY; RONNIE GILLEY           )
PROPERTIES, LLC; and SUNSOUTH BANK        )
                                          )
                  Third-Party Defendants. )
_____x
```

**DEFENDANT PETER McKENNA'S POST-MEDIATION STATUS
REPORT REGARDING PENDING CLAIMS AND
OUTSTANDING DISCOVERY**

Defendant, PETER McKENNA ("this Defendant"), through his undersigned counsel, submits this memorandum to apprise the Court of the present status of the claims asserted by this Defendant in this action in anticipation of the documentation and consummation of the settlement-in-principle of Plaintiff ALOSTAR BANK OF COMMERCE's ("AloStar") claims resulting from the Court-ordered mediation held on January 21 and 22, 2013.

**Remaining Claims**

1.  This Defendant's cross-claims against Co-Defendant Elliot Levine ("Levine"), set forth in paragraphs 341-427 of this Defendant's Amended Answer, Counterclaim Complaint, Cross-Claim Complaint, Third-Party Complaint and Impleader, and Requests for Declaratory Judgments, filed with the Court on October 19, 2012 [Docket No. 167] (the "Amended Answer"), remain pending.

2.  This Defendant's cross-claims against Co-Defendants Levine, Elizabeth Yates ("Yates"), Jason Flom, Herbert Graham ("Graham"), Glenn Johnson, James Stroud ("Stroud"), and Dwight Wiles ("Wiles"), set forth in paragraphs 428-439 of this Defendant's Amended Answer, remain pending. These claims are the subject of discussions among certain co-defendants and may be resolved by agreement. This Defendant will apprise the Court of any developments in that regard.

3.  This Defendant's third-party claims against SunSouth Bank, set forth in paragraphs 580-605 of the Amended Answer, remain pending.

4. This Defendant's third-party claims against the Gilley Defendants, set forth in paragraphs 532-579 of the Amended Answer, remain pending.

## Jurisdiction

5. Federal question jurisdiction is present regarding certain claims pursuant to 28 U.S.C. § 1331.

6. Diversity jurisdiction is present pursuant to 28 U.S.C. § 1332.

7. Supplemental jurisdiction is present pursuant to 28 U.S.C. § 1367.

8. Venue remains proper in this District pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this District.

## Pending Discovery

9. Responses to this Defendant's pending requests for discovery from defendant Levine are due on February 20, 2013; this Defendant's responses to pending requests for discovery from defendant Levine are due on March 18, 2013.

10. This Defendant's pending requests for discovery from AloStar remain pending and have been the subject of discussion among the parties.

11. This Defendant's pending requests for discovery from Defendants (i) the Estate of Joseph Flom, (ii) Jason Flom, (iii) Yates, (iv) Graham, (v) Stroud, (vi) Wiles and (vii) GLS Florida Property 2, LLC, remain pending and have been the subject of discussion among certain of the parties.

12. This Defendant has issued subpoenas to the Federal Deposit Insurance Corporation for the production of documents. Those requests remain pending.

**Pending Mediation**

13. The Court-ordered mediation has resulted in the settlement-in-principle of all claims by and against the Plaintiff, AloStar. The remaining claims, as described above, remain subject to the Court's mediation order, and this Defendant presently intends to seek mediation of those claims in due course.

**Conclusion**

This Defendant appreciates the Court's intervention in this matter and the mediator's efforts to resolve the claims asserted by AloStar in this action. This Defendant is hopeful that the remaining claims can be resolved promptly or that the parties can efficiently bring this case to trial on the schedule previously ordered by the Court.

Respectfully submitted,

Dated: February 6, 2013

**s/ John J. Dellaportas**
John Dellaportas, Esquire
New York Bar No. 2688976
dellajo@duanemorris.com
Kevin P. Potere, Esquire
New York Bar No. 4729109
kppotere@duanemorris.com
DUANE MORRIS LLP
1540 Broadway
New York, NY 10030
Tel: (212) 692-1070
Fax: (212) 692-1000
-AND-
Kevin E. Vance
kevance@duanemorris.com
DUANE MORRIS LLP
Suite 3400, 200 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 960-2200 – Fax: (305) 960-2201
Counsel for Defendant Peter McKenna

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2013, I electronically filed the foregoing document with the Clerk of the Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System which will send notice of the electronic filing and complete service of the foregoing to:

s/ William C. Heuer<br>
William C. Heuer

George R. Mead, Esquire  
Yancey Frank Langston, Esquire  
Moore, Hill & Westmoreland PA  
Ninth Floor, SunTrust Tower  
220 West Garden Street  
Post Office Box 13290  
Pensacola, Florida  32591-3290  
Tel: (850) 434-3541  
Fax: (850) 435-7899  
Counsel for Plaintiff

William K. Whitner, Esquire  
Eric D. Stolze, Esquire  
Paul Hastings LLP  
Suite 2400  
600 Peachtree Street, N.E.  
Atlanta, Georgia  30308-2222  
Tel: (404) 815-2400  
Fax: (404) 815-2424  
Counsel for Plaintiff

Sara Fitzpatrick Reynolds, Esquire  
Anderson & Reynolds, PLC  
Suite 225  
3100 West End Avenue  
Nashville, Tennessee  37203  
Tel: (615) 942-1700  
Fax: (615) 942-1701  
Counsel for Defendant, Jason R. Flom

Lawrence Keefe, Esquire
Ralph Hamilton Schofield, Jr., Esquire
Alfred Benjamin Gordon, III, Esquire
Keefe, Anchors, Gordon, etc.
Suite 100
2113 Lewis Turner Boulevard
Fort Walton Beach, Florida  32547
Tel: (850) 863-1974
Fax: (850) 863-1591
Counsel for Defendants,
Herbert L. Graham and Dwight P. Wiles

Jonathan T. Holloway, Esquire
Holloway Law Firm, P.A.
369 N. Main Street
Crestview, Florida  32536
Tel: (850) 398-6808
Fax: (850) 398-6809
Counsel for Defendant, James C. Stroud

Cynthia McKenzie, Esquire
McKenzie Jackson PLC
Suite 1130
201 Fourth Avenue North
Nashville, Tennessee  37219
Tel: (615) 873-5670
Fax: (615) 873-5671
Counsel for Defendant, Elliot H. Levine

John A. Christy, Esquire
Andrew J. Lavoie
Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street
Atlanta, Georgia  30309
Tel: (404) 681-3450
Fax: (404) 681-1046
Counsel for Defendant, Elizabeth Yates

Robert Anthony Emmanuel, Esquire
Emmanuel Sheppard & Condon
30 S. Spring Street
Pensacola, Florida  32502
Tel: (850) 433-6581
Fax: (850) 429-0492
Co-Counsel for Defendant, Elizabeth Yates

Edward M. Mullins, Esquire
Florida Bar No. 863920
Astigarraga, David Mullins & Grossman, P.A.
16th Floor
701 Brickell Avenue
Miami, Florida  33131
Tel: (305) 372-8282
Fax: (305) 372-8202
Counsel for Defendants,
Earle Yaffa and Ronald J. Weiss, as Executors of the Will of Joseph Flom

Gregory D. Smith, Esquire
Gregory D. Smith, P.A.
Suite A
201 South Baylen Street
Post Office Box 12853
Pensacola, Florida  32501/32591
Counsel for GLS Florida Property 2, LLC

Mark M. Heinish, Esquire
Shendell & Pollock, P.L.
Suite 150
2700 North Military Trail
Boca Raton, Florida  33487
Tel: (561) 241-2323
Fax: (561) 241-2330
Counsel for Elliot H. Levine