UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.

GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;

    Defendants.

CIVIL ACTION FILE
NO. 5:11-cv-00406-RS-GRJ

## PLAINTIFF'S SUMMARY OF TIME RECORDS

In accordance with N.D. Fla. Loc. R. 54.1(B), and the Initial Scheduling Order, George R. Mead, II, as counsel of record for Plaintiff, Alostar Bank of Commerce, submits this Summary of Time Records for the period January 1-31, 2013 as follows:

TOTAL ATTORNEY HOURS THIS FILING:    192.75 Hours

TOTAL NON-ATTORNEY HOURS THIS FILING:    9.95 Hours

/s/ George R. Mead
George R. Mead
Florida Bar No. 096490
MOORE, HILL & WESTMORELAND, P.A.
Post Office Box 13290
Pensacola, FL 32591-3290
Telephone: (850) 434-3541
Facsimile: (850) 435-7899
Email: emead@mhw-law.com

*Attorneys for Plaintiff - AloStar Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed on February 15, 2013 with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties registered on the CM/ECF system.

/s/ George R. Mead, II
George R. Mead, II
Florida Bar No. 096490
MOORE, HILL & WESTMORELAND, P.A.
Post Office Box 13290
Pensacola, FL 32591-3290
Telephone:   (850) 434-3541
Facsimile:  (850) 435-7899
Email:  emead@mhw-law.com

*Attorneys for Plaintiff*
*AloStar Bank of Commerce*