UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

---------------------------------------------x
ALOSTAR BANK OF COMMERCE,                    )
                                             )
                    Plaintiff,               )
                                             )
v.                                           )   Civil Action No.:
                                             )   5:11-CV-00406-RS-GRJ
GLS FLORIDA PROPERTY 2, LLC;                 )
JASON R. FLOM; HERBERT L. GRAHAM;            )   Hon. Richard Smoak, Presiding
GLENN W. JOHNSON, III; ELLIOT H.             )   Hon. Gary R. Jones, Magistrate
LEVINE; PETER MCKENNA; JAMES C.              )
STROUD; DWIGHT P. WILES; ELIZABETH           )
YATES; and ROGER S. AARON, EARLE             )   JURY TRIAL DEMANDED
YAFFA, and RONALD J. WEISS, as               )
Executors of the Estate of Joseph Flom;      )
                                             )
                    Defendants.              )
---------------------------------------------x
PETER MCKENNA,                               )   (AFFIDAVIT OF SERVICE)
                                             )
                    Cross-Claim Plaintiff,   )
v.                                           )
                                             )
JASON R. FLOM; HERBERT L. GRAHAM;            )
GLENN W. JOHNSON, III; ELLIOT H.             )
LEVINE; JAMES C. STROUD; DWIGHT P.           )
WILES; and ELIZABETH YATES;                  )
                                             )
                    Cross-Claim Defendants.  )
---------------------------------------------x
PETER MCKENNA,                               )
                                             )
                    Third-Party Plaintiff,   )
v.                                           )
                                             )
RONALD E. GILLEY; RONNIE GILLEY              )
PROPERTIES, LLC; and SUNSOUTH BANK;          )
                                             )
                    Third-Party Defendants.  )
---------------------------------------------x

## AFFIDAVIT OF SERVICE

I, **Deputy T. Sanders 2314**, hereby certify that I am over the age of eighteen (18) years, and am not a party to this action. I further certify that a copy of the **AMENDED ANSWER, COUNTERCLAIM COMPLAINT, CROSS-CLAIM COMPLAINT, THIRD-PARTY COMPLAINT AND IMPLEADER, AND REQUEST FOR DECLARATORY JUDGMENTS** of **PETER McKENNA** was served by me upon **RONALD E. GILLEY**, located in the Federal Penitentiary in Atlanta, Georgia, by placing the same in the hand of **Ronald Gilley**, on the **14** day of **February** 2013.

Dated: **February 14**, 2013

By: **T. Sanders 2314**

Notary Public, Fulton County, Georgia
My Commission Expires Oct. 8, 2013

2

DM3\2409198.1