UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

---------------------------------------x
ALOSTAR BANK OF COMMERCE,             )
                                      )
                 Plaintiff,           )
                                      )
v.                                    )   Civil Action No.:
                                      )   5:11-CV-00406-RS-GRJ
GLS FLORIDA PROPERTY 2, LLC;          )
JASON R. FLOM; HERBERT L. GRAHAM;     )   Hon. Richard Smoak, Presiding
GLENN W. JOHNSON, III; ELLIOT H.      )   Hon. Gary R. Jones, Magistrate
LEVINE; PETER MCKENNA; JAMES C.       )
STROUD; DWIGHT P. WILES; ELIZABETH    )
YATES; and ROGER S. AARON, EARLE      )   JURY TRIAL DEMANDED
YAFFA, and RONALD J. WEISS, as        )
Executors of the Estate of Joseph Flom; )
                                      )
                 Defendants.          )
---------------------------------------x
PETER MCKENNA,                        )
                                      ) (AFFIDAVIT OF SERVICE)
                 Cross-Claim Plaintiff, )
v.                                    )
                                      )
JASON R. FLOM; HERBERT L. GRAHAM;     )
GLENN W. JOHNSON, III; ELLIOT H.      )
LEVINE; JAMES C. STROUD; DWIGHT P.    )
WILES; and ELIZABETH YATES;           )
                                      )
                 Cross-Claim Defendants. )
---------------------------------------x
PETER MCKENNA,                        )
                                      )
                 Third-Party Plaintiff, )
v.                                    )
                                      )
RONALD E. GILLEY; RONNIE GILLEY       )
PROPERTIES, LLC; and SUNSOUTH BANK;   )
                                      )
                 Third-Party Defendants. )
---------------------------------------x

DM3\2409204.1

## AFFIDAVIT OF SERVICE

I, **Deputy T. Sanders 2374**, hereby certify that I am over the age of eighteen (18) years, and am not a party to this action. I further certify that a copy of the **AMENDED ANSWER, COUNTERCLAIM COMPLAINT, CROSS-CLAIM COMPLAINT, THIRD-PARTY COMPLAINT AND IMPLEADER, AND REQUEST FOR DECLARATORY JUDGMENTS** of **PETER McKENNA** was served by me upon **RONALD E. GILLEY** (in his capacity as registered agent and principal of **RONNIE GILLEY PROPERTIES, LLC**), located in the Federal Penitentiary in Atlanta, Georgia, by placing the same in the hand of **Ronald Gilley**, on the **14** day of **February** 2013.

Dated: **February 14**, 2013.

By: _T. Sanders 2374_

Notary Public, Fulton County, Georgia
My Commission Expires Oct. 8, 2013

2

DM3\2409204.1