UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| ALOSTAR BANK OF COMMERCE,<br>        Plaintiff,<br>v.<br><br>GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;<br>        Defendants. | CIVIL ACTION FILE<br>NO. 5:11-cv-00406-RS-GRJ |

**NOTICE OF FILING ATTORNEY TIME RECORDS**

    Defendant Dwight P. Wiles ("Wiles"), by and through their undersigned counsel, hereby give Notice of Filing Attorney Time Records from February 1, 2013 through February 28, 2013 as follows:

    TOTAL ATTORNEY HOURS FOR THIS FILING:    3.6

    TOTAL NON-ATTORNEY HOURS FOR THIS FILING:    0.5

    **TOTAL TIME FOR THIS FILING:**    **4.1**

/s/ Ralph Schofield_____
**Lawrence Keefe**
Florida Bar No. 602809
**A. Benjamin Gordon**
Florida Bar No. 528617
**Ralph Schofield**
Florida Bar No. 70543
Keefe Anchors & Gordon, P.A.
2113 Lewis Turner Blvd., Ste. 100

Fort Walton Beach, FL 32547
Telephone: (850) 863-1974
Facsimile: (850) 863-1591
Email: lkeefe@kaglawfirm.com
bgordon@kaglawfirm.com
rschofield@kaglawfirm.com

*Attorneys for Defendants Wiles and Graham*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 13, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to counsel for the parties registered on the CM/ECF system.

/s/ Ralph Schofield_____
**Lawrence Keefe**
Florida Bar No. 602809
**A. Benjamin Gordon**
Florida Bar No. 528617
**Ralph Schofield**
Florida Bar No. 70543
Keefe Anchors & Gordon, P.A.
2113 Lewis Turner Blvd., Ste. 100
Fort Walton Beach, FL 32547
Telephone: (850) 863-1974
Facsimile: (850) 863-1591
Email: lkeefe@kaglawfirm.com
bgordon@kaglawfirm.com
rschofield@kaglawfirm.com

*Attorneys for Defendants Wiles and Graham*