# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE

    VS                                          CASE NO.  5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2 LLC et al

## DEFAULT

    Upon Application of the Third Party Plaintiff, PETER MCKENNA, in the above styled cause and having examined the records and there appearing to be no responsive pleadings filed by the Third Party Defendant, default is hereby entered against SUNSOUTH BANK on March 20, 2013.

                                        JESSICA J. LYUBLANOVITS
                                        CLERK OF COURT

March 20, 2013                      s/ Jeremy Wright
DATE                                  Deputy Clerk: Jeremy Wright