IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| **ALOSTAR BANK OF COMMERCE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **GLS FLORIDA PROPERTY 2, LLC; JASON** ) | |
| **R. FLOM; HERBERT L. GRAHAM; GLENN** ) | |
| **W. JOHNSONB, III; ELLIOT H. LEVINE;** ) | CASE NO. |
| **PETER MCKENNA; JAMES C. STROUD;** ) | |
| **DWIGHT P. WILES; ELIZABETH YATES;** ) | 5-11-cv-00406-RS-GRJ |
| **and ROGER S. AARON, EARLE YAFFA,** ) | |
| **and RONALD J. WEISS, as Executors of the** ) | |
| **Estate of Joseph Flom,** ) | |
| ) | |
| Defendants. ) | |
| ──────────────────────────── ) | |
| ) | |
| vs. ) | |
| ) | |
| **JASON R. FLOM; HERBERT L. GRAHAM;** ) | |
| **GLENN W. JOHNSON, III; ELLIOT H.** ) | |
| **LEVINE; JAMES C. STROUD; DWIGHT P.** ) | |
| **WILES; and ELIZABETH YATES,** ) | |
| ) | |
| Cross-Claim Defendants. ) | |
| ──────────────────────────── ) | |
| **PETER MCKENNA,** ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **RONALD E. GILLEY; RONALD GILLEY** ) | |
| **PROPERTIES, LLC; and SUNSOUTH** ) | |
| **BANK,** ) | |
| ) | |
| Third-Party Defendants. ) | |
| ──────────────────────────── ) | |

1

**NOTICE OF APPEARANCE**

COME NOW David B. Anderson and Deanna L. Weidner of the law firm of Anderson Weidner, LLC and file their Notice of Appearance as counsel for SunSouth Bank, a third-party defendant, in the above-styled cause and further respectfully request that all correspondence, pleadings, orders, etc. be directed to the said David B. Anderson and Deanna L. Weidner at the address listed below.

Respectfully submitted this 20th day of March, 2013.

                                    Respectfully submitted,

                                    /s/ Deanna L. Weidner
                                    David B. Anderson
                                    Deanna L. Weidner
                                    Attorneys for SunSouth Bank

OF COUNSEL:

**ANDERSON WEIDNER, LLC**
Financial Center, Suite 1450
505 North 20th Street
Birmingham, AL 35203
Telephone: 324-1230
dbanderson@andersonweidner.com
dlweidner@andersonweidner.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served by the Court's electronic filing system and/or by United States mail, postage prepaid, on this the 20th of March, 2013, upon the following:

| | |
|---|---|
| Yancey F. Langston<br>ylangston@mhw-law.com<br>George Roderick Mead, II<br>emead@mhw-law.com<br>MOORE, HILL & WESTMORELAND, P.A.<br>220 West Garden Street (32502)<br>Sun Trust Tower, 9th Floor<br>Post Office Box 13290<br>Pensacola, Florida 32591-3290<br>Telephone: (850) 434-3541<br>Facsimile: (850) 435-7899<br>*Counsel for Plaintiff* | Eric D. Stolze<br>ericstolze@paulhastings.com<br>PAUL HASTINGS LLP<br>600 Peachtree Street, N.E., Suite 2400<br>Atlanta, Georgia 30308-2222<br>Telephone: (404) 815-2400<br>Facsimile: (404) 815-2424<br>*Counsel for Plaintiff* |
| John A. Christy<br>jchristy@swfllp.com<br>Andrew J. Lavoie<br>alavoie@swfllp.com<br>SCHREEDER, WHEELER & FLINT, LLP<br>1100 Peachtree Street, Suite 800<br>Atlanta, Georgia 30309<br>Telephone: (404) 681-3450<br>Facsimile: (404) 681-1046<br>*Counsel for Defendant Yates* | Mark M. Heinish, Esquire<br>Florida Bar No. 987255<br>mark@shendellpollock.com<br>SHENDELL & POLLOCK, P.L.<br>2700 North Military Trail, Suite 150<br>Boca Raton, Florida 33487<br>Tel: (561) 241-2323<br>Fax: (561) 241-2330<br>*Counsel for Elliot H Levine* |

| | |
|---|---|
| Jonathan T. Holloway<br>jholloway@okaloosalaw.com<br>HOLLOWAY LAW FIRM, P.A.<br>369 North Main Street<br>Crestview, Florida 32536<br>Telephone: (850) 398-6808<br>Facsimile: 9850) 398-6809<br>*Counsel for James C. Stroud* | Alfred Benjamin Gordon, Ill<br>bgordon@kaglawfirm.com<br>Lawrence Keefe<br>lkeefe@kagmlaw.com<br>Ralph Hamilton Schofield, Jr.<br>rschofield@kagmlaw.com<br>KEEFE, ANCHORS, GORDON<br>2113 Lewis Turner Boulevard, Suite 100<br>Fort Walton Beach, Florida 32547<br>Telephone: (850) 863-1974<br>Facsimile: (850) 863-1591<br><br>*Counsel for Herbert L Graham, and Dwight P. Wiles* |
| Sara F. Reynolds<br>sreynolds@andersonreynolds.com<br>ANDERSON & REYNOLDS PLC<br>3100 West End Avenue, Suite 225<br>Nashville, Tennessee 37203<br>Telephone: (615) 942-1700<br>Facsimile: (615) 942-1701<br>*Counsel for Defendant Flom* | Cynthia S. McKenzie<br>cmckenzie@mckenziejacksonlaw.com<br>MCKENZIE JACKSON, PLC<br>201 4th Avenue North, Suite 1130<br>Nashville, Tennessee 37219<br>Telephone: (615) 873-5670<br>Facsimile: (615) 873-5671<br>*Counsel for Defendants Levine and GLS Florida Property 2, LLC* |
| Gregory D. Smith<br>gdsmithlaw@aol.com<br>Gregory D. Smith, P.A.<br>201 South Baylen Street, Suite<br>P.O. Box 12853<br>Pensacola, Florida 32501<br>Telephone: (850) 434-1821<br>*Counsel for Defendant GLS Florida Property 2, LLC* | Robert A. Emmanuel<br>rae@esclaw.com<br>EMMANUEL, SHEPPARD & CONDON<br>30 South Spring Street (32502)<br>Post Office Drawer 1271<br>Pensacola, Florida 32591-1271<br>Telephone: (850) 433-6581<br>Facsimile: (850) 429-0492<br>*Counsel for Defendant Yates* |

| | |
|---|---|
| Edward M. Mullins (Fla. Bar No. 863920)<br>emullins@astidavis.com ASTIGARRAGA<br>DAVIS MULLINS & GROSSMAN, P.A.<br>701 Brickell Avenue, 16th Floor<br>Miami, Florida 33131<br>Telephone: (305) 372-8282<br>Facsimile: (305) 372-8202<br>*Counsel for Defendants Earle Yaffa and Ronald J. Weiss, as Executors of the Will of Joseph Flam* | Kevin P. Potere<br>kppotere@duanemorris.com<br>John Dellaportas<br>dellajo@duanemorris.com<br>DUANE MORRIS LLP<br>1540 Broadway<br>New York, New York 10036<br>Tel: (212) 692-1000<br>Fax: (212) 692-1020<br>*Counsel for Defendant, Peter McKenna* |

/s/ Deanna L. Weidner _____
OF COUNSEL