UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,
Plaintiff,

v.

GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom;
Defendants.

No. 5-11-cv-00406-RS-GRJ

PETER MCKENNA,
Cross-Claim Plaintiff,

v.

JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; JAMES C. STROUD; DWIGHT P. WILES; and ELIZABETH YATES;
Cross-Claim Defendants.

PETER MCKENNA,
Third-Party Plaintiff,

v.

RONALD E. GILLEY; RONNIE GILLEY PROPERTIES, LLC; and SUNSOUTH BANK
Third-Party Defendants.

**DEFENDANT PETER MCKENNA'S RESPONSE TO THE MOTION OF SUNSOUTH BANK FOR AN ORDER SETTING ASIDE CLERK'S ENTRY OF NOTICE OF DEFAULT**

Defendant, Peter McKenna ("this Defendant"), hereby responds by consenting to the Motion of SunSouth Bank ("SunSouth") to Set Aside Entry of Default (the "Motion"). In support of this response, this Defendant respectfully states as follows:

On Friday, March 22, 2013, counsel to this Defendant made contact with counsel to SunSouth in an effort to discuss this case. Counsel to this Defendant asked for a time when counsel to SunSouth would be available for a teleconference. In response, counsel to SunSouth asked whether this Defendant would consent to setting aside the default that had recently been entered against SunSouth. Counsel to this Defendant responded that he would confer with his client and get back to counsel for SunSouth, and asked again for times when counsel to SunSouth would be available to discuss the case. No response was given. On Tuesday, March 26, 2013, counsel to this Defendant made another inquiry regarding when counsel to SunSouth would be available to discuss the case. No response has been received.

This Defendant disputes the factual assertions and characterizations made in the Motion, but a more detailed response is not necessary herein.[1] This Defendant consents to the relief sought through the Motion. That was the reason why, on Tuesday, March 26th, counsel to this Defendant had asked for a time when counsel to SunSouth would be available for a teleconference.

---

[1] SunSouth contends that an email communication from counsel to this Defendant, dated December 19, 2012, incorrectly stated that SunSouth had been served. The Complaint and Mediation Order were sent to SunSouth by expedited delivery and regular mail. The expedited delivery package was received by SunSouth – signed for by J. Leslie – on December 20, 2012. SunSouth was served by hand on December 27th.

**Conclusion**

WHEREFORE, this Defendant consents to the relief sought through the Motion.

Dated: March 28, 2013

Respectfully submitted,

**/s/ Kevin E. Vance**

Kevin E. Vance
Florida Bar No. 0670464
kevance@duanemorris.com
DUANE MORRIS LLP
Suite 3400
200 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 960-2200
Fax: (305) 960-2201
Counsel for Defendant, Peter McKenna
-and-
John Dellaportas, Esquire
New York Bar No. 2688976
dellajo@duanemorris.com
Kevin P. Potere, Esquire
New York Bar No. 4729109
kppotere@duanemorris.com
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
Tel: (212) 692-1000
Fax: (212) 692-1020
Counsel for Defendant, Peter McKenna

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of March, 2013, I electronically filed the foregoing document with the Clerk of the Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System which will send notice of the electronic filing and complete service of the foregoing to:

George R. Mead, Esquire
Florida Bar No. 096490
emead@mhw-law.com
Yancey Frank Langston, Esquire
ylangston@mhw-law.com
Moore, Hill & Westmoreland PA
Ninth Floor, SunTrust Tower
220 West Garden Street
Post Office Box 13290
Pensacola, Florida 32591-3290
Tel: (850) 434-3541
Fax: (850) 435-7899
Counsel for Plaintiff

William K. Whitner, Esquire
Georgia Bar No. 756652
kwhitner@paulhastings.com
Eric D. Stolze, Esquire
Georgia Bar No. 425966
ericstolze@paulhastings.com
Paul Hastings LLP
1170 Peachtree St., NE; Suite 100
Atlanta, GA 30309
Tel: (404) 815-2400
Fax: (404) 815-2424
Counsel for Plaintiff

Sara Fitzpatrick Reynolds, Esquire
sreynolds@andersonreynolds.com
Anderson & Reynolds, PLC
Suite 225
3100 West End Avenue
Nashville, Tennessee 37203
Tel: (615) 942-1700
Fax: (615) 942-1701
Counsel for Defendant, Jason R. Flom

Lawrence Keefe, Esquire
lkeefe@kagmlaw.com
Ralph Hamilton Schofield, Jr., Esquire
rschofield@kagmlaw.com
Alfred Benjamin Gordon, III, Esquire
bgordon@kagmlaw.com
Keefe, Anchors, Gordon, etc.
Suite 100
2113 Lewis Turner Boulevard
Fort Walton Beach, Florida 32547
Tel: (850) 863-1974
Fax: (850) 863-1591
Counsel for Defendants,
Herbert L. Graham and Dwight P. Wiles

Jonathan T. Holloway, Esquire
Florida Bar No. 627763
jholloway@okaloosalaw.com
Holloway Law Firm, P.A.
369 N. Main Street
Crestview, Florida 32536
Tel: (850) 398-6808
Fax: (850) 398-6809
Counsel for Defendant, James C. Stroud

Cynthia McKenzie, Esquire
cmckenzie@mckenziejacksonlaw.com
McKenzie Jackson PLC
Suite 1130
201 Fourth Avenue North
Nashville, Tennessee 37219
Tel: (615) 873-5670
Fax: (615) 873-5671
Counsel for Defendants, Elliot H. Levine and GLS Florida Property 2, LLC

John A. Christy, Esquire
Georgia Bar No. 125518
jchristy@swfllp.com
Andrew J. Lavoie
Georgia Bar No. 108814
alavoie@swfllp.com
Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 681-3450
Fax: (404) 681-1046
Counsel for Defendant, Elizabeth Yates

Robert Anthony Emmanuel, Esquire
rae@esclaw.com
Emmanuel Sheppard & Condon
30 S. Spring Street
Pensacola, Florida 32502
Tel: (850) 433-6581
Fax: (850) 429-0492
Co-Counsel for Defendant, Elizabeth Yates

Edward M. Mullins, Esquire
emullins@astidavis.com
Florida Bar No. 863920
Astigarraga, David Mullins & Grossman, P.A.
16th Floor
701 Brickell Avenue
Miami, Florida 33131
Tel: (305) 372-8282
Fax: (305) 372-8202
Counsel for Defendants,
Earle Yaffa and Ronald J. Weiss, as Executors of the Will of Joseph Flom

Gregory D. Smith, Esquire
Florida Bar No. 366511
gdsmithlaw@aol.com
Gregory D. Smith, P.A.
Suite A
201 South Baylen Street
Post Office Box 12853
Pensacola, Florida 32501/32591
Additional Counsel for GLS Florida Property 2, LLC

Mark M. Heinish, Esquire
Florida Bar No. 987255
mark@shendellpollock.com
Shendell & Pollock, P.L.
Suite 150
2700 North Military Trail
Boca Raton, Florida 33487
Tel: (561) 241-2323
Fax: (561) 241-2330
Counsel for Elliot H. Levine

David B. Anderson, Esquire
dbanderson@andersonweidner.com
Deanna L. Weidner, Esquire
dlweidner@andersonweidner.com
Anderson & Weidner, LLC
Suite 1450, Financial Center
505 North 20 Street
Birmingham, Alabama 35203
Tel: (205) 324-1230
Counsel for SunSouth Bank