# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                                                                    CASE NO.  5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC; JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; PETER MCKENNA; JAMES C. STROUD; DWIGHT P. WILES; ELIZABETH YATES; and ROGER S. AARON, EARLE YAFFA, and RONALD J. WEISS, as Executors of the Estate of Joseph Flom,

    Defendants,
_____

PETER MCKENNA,

    Cross-Claim Plaintiff,

v.

JASON R. FLOM; HERBERT L. GRAHAM; GLENN W. JOHNSON, III; ELLIOT H. LEVINE; JAMES C. STROUD; DWIGHT P. WILES; and ELIZABETH YATES;

    Cross-Claim Defendants,
_____

PETER MCKENNA,

    Third-Party Plaintiff,

1

2

v.

**RONALD E. GILLEY; and RONNIE GILLEY PROPERTIES, LLC;**

    **Third –Party Defendants.**
_____/

# ORDER

The relief requested in SunSouth Bank's Verified Motion for Set Aside Entry of Default (Doc. 254) is **GRANTED**.

**ORDERED** on April 1, 2013.

                                       **/s/ Richard Smoak**
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**