## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

| | |
|---|---|
| ALOSTAR BANK OF COMMERCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GLS FLORIDA PROPERTY 2, LLC; JASON ) | |
| R. FLOM; HERBERT L. GRAHAM; GLENN ) | |
| W. JOHNSONB, III; ELLIOT H. LEVINE; ) | CASE NO. |
| PETER MCKENNA; JAMES C. STROUD; ) | |
| DWIGHT P. WILES; ELIZABETH YATES; ) | 5-11-cv-00406-RS-GRJ |
| and ROGER S. AARON, EARLE YAFFA, ) | |
| and RONALD J. WEISS, as Executors of the ) | |
| Estate of Joseph Flom, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| vs. ) | |
| ) | |
| JASON R. FLOM; HERBERT L. GRAHAM; ) | |
| GLENN W. JOHNSON, III; ELLIOT H. ) | |
| LEVINE; JAMES C. STROUD; DWIGHT P. ) | |
| WILES; and ELIZABETH YATES, ) | |
| ) | |
| Cross-Claim Defendants. ) | |
| _____ ) | |
| PETER MCKENNA, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONALD E. GILLEY; RONALD GILLEY ) | |
| PROPERTIES, LLC; and SUNSOUTH ) | |
| BANK, ) | |
| ) | |
| Third-Party Defendants. ) | |
| _____ ) | |

1

## MOTION TO DISMISS

SunSouth Bank ("SunSouth"), one of the third-party defendants herein, pursuant to Fed.R.Civ.P. 12(b)(6), requests this Court dismiss the Amended Answer, Counterclaim and Third Party Complaint ("McKenna Claim") filed by Peter McKenna ("McKenna") for failure to state a claim upon which relief can be granted. In support of its Motion, SunSouth asserts the following.

1. McKenna in his Amended Answer, Counterclaim and Third Party Claim asserts that this action arises out of a series of transactions involving a loan from the Bank of Bonifay to GLS Florida Property 2, LLC ("GLS") in connection with an alleged fraudulent real estate investment scheme by Ronald E. Gilley ("Gilley"), Elliot Levine ("Levine") and Gary Smith, deceased ("Smith"). McKenna alleges no direct involvement by SunSouth in the GLS transactions.

2. McKenna alleges that part of the scheme was to obtain 100% financing for GLS in 2005 apparently by representing to the Bank of Bonifay that the investors had invested substantial equity ($6,000,000) in GLS. (Doc. #167, McKenna Claim, ¶¶ 100-102). SunSouth was not aware of and apparently was also a victim of the same fraudulent scheme when it made a development loan to

NashYork, an affiliate of GLS, over a year later in December of 2006, based in part upon similar representations that $5,000,000 in equity in NashYork was used to purchase the NashYork property.

3. McKenna "concludes" that Bank of Bonifay must have known about the fraud because it was a lender to GLS. (Doc. #167, McKenna Claim, ¶ 101). This conclusion however, is illogical, because if Bank of Bonifay had known that it was providing 100% financing based on a fraudulent contract, rather than conceal the fraud, it would not have made the loan.

4. McKenna claims there was common ownership between Bank of Bonifay and SunSouth and "concludes" therefrom that SunSouth must have been aware of the 2005 fraud when SunSouth's first involvement with any of the parties in this case was the development loan it made to NashYork in December of 2006.

5. Without any facts, McKenna "concludes" that the alleged wrongful acts of Bank of Bonifay are somehow "imputed" to SunSouth.

6. The manufactured nature of the McKenna Claim is further revealed by McKenna's allegations about the similar Floms' and Yates' Complaint in the related NashYork Action (Case No. 3:12-cv-00288-MCR-CJK). McKenna alleges that SunSouth <u>financed</u> the acquisition of the NashYork property as a part of the same Levine and Gilley fraudulent scheme. (Doc. #167, McKenna Claim, ¶¶ 224-

3

226). A review of the Complaint in the NashYork Action shows that the NashYork acquisition was financed in February of 2006 by <u>SunTrust Bank</u>, not by <u>SunSouth Bank</u>. SunSouth made a development loan to NashYork in December of 2006, ten months after the fraud had been perpetrated and without knowledge of the fraud. SunSouth was a victim, not the perpetrator, of the alleged fraud. If a bank were involved in the Gilley, Levine, Smith scheme, it was SunTrust and McKenna has sued the wrong bank.

7. McKenna "concludes" that SunSouth owed some non-existent duty to inform McKenna in 2005 that he was being defrauded by Levine, Gilley, and Smith. No such duty exists.

8. McKenna "concludes" that SunSouth aided and abetted the 2005 Levine, Gilley, and Smith fraud, but alleges no facts to support this conclusion.

9. Pursuant to Rule 9(b), McKenna is required to allege the circumstances constituting fraud with particularity. McKenna has alleged no facts whatsoever concerning how SunSouth was involved in the 2005 fraud.

WHEREFORE, PREMISES CONSIDERED, SunSouth requests this Court to dismiss the McKenna Claim for failure to state a claim upon which relief can be granted.

Respectfully submitted,

/s/ David B. Anderson
David B. Anderson
Deanna L. Weidner
Attorneys for SunSouth Bank

OF COUNSEL:

**ANDERSON WEIDNER, LLC**
Financial Center, Suite 1450
505 North 20th Street
Birmingham, AL 35203
Telephone: 324-1230
dbanderson@andersonweidner.com
dlweidner@andersonweidner.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by the Court's electronic filing system and/or by United States mail, postage prepaid, on this the 2nd of April, 2013, upon the following:

| | |
|---|---|
| Yancey F. Langston<br>ylangston@mhw-law.com George Roderick Mead, II emead@mhw-law.com<br>MOORE, HILL & WESTMORELAND, P.A.<br>220 West Garden Street<br>(32502) Sun Trust Tower, 9th Floor<br>Post Office Box 13290<br>Pensacola, Florida 32591-3290<br>Telephone: (850) 434-3541<br>Facsimile: (850) 435-7899<br>*Counsel for Plaintiff* | Eric D. Stolze<br>ericstolze@paulhastings.com PAUL HASTINGS LLP<br>600 Peachtree Street, N.E., Suite 2400<br>Atlanta, Georgia 30308-2222<br>Telephone: (404) 815-2400<br>Facsimile: (404) 815-2424<br>*Counsel for Plaintiff* |
| John A. Christy<br>jchristy@swfllp.com Andrew J. Lavoie<br>alavoie@swfllp.com<br>SCHREEDER, WHEELER & FLINT, LLP<br>1100 Peachtree Street, Suite 800<br>Atlanta, Georgia 30309<br>Telephone: (404) 681-3450<br>Facsimile: (404) 681-1046<br>*Counsel for Defendant Yates* | Mark M. Heinish, Esquire<br>Florida Bar No. 987255<br>mark@shendellpollock.com<br>Shendell & Pollock, P.L.<br>2700 North Military Trail, Suite 150<br>Boca Raton, Florida 33487<br>Tel: (561) 241-2323<br>Fax: (561) 241-2330<br>*Counsel for Elliot H Levine* |
| Jonathan T. Holloway<br>jholloway@okaloosalaw.com<br>Holloway Law Firm, P.A.<br>369 North Main Street<br>Crestview, Florida 32536<br>Telephone: (850) 398-6808<br>Facsimile: 9850) 398-6809<br>*Counsel for James C. Stroud* | Alfred Benjamin Gordon, III<br>bgordon@kaglawfirm.com<br>Lawrence Keefe<br>lkeefe@kagmlaw.com<br>Ralph Hamilton Schofield, Jr.<br>rschofield@kagmlaw.com<br>KEEFE, ANCHORS, GORDON<br>2113 Lewis Turner Boulevard, Suite 100<br>Fort Walton Beach, Florida 32547<br>Telephone: (850) 863-1974 |

6

| | |
|---|---|
| | *Counsel for Herbert L. Graham, and Dwight P. Wiles* |
| Sara F. Reynolds<br>sreynolds@andersonreynolds.com<br>ANDERSON & REYNOLDS PLC<br>3100 West End Avenue, Suite 225<br>Nashville, Tennessee 37203<br>Telephone: (615) 942-1700<br>Facsimile: (615) 942-1701<br>*Counsel for Defendant Flam* | Cynthia S. McKenzie<br>cmckenzie@mckenziejacksonlaw.com<br>MCKENZIE JACKSON, PLC<br>201 4th Avenue North, Suite 1130<br>Nashville, Tennessee 37219<br>Telephone: (615) 873-5670<br>Facsimile: (615) 873-5671<br>*Counsel for Defendants Levine and GLS Florida Property 2, LLC* |
| Gregory D. Smith<br>gdsmithlaw@aol.com<br>Gregory D. Smith, P.A.<br>201 South Baylen Street, Suite<br>P.O. Box 12853<br>Pensacola, Florida 32501<br>Telephone: (850) 434-1821<br>*Counsel for Defendant GLS Florida Property 2, LLC* | Robert A. Emmanuel<br>rae@esclaw.com<br>EMMANUEL, SHEPPARD & CONDON<br>30 South Spring Street<br>(32502) Post Office Drawer 1271<br>Pensacola, Florida 32591-1271<br>Telephone: (850) 433-6581<br>Facsimile: (850) 429-0492<br>*Counsel for Defendant Yates* |
| Edward M. Mullins (Fla. Bar No. 863920) emullins@astidavis.com<br>ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.<br>701 Brickell Avenue, 16th Floor<br>Miami, Florida 33131<br>Telephone: (305) 372-8282<br>Facsimile: (305) 372-8202<br>*Counsel for Defendants Earle Yaffa and Ronald J.Weiss, as Executors of the Will of Joseph Flam* | |

/s/ David B. Anderson
OF COUNSEL