IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

v.                              CASE NO.  5:11-cv-406-RS-GRJ

GLS FLORIDA PROPERTY 2, LLC;
JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; PETER
MCKENNA; JAMES C. STROUD;
DWIGHT P. WILES; ELIZABETH
YATES; and ROGER S. AARON,
EARLE YAFFA, and RONALD J.
WEISS, as Executors of the Estate of
Joseph Flom,

    Defendants,
_____

PETER MCKENNA,

    Cross-Claim Plaintiff,

v.

JASON R. FLOM; HERBERT L.
GRAHAM; GLENN W. JOHNSON, III;
ELLIOT H. LEVINE; JAMES C.
STROUD; DWIGHT P. WILES; and
ELIZABETH YATES;

    Cross-Claim Defendants,
_____

PETER MCKENNA,

    Third-Party Plaintiff,

1

v.

**RONALD E. GILLEY; and RONNIE GILLEY PROPERTIES, LLC;**

    **Third –Party Defendants.**
_____/

## ORDER

Before me is the Motion to Withdraw as Counsel for GLS Florida Property 2, LLC (Doc. 260) filed by attorney Gregory Smith. The corporate defendant **must** be represented by counsel. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Accordingly, consideration of the Motion to Withdraw is **deferred** until another attorney files a notice of appearance on behalf of Defendant GLS Florida Property 2, LLC.

**ORDERED** on April 5, 2013.

                                          **/s/ Richard Smoak**
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**