IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALOSTAR BANK OF COMMERCE,

    Plaintiff,

vs.                                                  Case No. 5:11-CV-00406-RS-GRJ

GLS FLORIDA PROPERTY 2 LLC; , et al.,

    Defendants.

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that mediation has been scheduled in the above-styled case:

    DATE:    Wednesday, May 8, 2013

    TIME:    8:30 a.m. EST

    PLACE:    1100 Peachtree Street, NE
                    Suite 800
                    Second Floor Conference Room
                    Atlanta, GA 30309

    MEDIATOR:    Dixon Ross McCloy, Jr., Esq.

                                                      s/Dixon Ross McCloy, Jr.
                                                      DIXON ROSS McCLOY, JR.
                                                      Certified Circuit Mediator
                                                      Certification Number 03006R
                                                      Florida Bar Number 262943
                                                      Post Office Box 1579
                                                      Panama City, FL 32402
                                                      Telephone: 850-769-3434
                                                      Fax: 850-769-6121
                                                      rmccloy@hsmclaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been furnished through the Court's CM/ECF System, regular U. S. Mail and e-mail transmission to the following this 18th day of April, 2013:

**KENNETH SCOTT POLLOCK**
SHENDELL & POLLOCK
2700 N Military Trl, Ste 150
Boca Raton, FL 33431
ken@shendellpollock.com

**CYNTHIA MCKENZIE**
MCKENZIE JACKSON PLC
201 4th Ave N, Ste 1130
Nashville, TN 37221
cmckenzie@mckenziejacksonlaw.com

**BILL HEUER**
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
wheuer@duanemorris.com

**JOHN A CHRISTY**
SCHREEDER WHEELER & FLINT LLP
1100 Peachtree St, Ste 800
Atlanta, GA 30309
jchristy@swfllp.com

s/Dixon Ross McCloy, Jr.
Dixon Ross McCloy, Jr.